United States District Court

Eastern District of Louisiana

Terrebonne Parish

v.                                           CIVIL ACTION NO. 2:00-cv-00319
                                                                    B(5)
Columbia Gulf


   The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

   Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

   (1) A list of all parties still remaining in this action;

   (2) Copies of all pleadings, including answers, filed by those parties in state court; and

   (3) Copies of the return on service of process on those parties filed in state court.

   New Orleans, Louisiana, February 3, 2000.

                                        By Direction of the Court

                                        LORETTA G. WHYTE, CLERK



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD * | CASE NUMBER: | |
| VERSUS * | SECTION: **00-0319** | |
| COLUMBIA GULF TRANSMISSION * COMPANY AND KOCH GATEWAY * PIPELINE COMPANY * | MAGISTRATE: **SECT B MAG 5** | |

**********************************

### PETITION AND NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendants Columbia Gulf Transmission Company ("Columbia Gulf") and Koch Gateway Pipeline Company ("Koch Gateway"), through undersigned counsel, hereby remove that certain action captioned "Terrebonne Parish School Board v. Columbia Gulf Transmission Company and Koch Gateway Pipeline Company", bearing case number 127052 on the docket of the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. In support of this notice of removal, defendants plead the following grounds:



I.

This civil action was filed by plaintiff in the above-mentioned court in the State of Louisiana on the 19th day of October, 1999.

II.

Citation and petition were served on defendants, Columbia Gulf and Koch Gateway, on January 18, 2000.

III.

This is a civil action for breach of contract and damages arising out of pipeline rights of way across a 640 acre tract of wetlands in Terrebonne Parish, Louisiana.

IV.

It is apparent that the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs, given a similar claim for damages in this Court and the amount awarded therein. (See affidavit of Thomas R. Blum attached hereto as Exhibit "A".)

V.

Petitioner Terrebonne Parish School Board is a citizen of the State of Louisiana.

VI.

Columbia Gulf Transmission Company is a natural gas pipeline company, incorporated in Delaware and with its principal place of business in the State of Texas. Koch Gateway Pipeline Company is a Delaware corporation, with its principal place of business in Texas.

VII.

Complete diversity of citizenship exists between plaintiff and defendants at the time of the filing of this petition for removal.

VIII.

All defendants have consented to the removal of this action.

IX.

Accordingly, this being a civil action wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and being between citizens of different states, the action is thus within the original jurisdiction of this Court, under the provisions of 28 U.S.C. §1332 and is removable to this Court pursuant to the provisions of 28 U.S.C. §1441 et. seq.

X.

In compliance with 28 U.S.C. §1446, a copy of all process and pleadings served upon defendant Columbia Gulf, consisting of citation, petition, interrogatories and requests for production of documents are entered into this action and/or appended hereto as Exhibit "B" and made a part hereof.

XI.

A copy of all process and pleadings served upon defendant Koch Gateway, consisting of citation, petition, interrogatories and requests for production of documents are entered into this action and/or appended hereto as Exhibit "C" and made a part hereof.

XII.

Defendants Columbia Gulf and Koch Gateway hereby certify that a notice of removal is being served contemporaneously herewith with the Clerk of the Court from which this action is being removed, as well as to all parties to this litigation.

WHEREFORE, defendants pray that this cause be removed from the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, to this Honorable Court, to proceed thereafter in the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

_____
Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Christina H. Belew    (#1244)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Attorneys for Columbia Gulf Transmission Company

_____
Robert J. Young, Jr. (#13768)
Robert J. Young, III, T.A. (#19230)
YOUNG, RICHAUD & MYERS
1100 Poydras Street
1515 Energy Centre
New Orleans, Louisiana 70163
Telephone: (504) 585-7750
Attorneys for Defendant, Koch Gateway Pipeline Company

4