

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -1  P 4: 36

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER: 00-0319 |
|---|---|---|
| | * | |
| VERSUS | * | SECTION: "B" |
| | * | |
| COLUMBIA GULF TRANSMISSION | * | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY | * | |
| PIPELINE COMPANY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE MOTION FOR EXTENSION OF TIME TO PLEAD

Pursuant to LR 7.9E, defendant, Columbia Gulf Transmission Company ("Columbia Gulf"), through undersigned counsel, on suggesting to the Court that it has only recently been served with this suit, and has this day filed a Petition and Notice of Removal, removing this action from the 32nd Judicial District Court for the Parish of Terrebonne to this Honorable Court, and that additional time will be required to investigate the circumstances giving rise to the action, requests an additional twenty (20) days within which to answer or otherwise plead.

In support of this motion, Columbia Gulf shows that its answer would otherwise be due in the state court proceeding on Wednesday, February 2, 2000, that it has not previously moved for an extension of time, and that plaintiff has not filed in the record an objection to an extension of time.

FEB -3 2000

DATE OF ENTRY



WHEREFORE, defendant, Columbia Gulf Transmission Company, moves ex parte for an order extending the time in which to answer or otherwise plead to the complaint, by twenty days (20), from February 2, 2000 through and including February 22, 2000.

Respectfully submitted,

*Thomas R. Blum*
Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Christina H. Belew    (#1244)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030

Attorneys for Columbia Gulf Transmission Company

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing have been served upon all counsel of record by depositing same in the U.S. mail, postage prepaid and properly addressed this 1st day of February, 2000.

*Thomas R. Blum*

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER: 00-0319 |
| | * | |
| VERSUS | * | SECTION: "B" |
| | * | |
| COLUMBIA GULF TRANSMISSION | * | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY | * | |
| PIPELINE COMPANY | * | |

*********************************

### ORDER

Considering the foregoing motion, *and Rule 81(c) of the Fed. R. of Cv. Pr.*:

IT IS HEREBY ORDERED that defendant, Columbia Gulf Transmission Company, be, and is hereby granted an extension of twenty (20) days ~~from February 2, 2000, or~~ through and including February 22, 2000, within which to answer or otherwise respond to the complaint.

New Orleans, Louisiana this 2nd day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

K:\DATA\L\09700066\PLEADING\EXTENSIO.1            3