UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -2 P 4: 07

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CASE #00-0319 |
| | * | |
| VERSUS | * | SECTION "B" |
| | * | |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * | MAGISTRATE 5 |

* * * * * * * * * * * * * * * *

## EX PARTE MOTION AND ORDER FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS

Pursuant to LR 7.9E, defendant, Koch Gateway Pipeline Company ("Koch"), through undersigned counsel, on suggesting to the Court that it has only recently been served with this suit, and has this day filed a Petition and Notice of Removal, removing this action from the 32nd Judicial District Court for the Parish of Terrebonne to this Honorable Court, and that additional time will be required to investigate the circumstances giving rise to this action, requests an additional twenty (20) days within which to answer or otherwise plead.

In support of this Motion, Koch shows that its Answer would otherwise be due in the State Court proceeding on Wednesday, February 2, 2000, that it has not previously moved for an extension of time, and that plaintiff has not filed in the record an objection to an extension of time.

8621

DATE OF ENTRY FEB 07 2000

**WHEREFORE**, defendant, Koch, moves ex parte for an order extending the time in which to Answer or otherwise plead to the Complaint, by twenty (20) days, from February 2, 2000 through and including February 22, 2000.

Respectfully submitted,

_____
ROBERT J. YOUNG, III (#19230)
YOUNG, RICHAUD & MYERS
1100 Poydras Street, Suite 1515
New Orleans, LA  70163
(504) 585-7750

Counsel for defendant,
*KOCH GATEWAY PIPELINE COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record by placing a copy of same in the U.S. Mail, postage pre-paid, on this 2nd day of February, 2000.

_____
ROBERT J. YOUNG, III

8621                                         2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * CASE #00-0319 |
| | * |
| | * SECTION "B" |
| VERSUS | * |
| | * MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing motion: *and FRCvPr. 81(c)!*

**IT IS HEREBY ORDERED** that defendant, Koch Gateway Pipeline Company, be and the same are hereby granted an extension of twenty (20) days ~~from February 2, 2000,~~ ~~at~~ through and including February 22, 2000, within which to answer or otherwise respond to the Complaint.

**NEW ORLEANS**, Louisiana, this 3rd day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

8621