

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO. 00-0319 |
| COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY | SECTION: B(5) |

### TRANSFER ORDER

It appears to the Court that the cause of action alleged in the captioned case is substantially the same and is closely related to that in Civil Action No. 00-201, currently pending in Section "F"(5) of this Court. Therefore, pursuant to L.R. 3.1.1E,

**IT IS ORDERED** that the captioned case, Civil Action No. 00-0319"B", be and is hereby transferred to Section "F" for further handling and possible consolidation.

New Orleans, Louisiana, this 27th day of April, 2000.

TRANSFERRED TO SECT. F

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 3 2000