FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 20 A 9: 52

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | **CIVIL ACTION NO. CV00-0319** |
| **VERSUS** | * | **JUDGE: B** |
| **COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY** | * | **MAGISTRATE: 5** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONSOLIDATE

**MOTION TO ~~TRANSFER~~**

NOW INTO COURT, through undersigned counsel, enters TERREBONNE PARISH SCHOOL BOARD ("TPSB"), which hereby moves that the captioned matter be transferred and consolidated with *Terrebonne Parish School Board v. Mobil Oil Corporation*, United States Eastern District Court of Louisiana, Civil Action No. 00-0310, Section B, Magistrate 5, for the following reasons.

1.

On April 6, 2000 at 10:30 a.m., a telephone conference was held in the captioned matter to set a trial date and pre-trial conference date.

MAY 9 4 2000

**TRANSFERRED TO:**

**SECT. B**

DATE OF ENTRY
MAY   4 2000

Fee
Process
X Dktd
CtRmDep
Doc.No.

2.

Since the telephone conference, TPSB realized that the captioned matter involves the same basic theories of liability as another case with a lower docket number previously filed and pending before this Court, *i.e.*, *Terrebonne Parish School Board v. Mobil Oil Corporation*, United States Eastern District of Louisiana, Civil Action No.00-0310, Section B, Magistrate 5, and that the captioned matter should be transferred to and consolidated with the aforementioned case pursuant to LR 3.1.1E.

3.

Additionally, the *Terrebonne Parish School Board v. Mobil Oil Corporation*, Civil Action No. 00-0310 matter has several other cases which have been consolidated with it. Those cases are:

(1) *Terrebonne Parish School Board v. Atlantic Pacific, et al*, United States Eastern District Court of Louisiana, Civil Action No.00-0443, Section B, Magistrate 5;

(2) *Terrebonne Parish School Board v. Kilroy Company of Texas*, United States Eastern District Court of Louisiana, Civil Action No. 00-0462, Section B, Magistrate 5;

(3) *Terrebonne Parish School Board v. Texaco, Inc.*, United States Eastern District Court of Louisiana, Civil Action No. 00-0426, Section B, Magistrate 5,

(4) *Terrebonne Parish School Board v. Atlantic Ritchfield*, United States Eastern District Court of Louisiana, Civil Action No. 00-0468, Section B, Magistrate 5;

(5) *Terrebonne Parish School Board v. Cenac Towing Co., et al*, United States Eastern District Court of Louisiana, Civil Action No. 00-0428, Section B, Magistrate 5;

(6) *Terrebonne Parish School Board v. Falco S & D, et al*, United States Eastern District Court of Louisiana, Civil Action Nos. 00-0444 and 00-0425; and

(7) *Terrebonne Parish School Board v. Burlington Resources Oil & Gas Company*, United States Eastern District Court of Louisiana, Civil Action No. 00-0461.

4.

Terrebonne Parish School Board is the plaintiff in all of the aforementioned cases.

5.

All cases involve the same type of theory of liability.

6.

All cases deal with claims by TPSB against various defendants who conducted operations on Section 16 tracts of land located throughout Terrebonne Parish.  TPSB's claims allege that the operations of defendants through the dredging of canals and failure to maintain these canals have led to the damage and destruction of coastal wetlands in the relevant Section 16s.

7.

TPSB avers that it is in the interest of the Court and all parties involved that the captioned matter be consolidated with *Terrebonne Parish School Board v. Mobil Oil Corporation*, United States Eastern District Court of Louisiana, Civil Action No. 00-0310, Section B, Magistrate 5, in order to promote judicial economy and conserve judicial resources, and to avoid potentially conflicting court rulings.

WHEREFORE, Terrebonne Parish School Board, moves that the captioned matter be transferred and consolidated with *Terrebonne Parish School Board v. Mobil Oil Corporation*, United States Eastern District Court of Louisiana, Civil Action No. 00-0310, Section B, Magistrate 5, in order to promote judicial economy, conserve judicial resources, and to avoid potentially conflicting ruling from the Court.

Respectfully submitted

**THE GRAY LAW FIRM (APLC)**

**A. J. GRAY, III        #6253**
**WADE T. VISCONTE        #24734**
Post Office Box 1467

Page 3

Lake Charles, LA 70602-1467
(337) 494-0694       Telephone
(337) 494-0697       Facsimile

— and —

**Michael X. St. Martin**       **#12365**
**Joseph Jevic III**              **#23145**
St. Martin & Williams (APLC)
Crescent Farm
4084 Highway 311
Post Office Box 2017
Houma, LA 70361-2017
**Attorneys for Terrebonne Parish School Board**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion to Transfer has been forwarded

to all counsel of record by placing same in the U.S. Mail, properly addressed with First Class postage

prepaid this _19th_ day of **APRIL 2000**.

_Wade Visconte_
WADE T. VISCONTE

Page 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION NO. CV00-0319 |
| VERSUS | * | JUDGE: **B** |
| COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY | * | MAGISTRATE: **5** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion to Transfer filed by Terrebonne Parish School Board:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that *Terrebonne Parish School Board v. Columbia Gulf Transmission Company and Koch Gateway Pipeline Company* be and is hereby consolidated with *Terrebonne Parish School Board v. Mobil Oil Corporation*, United States Eastern District Court of Louisiana, Civil Action No. 00-0310, Section B, Magistrate 5, and all cases currently consolidated therewith which are: *Terrebonne Parish School Board v. Atlantic Pacific, et al*, United States Eastern District Court of Louisiana, Civil Action No. 00-0443, Section B, Magistrate 5; *Terrebonne Parish School Board v. Kilroy Company of Texas*, United States Eastern District Court of Louisiana, Civil Action No. 00-0462, Section B, Magistrate 5; *Terrebonne Parish School Board v. Texaco Inc.*, United States Eastern District Court of Louisiana, Civil Action No. 00-0426, Section B, Magistrate 5; *Terrebonne Parish School Board v. Atlantic Ritchfield*, United States Eastern District Court of Louisiana, Civil Action No. 00-0468, Section B, Magistrate 5; *Terrebonne Parish School Board v. Cenac Towing Co., et al*, United States Eastern District Court of Louisiana, Civil Action No. 00-0428, Section B. Magistrate 5; *Terrebonne Parish School Board*

*v. Falco S & D, et al*, United States Eastern District Court of Louisiana, Civil Action Nos. 00-0444 and 00-0425, Section B, Magistrate 5; and *Terrebonne Parish School Board v. Burlington Resources Oil & Gas Company*, United States Eastern District Court of Louisiana, Civil Action No. 00-0461, Section B, Magistrate 5.

**THUS RENDERED AND SIGNED IN CHAMBERS**, this _____ day of April 2000.

_____
DISTRICT JUDGE

DENIED.
The Court has determined that this case is not related to C.A. 00-201 (F);

therefore,
IT is ORDERED:
That C.A. 00-319 is hereby transferred back to Section B.

MF
5.3.00