

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD * | | CASE NUMBER: 00-0319 |
| * | | |
| VERSUS * | | SECTION: "B" |
| * | | |
| COLUMBIA GULF TRANSMISSION * | | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY * | | |
| PIPELINE COMPANY * | | |

******************************************

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE TRIAL

Columbia Gulf Transmission, through undersigned counsel, moves for leave to file the attached supplemental memorandum in support of its Motion to Continue Trial, upon suggesting to the Court that since Columbia Gulf first filed its Motion to Continue on September 19th, it has learned of additional circumstances that will delay discovery and preparation of expert reports in this case. Further, this supplemental memorandum will not affect the hearing date, as plaintiff will still be afforded 15 days notice, since hearing in this

DATE OF ENTRY
SEP 28 2000



matter is set for October 11th.

Columbia Gulf requests oral argument on its Motion.

Respectfully submitted,

_____
Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Christina H. Belew (#1244)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030

Attorneys for Columbia Gulf Transmission Company

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Motion to Continue Trial has been served upon all counsel of record by depositing same in the U.S. mail, postage prepaid and properly addressed this 26 day of September, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD * | | CASE NUMBER: 00-0319 |
| * | | |
| VERSUS * | | SECTION: "B" |
| * | | |
| COLUMBIA GULF TRANSMISSION * | | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY * | | |
| PIPELINE COMPANY * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

CONSIDERING the foregoing Motion for Leave to File Supplemental Memorandum in Support of Motion to Continue;

IT IS HEREBY ORDERED that Columbia Gulf Transmission be granted leave to file the attached Supplemental Memorandum in Support of Motion to Continue.

New Orleans, Louisiana, this _27th_ day of _September_, 2000.

_____
JUDGE

K:\DATA\L\09700066\PLEADING\leave con