FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT -6 PM 1:40

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
LEMELLE, J.
6 SEPTEMBER 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA          *00-319 B*

There **WILL** be oral argument on **October 11, 2000** at **9:00 A.M.** in the following cases:

98-0057    **Marquart v. Intelnet Int.**
           -Assoc. Bus, et al motion for partial summary judgment (344)
           -Assoc. Bus, et al motion for formal dismissal (345)
           -Assoc. Bus, et al motion for partial summary judgment dismissing Marquart's securities fraud (346)
           -Assoc. Bus, et al motion to exclude expert testimony of Michael Dalton (347)
           -Assoc. Bus, et al motion in limine re: introducing evidence (354)
           -Assoc. Bus, et al motion in limine re: Jaluria (355)

99-2069    **Causeway Medical, et al  v. Foster**
           -Women's Health, et al's motion for attorneys' fees (47)

99-3623    **Texaco, et al v. AmClyde**
& Cons.    -McDermott's motion for summary judgment (174)
           -Lloyd's Register's motion to strike jury demand (238)

00-0625    **LA Acorn, et al v. Plaza Suite Hotel**
           -Squires' motion for default judgment (15)

DATE OF ENTRY

OCT 0 6 2000



Fee_____
Process_____
X Dktd_____
_____CtRmDep_____
Doc.No. 16

There will **NOT** be oral argument on **October 11, 2000** in the following cases:

97-1955    **Render v. Ciba Self-Medication**
       -ALZA Corp.'s motion to exclude or limit plaintiff's expert witnesses (56)

98-1707    **Stoulig v. Hammond Airport**
       -Yokum, et al's motion for judgment as a matter of law (63)

99-1048    **Stahl v. Novartis**
       -Novartis' motion for summary judgment (31)

99-2025    **Seemes v. Beynon**
       -Nitram's motion to dismiss Counts 3 & 4 (61)

99-3340    **Hicks v. Diamond Offshore**
       -Tana Oil's motion for summary judgment (17)
       -Seabulk's motion for summary judgment (22)

99-3434    **Johnson, et al v. Sears Roebuck & Co.**
       -Johnson's motion to remand case (14)

00-0319    **Terrebonne Parish v. Columbia Gulf**
       -Columbia's motion to continue trial (11)

00-2023    **Naquin, et al v. Nokia Mobile**
       -LeBlanc, et al's motion to remand (32)

00-2467    **Whittenburg v. UNUM Life**
       -Whittenburg's motion for summary judgment (8)
       -UNUM's motion for summary judgment (11)

UNITED STATES DISTRICT JUDGE