UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 10 PM 4: 19

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * CASE #00-0319 |
| | * SECTION "B" |
| VERSUS | * |
| | * MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE DEFENDANT KOCH GATEWAY PIPELINE COMPANY'S MEMORANDUM IN SUPPORT OF CO-DEFENDANT COLUMBIA GAS TRANSMISSION COMPANY'S MOTION FOR CONTINUANCE

**NOW INTO COURT**, through undersigned counsel, comes defendant, Koch Gateway Pipeline Company ("Koch"), who moves this Honorable Court for Leave to file the attached Memorandum In Support of Co-Defendant Columbia Gas Transmission Company's ("Columbia") Motion for Continuance. Koch would show:

1.

Koch's memorandum addresses certain expert issues which directly bear on Columbia's Motion for Continuance. Koch's memorandum is not duplicative of that of Columbia, but rather sets forth additional and separate reasons peculiar to continuance of the trial date.

DATE OF ENTRY
OCT 13 2000

8621

**WHEREFORE**, defendant Koch requests that it be granted leave of court to file its Memorandum In Support of Co-Defendant Columbia Gas Transmission Company's Motion for Continuance.

Respectfully submitted,

_____
ROBERT J. YOUNG, III (#19230)
YOUNG, RICHAUD & MYERS
1100 Poydras Street, Suite 1515
New Orleans, LA 70163
(504) 585-7750

Attorneys for defendant,
***KOCH GATEWAY PIPELINE COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record via hand-delivery, facsimile and/or by placing a copy of same in the U.S. Mail, postage pre-paid, on this 10th day of October, 2000.

_____
ROBERT J. YOUNG, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CASE #00-0319 |
| | * | SECTION "B" |
| VERSUS | * | |
| | * | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * | |

* * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing motion:

**IT IS ORDERED** that Koch Gateway Pipeline Company be and the same is hereby granted leave to file its Memorandum In Support of Co-Defendant Columbia Gas Transmission Company's Motion for Continuance.

**NEW ORLEANS**, Louisiana, this 11th day of October, 2000.

_____
JUDGE

8621