

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 13  AM 10: 30

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERREBONNE PARISH SCHOOL BOARD**        CIVIL ACTION

**VERSUS**                                 00-319

**COLUMBIA GULF TRANSMISSION**             SECTION: B(5)
**COMPANY AND KOCH GATEWAY**
**PIPELINE COMPANY**

### ORDER AND REASONS

The defendant, Columbia Gulf Transmission Company, moves this Court to continue its trial date, presently set for January 16, 2001, to mid-2001. According, to the scheduling order the parties must submit expert reports by October 16, 2000. For the reasons set forth in this memoranda, the motion to continue is **DENIED**.

The defendant contends that expert reports will be untimely due to a lack of aerial photographs. There is no indication of when the photographs were ordered (i.e., whether they were ordered in a reasonable time) or that they are even "essential" to the expert's reports. In addition, the plaintiff has agreed to allow

DATE OF ENTRY
OCT 13 2000

the defendant's expert to supplement his report with the aerial negatives upon receipt and an opportunity to depose the expert prior to trial as well as to notify all hunting lessees so that any perceived remote possibility of danger is eliminated.

The fact that defendant's attorney will be out until the third week of October is also insufficient. Trial is not scheduled until January of 2001. There is no indication that Blum will not have recovered by the trial date. In addition, there is no indication as to why the two co-counsel working on this case with Blum, Christina Belew and James A. Burton, cannot proceed with the necessary discovery.

The defendant also contends that 30 days is insufficient to respond to the plaintiff's expert reports. While, the plaintiff is correct in that there was no objection to the scheduling order at the Preliminary Pre-Trial Conference, there is merit to the fact that 30 days is not a sufficient to respond to the plaintiff's eight (8) expert reports. This Court agrees with the plaintiff in that it would be inequitable to continue the trial date as they have spent considerable time, labor, and expense in complying with the Court's deadlines. Accordingly,

**IT IS ORDERED** that the Defendant, Columbia Gulf Transmission's, Motion to Continue is **DENIED.**

**IT IS FURTHER ORDERED** that the deadlines for submission of the Defendant's Expert Reports is extended from October 16, 2000 to November 16, 2000.

New Orleans, Louisiana, this 11th day of October, 2000.

```
_____
       IVAN L.R. LEMELLE
   UNITED STATES DISTRICT JUDGE
```