```
                                       FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                   2000 OCT 25  AM 11: 14

                                      LORETTA G. WHYTE
                                           CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 23, 2000

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-319 |
| COLUMBIA GULF TRANSMISSION COMPANY PIPELINE, ET AL. | SECTION: "B"(5) |

    Oral argument on Plaintiff's Motion to Compel will be conducted on November 8, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

                                              ALMA L. CHASEZ
                            UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 2 5 2000

Fee _____
Process ____
X Dktd ____
__ CtRmDep ____
Doc.No. 24