FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 25 AM 10: 16

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER: 00-0319 |
| VERSUS | * | SECTION: "B" |
| COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY | * | MAGISTRATE: 5 |

*******************************************

## UNOPPOSED MOTION FOR LEAVE
## TO FILE FIRST SUPPLEMENTAL ANSWER

Defendant, Columbia Gulf Transmission Company ("Columbia Gulf"), through undersigned counsel, hereby moves for leave to file the attached First Supplemental Answer in the above-entitled and numbered cause. Counsel for plaintiff, Wade Visconte, Esq., does not oppose this motion.

WHEREFORE, defendant, Columbia Gulf Transmission Company, prays that it be granted to file its First Supplemental Answer.

DATE OF ENTRY
OCT 2 6 2000

Fee_____
Process___
X Dktd_____
__CtRmDep__
Doc.No____

Respectfully submitted,

*[signature: Christina Belew]*

Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Christina H. Belew (#1244)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030

Attorneys for Columbia Gulf Transmission Company

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Motion for Leave to File First Supplemental Answer has been served upon all counsel of record by depositing same in the U.S. mail, postage prepaid and properly addressed this 24 day of October, 2000.

*[signature: Christina Belew]*
CHRISTINA H. BELEW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD * | | CASE NUMBER: 00-0319 |
| * | | |
| VERSUS * | | SECTION: "B" |
| * | | |
| COLUMBIA GULF TRANSMISSION * | | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY * | | |
| PIPELINE COMPANY * | | |

******************************************

## O R D E R

Considering Columbia Gulf Transmission Company's Motion for Leave to File First Supplemental Answer, and plaintiff's lack of objection thereto;

IT IS HEREBY ORDERED that Columbia Gulf Transmission Company's First Supplemental Answer be filed of record in the captioned matter.

New Orleans, Louisiana, this 25 day of October, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER: 00-0319 |
| | * | |
| VERSUS | * | SECTION: "B" |
| | * | |
| COLUMBIA GULF TRANSMISSION | * | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY | * | |
| PIPELINE COMPANY | * | |

*****************************************

## LOCAL RULE 7.6(E) CERTIFICATE

Undersigned counsel for Columbia Gulf Transmission Company certifies that on October 23, 2000, she spoke with Wade Visconte, Esq., counsel for plaintiff, who, after having been provided with a draft of the proposed supplemental answer by undersigned counsel, stated that he had no objection to the instant motion.

Respectfully submitted,

_____
Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Christina H. Belew (#1244)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Attorneys for Columbia Gulf Transmission Company

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Local Rule 7.6(e) Certificate has been served upon all counsel of record by depositing same in the U.S. mail, postage prepaid and properly addressed this 24 day of October, 2000.

_____
CHRISTINA H. BELEW