

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER: 00-0319 |
| | * | |
| VERSUS | * | SECTION: "B" |
| | * | |
| COLUMBIA GULF TRANSMISSION | * | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY | * | |
| PIPELINE COMPANY | * | |

******************************************

### JOINT MOTION TO AMEND SCHEDULING ORDER

Defendant, Columbia Gulf Transmission Company ("Columbia Gulf"), and plaintiff, Terrebonne Parish School Board, through undersigned counsel, move to amend the scheduling order in the captioned matter, upon suggesting to the Court that the Court's extension until November 16, 2000 of the time for defendants to produce their expert reports renders the various other cut off dates in the Court's initial scheduling order of April 6, 2000 unworkable. Defendant, Koch Gateway Pipeline, does not object to this motion.

WHEREFORE, for the reasons more fully set forth in the accompanying memorandum, plaintiff and Columbia Gulf Transmission Company prays that the Court reset the various cut offs in the captioned matter.

DATE OF ENTRY
OCT 30 2000



Respectfully submitted,

_____                          _____  *
Thomas R. Blum, T.A. (#3170)                       A. J. Gray, III (#6253)
James A. Burton (#3708)                            Wade T. Visconte (#24734)
Christina H. Belew  (#1244)                        THE GRAY LAW FIRM (APLC)
SIMON, PERAGINE, SMITH & REDFEARN,                 Post Office Box 1467
   L.L.P.                                          Lake Charles, LA 70602-1467
1100 Poydras Street                                Telephone: (337) 494-0694
30th Floor - Energy Centre                         Telecopier: (337) 494-0697
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Telecopier: (504) 569-2999                         *By Permission

Attorneys for Defendant Columbia Gulf              Attorneys for Plaintiff Terrebonne
Transmission Company                               Parish School Board

### CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Joint Motion to Amend Scheduling Order has been served upon all counsel of record by depositing same in the U.S. mail, postage prepaid and properly addressed this 26 day of October, 2000.

_____
CHRISTINA H. BELEW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD * | | CASE NUMBER: 00-0319 |
| * | | |
| VERSUS * | | SECTION: "B" |
| * | | |
| COLUMBIA GULF TRANSMISSION * | | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY * | | |
| PIPELINE COMPANY * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF**
**JOINT MOTION TO AMEND SCHEDULING ORDER**

MAY IT PLEASE THE COURT:

Recently the Court denied Columbia Gulf Transmission Company's ("Columbia Gulf") motion to continue the trial date set for January 16, 2000, but did grant an extension of time until November 16, 2000 for defendants to submit their experts' reports. This extension renders a number of other dates in the Court's initial scheduling order unworkable. The following cut offs and dates from the initial order of April 6, 2000 are the subject of this motion:

| | |
|---|---|
| Discovery Cut Off | November 14, 2000 |
| Settlement Conference Cut Off | November 30, 2000 |
| Motion in Limine Hearing Cut Off | December 4, 2000 |
| Stipulations and Exhibit Exchange | December 4, 2000 |
| Pretrial Motion Hearing Cut Off | December 4, 2000 |
| Pretrial Order Due | December 12, 2000 |
| Final Pretrial Conference | December 14, 2000 |

Counsel for plaintiff and Columbia Gulf have conferred and agreed upon the necessity of seeking amendment of the current scheduling order. Counsel for defendant Koch Gateway Pipeline does not object to the proposed amendments. Clearly, the discovery cut off must be extended from November 14, 2000 in light of the fact that defendants' expert reports are not due now until November 16, 2000 and that each defendant has five or more experts to be deposed after the reports are produced. Further, plaintiff's recently filed witness list contains a number of current and former School Board members as witnesses. Documents disclose other potential fact witnesses to be deposed, and defendants have listed a number of their own fact witnesses. This amount of discovery cannot be conducted in the next three weeks. Moreover, until discovery is complete, a settlement conference and various motion cut-offs are not appropriate and are not likely to be efficacious.

Plaintiff and Columbia Gulf therefore propose the following amendments to the scheduling order, in an attempt to reach a practical accommodation of discovery needs and pre-trial preparation, within the constraint of the January 16 trial date:

| | |
|---|---|
| Amended Witness and Exhibit Lists | December 8, 2000 |
| Discovery Cut Off | December 29, 2000 |
| Settlement Conference Cut Off | January 2, 3, 4 or 5, 2001 |
| Motion in Limine Hearing Cut Off | January 10, 2001 |
| Stipulations and Exhibit Exchange | January 5, 2001 |
| Pretrial Motion Hearing Cut Off | January 10, 2001 |
| Pretrial Order Due | January __, 2001 (Week of January 8, 2001) |
| Final Pretrial Conference | January __, 2001 (Week of January 8, 2001) |

2

The January dates in the court's original scheduling order (i.e., from "Objections to Other Parties' Exhibits" through end of scheduling order) are not at issue in the instant motion. Once the above dates are amended, the other dates in the Court's original order should not be a problem.

Plaintiff states that its joinder is this motion should not be construed as an agreement or representation that continuance of the trial date is necessary, but only that further time for discovery and other pre-trial preparation is necessary.

WHEREFORE, for the foregoing reasons, plaintiff and Columbia Gulf Transmission Company pray that the Court reset the various cut-offs in the captioned matter as indicated.

Respectfully submitted,

_____
Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Christina H. Belew (#1244)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Telecopier: (504) 569-2999

Attorneys for Defendant Columbia Gulf Transmission Company

_____*
A. J. Gray, III (#6253)
Wade T. Visconte (#24734)
THE GRAY LAW FIRM (APLC)
Post Office Box 1467
Lake Charles, LA 70602-1467
Telephone: (337) 494-0694
Telecopier: (337) 494-0697

*By Permission

Attorneys for Plaintiff Terrebonne Parish School Board

3

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Memorandum in Support of Joint Motion to Amend Scheduling Order has been served upon all counsel of record by depositing same in the U.S. mail, postage prepaid and properly addressed this 26 day of October, 2000.

_____
CHRISTINA H. BELEW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD * | | CASE NUMBER: 00-0319 |
| * | | |
| VERSUS * | | SECTION: "B" |
| * | | |
| COLUMBIA GULF TRANSMISSION * | | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY * | | |
| PIPELINE COMPANY * | | |

******************************************

## O R D E R

Considering the foregoing Joint Motion to Amend Scheduling Order, which is unopposed, it is hereby ordered that the Court's scheduling order of April 6, 2000 is amended as follows:

| | |
|---|---|
| Amended Witness and Exhibit Lists | December 8, 2000 |
| Discovery Cut Off | December 29, 2000 |
| Settlement Conference Cut Off | January 2, 3, 4 or 5, 2001 |
| Motion in Limine Hearing Cut Off | January 10, 2001 |
| Stipulations and Exhibit Exchange | January 5, 2001 |
| Pretrial Motion Hearing Cut Off | January 10, 2001 |
| Pretrial Order Due | January 2, 2001 (Week of January 8, 2001) |
| Final Pretrial Conference | January 3, 2001 (Week of January 8, 2001) |

The dates in the original scheduling order for Objections to Other Parties Exhibits, Findings of Fact and Conclusions of Law, Bench Books, Economic Expert Calculation Questions, Deposition Proofs, Objections to Perpetuation Testimony, Stipulations and Objections to

Demonstrative Evidence and Trial Witness and Exhibit Lists shall remain unchanged from the original order.

New Orleans, Louisiana, this 30th day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

K:\DATA\L\09700066\PLEADING\order - amend sch.ord.wpd

2