```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                     2000 NOV -9 AM 10: 31

                                       LORETTA G. WHYTE
                                             CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 7, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD          CIVIL ACTION

VERSUS                                   NUMBER: 00-319

COLUMBIA GULF TRANSMISSION               SECTION: "B"(5)
COMPANY, ET AL.


A settlement conference in the above matter is hereby **SCHEDULED** for December 21, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

                                                ALMA L. CHASEZ
                                   UNITED STATES MAGISTRATE JUDGE

```
DATE OF ENTRY
 NOV 0 9 2000
```

