

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 8, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD          CIVIL ACTION

VERSUS                                  NUMBER: 00-319

COLUMBIA GULF TRANSMISSION              SECTION: "B"(5)
COMPANY, <u>ET AL</u>.


HEARING ON MOTION

APPEARANCES:   Wade Visconte, Robert Young, III

MOTION:

(1)  Plaintiff's Motion to Compel

__1__ :   Continued to November 22, 2000 at 11:00 a.m.

_____ :   No Opposition

__1__ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E


DATE OF ENTRY
NOV 0 9 2000

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

_____ : Other.

*[signature]*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE