FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -6 PM 12: 04

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| | | |
| **VERSUS** | § | **SECTION: B** |
| | | |
| **COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY** | § § | **MAGISTRATE: 5** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION & ORDER TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT** through undersigned counsel, comes plaintiff Terrebonne Parish School Board, who requests that this Court enroll Conrad S.P. Williams III of the firm of St. Martin & Williams as additional counsel of record;

**IT IS ORDERED BY THE COURT** that Conrad S.P. Williams III is hereby enrolled as additional counsel of record for plaintiff, Terrebonne Parish School Board.

Houma, Louisiana, _____ day of _____, 2000.

_____
DISTRICT JUDGE

DATE OF ENTRY

NOV 1 6 2000

Fee_____
Process_____
X  Dktd_____
__ CtRmDep_____
Doc.No._____

Respectfully submitted,

_____
Michael X. St. Martin (Bar #12365)
Conrad S.P. Williams III (Bar #14499)
Joseph G. Jevic III (Bar #23145)
ST. MARTIN & WILLIAMS
P.O. Box 2017
Houma, LA 70361
(504) 876-3891

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served

on opposing counsel through the United States Mail, postage prepaid and properly

addressed this 2nd day of November, 2000.

_____