```
                                                     FILED
                                               U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF LA

                                              2000 NOV 27  AM 9:49

                                                LORETTA G. WHYTE
                                                     CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 22, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**TERREBONNE PARISH SCHOOL BOARD**                CIVIL ACTION

VERSUS                                            NUMBER: 00-319

**COLUMBIA GULF TRANSMISSION**                    SECTION: "B"(5)
**COMPANY, ET AL.**

### HEARING ON MOTION

APPEARANCES:  Wade Visconte, Robert Young, III

MOTION:

(1)   Plaintiff's Motion to Compel

_____ :   Continued to

_____ :   No Opposition

__1__ :    Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
NOV 2 7 2000

Fee _____
Process _____
X / Dktd
✓ / CtRmDep
Doc. No. 33

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

__1__ :   Other.

| | |
|---|---|
| Interrogatory No. 2: | Plaintiff may wish to depose the five individuals identified in answer to this interrogatory to obtain more detailed information. |
| Interrogatory No. 18: | Defendant is to supplement its answer to state that it has done nothing further since the original dredging. |

Plaintiff's request for attorney's fees is hereby denied. However, similar requests in the future may warrant the imposition of such fees.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE