

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 29, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-319 |
| COLUMBIA GULF TRANSMISSION COMPANY, ET AL. | SECTION: "B"(5) |

Oral argument on Columbia Gulf Transmission Company's Motion to Compel will be conducted on December 13, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

DATE OF ENTRY
DEC 0 4 2000

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

