```
                                          FILED
                                   U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2000 DEC -7  PM 4: 55

                                   LORETTA G. WHYTE
                                         CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 6, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-0319 |
| COLUMBIA GULF TRANSMISSION COMPANY, ET AL. | SECTION: "B"(5) |

Oral argument on Plaintiff's Motion to Compel will be conducted on December 20, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

```
                                   ALMA L. CHASEZ
                                   UNITED STATES MAGISTRATE JUDGE
```

DATE OF ENTRY
DEC 0 8 2000