```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                        2000 DEC 13 PM 4:20

                                          LORETTA G. WHYTE
                                               CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 12, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERREBONNE PARISH SCHOOL BOARD**               CIVIL ACTION

VERSUS                                           NUMBER: 00-319

COLUMBIA GULF TRANSMISSION                       SECTION: "B"(5)
COMPANY, <u>ET</u> <u>AL</u>.


The settlement conference scheduled for December 21, 2000 at 11:00 a.m. in the above matter is hereby **RESCHEDULED** for December 21, 2000 at **10:00 a.m.** before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

DATE OF ENTRY
DEC 14 2000

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

```
____Fee_____
____Process_____
_X__Dktd  OLO___
____CtRmDep_____
    Doc.No. 55
```