```
                                    FILED
                                U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                                 2000 DEC 14  PM 4:34

                                   LORETTA G. WHYTE
                                        CLERK
```

**MINUTE ENTRY**
**LEMELLE, J.**
**December 14, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERREBONNE PARISH SCHOOL BOARD**                CIVIL ACTION

**VERSUS**                                        00-319

**COLUMBIA GULF TRANSMISSION**                    SECTION: B(5)
**COMPANY AND KOCH GATEWAY**
**PIPELINE COMPANY**


The final pre-trial conference in the above captioned matter will be held before the District Judge on **January 3, 2001 at 4:00 p.m.** Counsel will be prepared in accordance with the final Pre-Trial Notice issued April 6, 2000.

                                    _____
                                    IVAN L.R. LEMELLE
                                    UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 15 2000

Fee_____
Process_____
X / Dktd _____
✓ CtRmDep_____
Doc.No. 57