```
                                              FILED
                                        U.S. DISTRICT COURT
              UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LA

              EASTERN DISTRICT OF LOUISIANA 00 DEC 13 PM 3:57

                                              LORETTA G. WHYTE
                                                    CLERK
```

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | CASE #00-0319 |
| | SECTION "B" |
| VERSUS | |
| | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | |

* * * * * * * * * * * * * * *

### DEFENDANT KOCH GATEWAY PIPELINE COMPANY'S MOTION, AND INCORPORATED MEMORANDUM, FOR EXPEDITED HEARING ON MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, comes defendant, Koch Gateway Pipeline Company ("Koch"), who moves this Honorable Court for expedited hearing on the attached Motion for Protective Order regarding a subpoena issued by plaintiff, Terrebonne Parish School Board ("TPSB"). In support of the Motion for Expedited Hearing, Koch would show as follows:

1.

Pursuant to F.R.C.P. 31, plaintiff purports to take the deposition by written testimony of a representative of Koch Gateway Pipeline Company on December 28, 2000. TPSB has served a subpoena upon Koch, through undersigned counsel, setting forth the areas to be answered.

8621

DATE OF ENTRY
DEC 1 8 2000

2.

As per the attached Memorandum In Support of Motion for Protective Order, Koch submits that the materials sought are wholly irrelevant and immaterial to the underlying issues in this case. The reasons in support of this Motion for Protective Order are more fully set out in Koch's Memorandum In Support of Motion for Protective Order.

3.

Koch was only served with the subpoena on December 8, 2000, again with a deposition date of December 28, 2000. There is insufficient time between now and the deposition date of December 28, 2000, to have Koch's Motion for Protective Order heard on the Court's regular hearing calendar.

4.

Koch submits that it is entitled to an expedited hearing in order that this Court may address Koch's Motion for Protective Order, and to prevent a deposition which Koch submits is manifestly unjust and wholly erroneous, designed only to harass Koch and/or prejudice the trier of fact in this case.

**WHEREFORE**, defendant, Koch Gateway Pipeline Company, prays that it be granted expedited hearing on its Motion for Protective Order, and for such other relief as may be applicable under these circumstances.

Respectfully submitted,

_____
ROBERT J. YOUNG, III (#19230)
YOUNG, RICHAUD & MYERS
1100 Poydras Street, Suite 1515
New Orleans, LA   70163
(504) 585-7750

Attorneys for defendant,
***KOCH GATEWAY PIPELINE COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record via hand-delivery, facsimile and/or by placing a copy of same in the U.S. Mail, postage pre-paid, on this 13th day of December, 2000.

_____
ROBERT J. YOUNG, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * * * | CASE #00-0319 |
| | * | SECTION "B" |
| VERSUS | * | |
| | * | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the above and foregoing motion:

**IT IS ORDERED** that Koch Gateway Pipeline Company be and the same is hereby granted expedited hearing on its Motion for Protective Order and that same take place on the 20th day of December, 2000, at 11:00 o'clock a.m. with oral argument.

**NEW ORLEANS**, Louisiana, this 13 day of December, 2000.

_Alma L. Chasez_
MAG. JUDGE

8621