

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 13  PM 4:59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER: 00-0319 |
| | * | |
| VERSUS | * | SECTION: "B" |
| | * | |
| COLUMBIA GULF TRANSMISSION | * | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY | * | |
| PIPELINE COMPANY | * | |

******************************************

**MOTION FOR EXPEDITED HEARING
WITH INCORPORATED MEMORANDUM IN SUPPORT**

Defendant, Columbia Gulf Transmission Company ("Columbia Gulf"), respectfully moves the Court for an expedited hearing on its accompanying motion for protective order regarding the proposed deposition upon written questions of Columbia Gulf noticed by plaintiff, Terrebonne Parish School Board, for December 28, 2000. Because the Court is scheduled to hear other discovery motions in this case on Wednesday, December 20, 2000, Columbia Gulf respectfully requests that its motion be set for hearing on that day.

An expedited hearing on its motion for protective order is necessary to enable the Court to review the issues presented prior to the date scheduled for the deposition.



DATE OF ENTRY
DEC 1 8 2000

\_\_Fee_____
\_\_Process_____
X \_Dktd_____
\_\_CtRmDep\_\_\_\_
Doc.No.\_60\_

WHEREFORE, defendant Columbia Gulf Transmission Company prays that its motion for protective order be heard on an expedited basis, on December 20, 2000.

Respectfully submitted,

*Thomas R. Blum*

Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Christina H. Belew (#1244)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Attorneys for Columbia Gulf Transmission Company

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Motion for Protective Order has been served upon all counsel of record by telecopier and by depositing same in the U.S. mail, postage prepaid and properly addressed this _13_ day of December, 2000.

*Thomas R. Blum*
THOMAS R. BLUM

K:\DATA\L\09700066\PLEADING\expedited hearing.mot&mem.wpd         2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD * | | CASE NUMBER: 00-0319 |
| VERSUS * | | SECTION: "B" |
| COLUMBIA GULF TRANSMISSION * COMPANY AND KOCH GATEWAY * PIPELINE COMPANY * | | MAGISTRATE: 5 |

******************************************

## O R D E R

Considering the foregoing;

IT IS ORDERED that the Motion for Protective Order filed by Columbia Gulf Transmission Company seeking to have cancelled the deposition by written questions filed by plaintiff and scheduled for December 28, 2000, is hereby set for hearing on Wednesday, December 20, 2000 at _11:00_ o'clock a.m. with oral argument.

New Orleans, Louisiana, this _13_ day of December, 2000.

_____
UNITED STATES MAGISTRATE JUDGE