

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 15  PM 4:42

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 13, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-0319 |
| COLUMBIA GULF TRANSMISSION COMPANY, ET AL. | SECTION: "B"(5) |

HEARING ON MOTION

**APPEARANCES:**   Christina Belew, Wade Visconte

**MOTION:**

(1) Columbia Gulf Transmission Company's Motion to Compel Terrebonne Parish School Board's Answer to Discovery

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
DEC 18 2000

\_\_ Fee \_\_
\_\_ Process \_\_
X Dktd ⃝⃝
✓ CtRmDep
Doc.No. 62

**ORDERED**

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

___1___ : Other.

Interrogatories:

| | |
|---|---|
| No. 6: | plaintiff is to supplement its answer to identify anyone who may have inspected the property on its behalf. |
| Nos. 7, 8: | plaintiff is to identify any individuals other than Mr. Carreker who were contacted and have information responsive to this request. |
| No. 9: | counsel for plaintiff is to confer with its land managers and is to supplement as to adjoining landowners. |
| No. 10: | moot. |

Request for Production of Documents:

| | |
|---|---|
| No. 3: | moot. |
| No. 10: | plaintiff is to produce or is to supplement its response to state that it has no responsive documents. |

  Nos. 13, 14, 15:  to be produced to the extent supplementation was ordered on the companion interrogatories.

  The supplementation ordered hereinabove is to be provided in one week.

            _/s/ ALC_
            ALMA L. CHASEZ
          UNITED STATES MAGISTRATE JUDGE