

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 27 AM II: 06

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 20, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-0319 |
| COLUMBIA GULF TRANSMISSION COMPANY, ET AL. | SECTION: "B"(5) |

### HEARING ON MOTION

APPEARANCES:    Christina Belew, Wade Visconte, Robert Young, III

MOTION:

(1)    Plaintiff's Motion to Compel Answers to Second Set of
       Interrogatories and Second Set of Request for Production of
       Documents;
(2)    Koch's Motion for Protective Order;
(3)    Columbia Gulf's Motion for Protective Order

_____:    Continued to

__1__:    No Opposition

_2,3_:    Opposition

DATE OF ENTRY
DEC 2 7 2000

Fee_____
Process_____
X_ Dktd _____
___ CtRmDep
Doc.No._66_

_____: Local Rules 37.1E, 33.2, 36.1, 7.1E

<u>ORDERED</u>

_____: Dismissed as moot.

_____: Dismissed for failure of counsel to appear.

_____: Granted.

_____: Denied.

<u>1,2,3</u> : Other.

1:

Requests for Production of Documents, Second Set:

No. 16: defendants are to provide plaintiff with affidavits from the individuals who searched for the documents responsive to this request indicating the locations where the search was conducted, the parameters of the search that was undertaken, that no further responsive documents could be found, and, to the best of their knowledge, that no other responsive documents exist. This is to be done within the (10) days.

2, 3: given the fact that defendants do not intend to put forth any defense based on a lack of funding or simply being a "good corporate citizen", the financial information sought by plaintiffs has no relevance. Accordingly, the depositions upon written questions are hereby quashed. If plaintiff is able to establish the contrary by re-convening the corporate depositions of defendants, it may move the Court to reconsider its ruling.

_____

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2