

MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 22, 2000

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD        CIVIL ACTION

VERSUS                                    NUMBER: 00-0319

COLUMBIA GULF TRANSMISSION            SECTION: "B"(5)
COMPANY, ET AL.


    A settlement conference was scheduled in the above matter this date.

    PRESENT:  Joseph Jevic, Jack Gray, Michael St. Martin, Thomas R. Blum, Christina Belew, Robert Young, Jr., Robert Young, III

    There will be a further settlement conference in the above matter on January 9, 2001 at 1:30 p.m. At that time a management representative of both the Terrebonne Parish School Board and Columbia Gulf Transmission, with ultimate authority to negotiate settlement of this matter, shall be present.

DATE OF ENTRY
DEC 29 2000

There will be a further settlement conference herein on January 10, 2001 at 1:30 p.m. At that time a management representative of both the Terrebonne Parish School Board and Koch Gateway Pipeline Company, with ultimate authority to negotiate settlement of this matter, shall be present.

Both Columbia Gulf Transmission and Koch Gateway Pipeline Company are to provide counsel for plaintiff with their respective proposals to fix the problem(s) at issue in this litigation on or before January 5, 2001 so that same may be logically discussed at the next settlement conference.

The deposition of Dr. Chabrick has already proceeded for at least two days. Dr. Chabrick's deposition shall be concluded within eight hours of its being reconvened on a date agreeable to all parties.

Counsel jointly requested that the date for filing of dispositive motions herein be extended from December 26th to December 28th due the Christmas holidays. The Court grants the motion of counsel.

                                                                               _____
                                                                                 ALMA L. CHASEZ
                                                          UNITED STATES MAGISTRATE JUDGE