UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CASE #00-0319 |
| | * | |
| VERSUS | * | SECTION "B" |
| | * | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * | |

* * * * * * * * * * * * * * * * *

### DEFENDANT KOCH GATEWAY PIPELINE COMPANY'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTIONS IN LIMINE IN EXCESS OF OF TWENTY-FIVE (25) PAGES

**NOW INTO COURT**, through undersigned counsel, comes defendant, Koch Gateway Pipeline Company ("Koch"), who moves this Honorable Court for leave to file the attached Memorandum In Support of Motions In Limine in excess of twenty-five (25) pages. Koch would show as follows:

1.

Koch's memorandum in support of its Motion In Limine totals thirty-three pages, only slightly more than the maximum amount allowed by local rule.

2.

The additional pages are necessary because of the very technical nature of this case, including expert testimony.

3.

Further, most of the additional pages required for the memorandum are composed of direct quotations from the various depositions, and as such are not replete with unnecessary citations or argument. This directly cited testimony is necessary to demonstrate to the court why Koch's

8621

Motions In Limine should be granted.

**WHEREFORE**, defendant Koch Gateway Pipeline Company prays that it be granted leave of court to file the attached Memorandum In Support of Koch's Motions In Limine in Excess of 25 Pages.

Respectfully submitted,

_____
ROBERT J. YOUNG, III (#9230)
YOUNG, RICHAUD & MYERS
1100 Poydras Street, Suite 1515
New Orleans, LA 70163
(504) 585-7750

Attorneys for defendant,
*KOCH GATEWAY PIPELINE COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record via hand-delivery, *facsimile* and/or by placing a copy of same in the U.S. Mail, postage pre-paid, on this 28th day of December, 2000.

_____
ROBERT J. YOUNG, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * * | CASE #00-0319 |
| | * | |
| VERSUS | * * | SECTION "B" |
| | * | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing motion:

**IT IS HEREBY ORDERED** that Koch Gateway Pipeline Company be and the same is hereby granted leave of court to file a Memorandum In Support of Motion In Limine in excess of twenty-five (25) pages.

NEW ORLEANS, Louisiana, this ___3rd___ day of ~~December~~ January, 200̸0̸ 1.

_____
JUDGE

8621