```
                              FILED
                        U.S. DISTRICT COURT
                      EASTERN DISTRICT OF LA

                        2001 JAN -3 PM 4:35

                          LORETTA G. WHYTE
                                CLERK
```

**MINUTE ENTRY**
**LEMELLE, J.**
**January 3, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH** | **CIVIL ACTION** |
| **SCHOOL BOARD** | |
| | |
| **VERSUS** | **NO. 00-319** |
| | |
| **COLUMBIA GULF TRANSMISSION** | **SECTION "B"(5)** |
| **COMPANY AND KOCH GATEWAY** | |
| **PIPELINE COMPANY** | |

Pursuant to Local Rule 78.1E of the Uniform District Court Rules, Terrebonne Parish School Board requested oral argument contemporaneously with the filing of its Motion in Limine to Exclude Evidence of Rents and Royalties (Rec. Doc. No. 71) which is set for hearing on January 10, 2001. In addition, Defendants' Motion for Summary Judgment (Rec. Doc. No. 65, 74), Motion for Judgment on the Pleadings (Rec. Doc. No. 75) and Motion in Limine to Exclude Valuation Testimony of Plaintiff's Expert Dr. Shea Penland (Rec. Doc. No. 76) as well as Plaintiff's Motion in Limine

```
DATE OF ENTRY
 JAN - 4 2001
```

```
__ Fee____
__ Process__
_X_ Dktd____
_✓_ CtRmDep__
    Doc.No. 90
```

to Exclude Testimony of Columbia Gulf's Experts Wade R. Ragas and Joseph N. Suhadaya (Rec. Doc. No. 69) are also scheduled for hearing on January 10, 2001. This Court finds that the request was filed in a timely manner and that the statement and reasons regarding the oral argument have merit. Further, this Court will hear oral argument on all of the above mentioned motions. Accordingly,

**IT IS ORDERED** that Plaintiffs Terrebonne Parish School Board's Motion in Limine to Exclude Evidence of Rents and Royalties is set for **ORAL ARGUMENT** on **Wednesday, January 10, 2001 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that all of the above mentioned motions are set for **ORAL ARGUMENT** on **Wednesday, January 10, 2001 at 9:00 a.m.**

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

2