

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| **VERSUS** | § | **SECTION: B** |
| **COLUMBIA GULF TRANSMISSION COMPANY, KOCH GATEWAY PIPELINE COMPANY** | § § | **MAGISTRATE: 5** |
| **FILED:**_____ | § | _____<br>**DEPUTY CLERK** |

### MOTION AND INCORPORATED MEMORANDUM TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITATION IN SUPPORT OF MOTIONS IN LIMINE TO EXCLUDE TESTIMONY OF KOCH EXPERTS

**NOW INTO COURT,** through undersigned counsel, enters Plaintiff, Terrebonne Parish School Board ("TPSB"), which respectfully moves this Honorable Court for an Order allowing TPSB to file a memorandum in excess of the twenty-five (25) page limitation provided by Local Rule LR 7.81E supporting its motions in limine to exclude testimony of Koch's proposed experts.

TPSB seeks to exclude certain testimony of persons retained as experts by Defendant, Koch Gateway Pipeline Company ("Koch"). Specifically, TPSB has filed motions to completely exclude the testimony of Richard N. DeVries and Kenneth J. Boudreaux, and to partially exclude the

DATE OF ENTRY
JAN - 4 2001

testimony of Irvington J. Eppling and Luther Holloway. If TPSB filed a separate memorandum in support of each motion in limine seeking to exclude the testimony of each of the aforementioned Koch witnesses, TPSB would be able to file four memorandums with page limitations of twenty-five (25) pages each under LR 7.8.1 E. Thus, TPSB would have a total of one hundred (100) pages to brief the reasons supporting the exclusion of the testimony of the Devries, Boudreaux, Holloway, and Eppling.

TPSB's Memorandum in Support of Motions in Limine to Exclude Testimony of Koch Gateway Pipeline Company's Experts seeks to incorporate all of the arguments for excluding the testimony of Koch's four witnesses into one Memorandum. The Memorandum in Support of TPSB's motions in limine is well under 100 pages. Thus, the memorandum will save the Court time and energy. This combining of memorandums eliminates the need to repeat the applicable facts and law as set for in the *Daubert* case and its progeny if four separate memorandums were filed by Plaintiffs. Additionally, presenting the Court with one memorandum containing the arguments seeking to exclude the testimony of Koch's witnesses serves the interest of judicial efficiency, eliminates the filing of voluminous papers and pleadings, serves as an easy one source reference guide, and keeps the record in this matter manageable and free of unnecessary clutter. As such, TPSB moves this Court for an Order allowing it to file a memorandum in excess of 25 pages in support of its motions in limine to exclude the testimony of Koch's proposed experts.

Respectfully submitted,

**THE GRAY LAW FIRM, APLC**

*/s/ Wade Visconte/*

A. J. GRAY, III             #6253
WADE T. VISCONTE      #24734
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694       Telephone
(337) 494-0697       Facsimile

**MICHAEL X. ST. MARTIN  #12365**
**JOSEPH G. JEVIC III           #23145**
ST. MARTIN & WILLIAMS, APLC
Post Office Box 2017
Houma, LA 70361
(504) 876-3891       Telephone
(504) 851-2219       Facsimile

**Attorneys for Terrebonne Parish School Board**

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of the preceding pleading has been served on all counsel of record via hand delivery, on this 28th day of December, 2000.

*/s/ Wade Visconte/*
WADE T. VISCONTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| **VERSUS** | § | **SECTION:  B** |
| **COLUMBIA GULF TRANSMISSION COMPANY, KOCH GATEWAY PIPELINE COMPANY** | §  § | **MAGISTRATE:  5** |
| **FILED:**_____ | § | _____ **DEPUTY CLERK** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the foregoing Motion and Incorporated Memorandum to File Memorandum in Excess of Page Limitation in Support of Motions in Limine to Exclude Testimony of Koch Experts:

**IT IS ORDERED** that Terrebonne Parish School Board's Motion and Incorporated Memorandum to File Memorandum in Excess of Page Limitation in Support of Motions in Limine to Exclude Testimony of Koch Experts is hereby **GRANTED**, and the Memorandum in Support of Motions in Limine to Exclude Testimony of Koch Gateway Pipeline Company's Experts is hereby ordered filed into the record of the captioned matter.

THUS RENDERED AND SIGNED this ____ day of _____, 2000, at New Orleans, Louisiana.

_____
U.S. DISTRICT JUDGE