FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JAN -3 PM 4:32
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | CIVIL ACTION NO. 00-0319 00-319 |
| **VERSUS** | § | SECTION: B |
| **COLUMBIA GULF TRANSMISSION COMPANY, KOCH GATEWAY PIPELINE COMPANY** | § § | MAGISTRATE: 5 |
| **FILED:**_____ | § | _____ DEPUTY CLERK |

## TERREBONNE PARISH SCHOOL BOARD'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E of the Uniform District Court Rules, Terrebonne Parish School Board, Plaintiff, submits this request for oral argument on its Motion in Limine to Exclude Testimony of Koch Gateway Pipeline Company's Experts. Since this case will involve extensive expert testimony that is highly complex and scientific, Plaintiff submits oral argument will assist the Court in deciding whether Defendant's purported experts are qualified and applied the proper methodology under Fed. R. Civ. P., Rule 702-703.

Respectfully submitted,

THE GRAY LAW FIRM (APLC)

_____
A. J. GRAY, III                                    #6253
WADE T. VISCONTE                         #24734
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694     Telephone
(337) 494-0697     Facsimile

____Fee_____
____Process__
_X_ Dktd_____
_✓_ CtRmDep__
Doc.No. 93

MICHAEL X. ST. MARTIN         #12365
JOSEPH G. JEVIC III           #23145
ST. MARTIN & WILLIAMS, APLC
Post Office Box 2017
Houma, LA 70361
(504) 876-3891        Telephone
(504) 851-2219        Facsimile
**Attorneys for Terrebonne Parish School Board**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the preceding Request for Oral Argument has been served upon all known counsel of record via ~~the United States mail, postage prepaid and properly addressed~~ hand delivery.

Lake Charles, Louisiana this 28th day of December 2000.

_____
WADE T. VISCONTE