```
                                                FILED
                                           U.S. DISTRICT COURT
                                          EASTERN DISTRICT OF LA

                                           2001 JAN -5 AM 8:27

                                           LORETTA G. WHYTE
                                                 CLERK
```

MINUTE ENTRY
LEMELLE, J.
January 4, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-319** |
| **COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY** | **SECTION "B"(5)** |

Plaintiff's Motion in Limine to Exclude Testimony of Koch Gateway Pipeline Company's Experts (Rec. Doc. No. 92) and Motion in Limine to Exclude Evidence of Studies and Plans on Terrebonne Parish School Board Section 16, Township 18 South, Range 13 East (Rec. Doc. No. 67) are set for hearing on **January 10, 2001 at 9:00 a.m.** The Court will receive **ORAL ARGUMENT** on the motions at that time.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN - 5 2001

```
___ Fee _____
___ Process ___
 X  Dktd _____
___ CtRmDep ____
    Doc.No. 94
```