```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                        2001 JAN -5 AM 8:27

                                          LORETTA G. WHYTE
                                               CLERK
```

**MINUTE ENTRY**
**LEMELLE, J.**
**January 4, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERREBONNE PARISH SCHOOL BOARD**                CIVIL ACTION

**VERSUS**                                        00-319

**COLUMBIA GULF TRANSMISSION**                    SECTION: B(5)
**COMPANY AND KOCH GATEWAY**
**PIPELINE COMPANY**


### AMENDED TRIAL PREPARATION ORDER

The pre-trial conference in the above referenced matter is scheduled for January 3, 2001. The pre-trial conference is hereby **CONTINUED** to **January 11, 2001 at 10:00 a.m.** Counsel will be prepared in accordance with the final Pre-Trial Notice issued April 6, 2000:

(1) All contested issues of law shall be briefed in pre-trial memoranda and submitted with proposed findings of fact and conclusions of law, which shall be filed no later than **January 8,**

DATE OF ENTRY
JAN - 5 2001

Fee_____
Process___
X Dktd___
_ CtRmDep
Doc.No.____

**2001**.  Counsel shall submit an original and one copy of each to Chambers.

(2)  Any motion in limine shall be filed no later than **January 8, 2001**.  Any opposition shall be filed no later than **January 9, 2001**.  Counsel shall submit an original and one copy of each to Chambers.

(3)  By **January 8, 2001**, counsel for all parties are to prepare and submit to the Court two (2) copies of a Joint Bench Book which shall contain:

   (a)  An index of all exhibits listing and numbering all exhibits sequentially and noting specific objections thereto.  All unobjected to exhibits are to be listed first followed by the objected to exhibits.  In a separate document to be submitted to the Court at the same time, the offering party must briefly respond to each objection in 2-3 sentences.

   (b)  All exhibits are to be included in the Joint Bench Book and tabbed.  Each individual exhibit exceeding 5 pages in length shall be individually paginated.

   (c)  Each exhibit book shall be labeled with the name and telephone number of attorneys as well as the case and volume number on the outside.

(d) All Joint Bench Books shall be picked up by counsel no later than the first Friday after the completion of the trial, unless this matter is taken under advisement.

(4) Any discovery that will be used as an exhibit must be specifically identified; for example, the exact Interrogatory and corresponding Answer. Likewise, other documents such as regulations or portions of files must be specifically identified.

(5) If any video deposition is to be used at trial, the offering party must submit a copy of the transcript to this Court by **January 10, 2001**. Additionally, any video deposition must be edited so as to delete all objections and colloquy of counsel, and there shall be no "dead" video or audio spots in the video deposition. If the parties cannot amicably resolve all of the objections, the offering party must submit a transcript of the deposition to this Court by **January 10, 2001** with the disputed objections highlighted and the Court will promptly rule thereon so that the video deposition can be edited as described prior to trial. A copy of the "clean" video deposition shall be submitted prior to trial.

(6) Any transcribed deposition testimony to be used at trial shall be submitted no later than **January 10, 2001**. Again, all

objections and colloquy shall be deleted and all offered testimony highlighted. In the absence of agreement on objections, counsel shall submit a copy of the deposition with a brief statement specifying the objection and reason therefore no later than **January 10, 2001**, and the Court will promptly rule so that a copy of the "clean" deposition can be submitted by the aforesaid deadline.

(7) Any objections as to the admissibility of a document or the ability of a witness to testify based upon noncompliance with these deadlines shall be raised by written motion filed no later than **January 8, 2001**, with oppositions due no later than **January 9, 2001**. Counsel shall submit an original and one copy of each to Chambers.

(8) Trial shall commence before the District Judge on **January 16, 2001, at 9:00 a.m.**

(9) The parties shall continue to pursue amicable resolution of this matter.

                                          _____
                                          IVAN L.R. LEMELLE
                                          UNITED STATES DISTRICT JUDGE