FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -5 PM 4: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER: 00-0319 |
| VERSUS | * | SECTION: "B" |
| COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY | * | MAGISTRATE: 5 |

**COLUMBIA GULF TRANSMISSION COMPANY'S
MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN
LIMINE TO EXCLUDE EVIDENCE OF RENTS AND ROYALTIES**

MAY IT PLEASE THE COURT:

Defendant Columbia Gulf Transmission Company, ("Columbia Gulf") submits this memorandum in opposition to the motion of the Terrebonne Parish School Board, ("School Board") the plaintiff in this case, to exclude evidence of rents and royalties it has realized on other Section 16 lands administered by it.

The gist of the School Board's argument is set forth on page three of its memorandum as follows:

1

> "Whether or not defendants' pipeline canals have damaged TPSB's T18S, R 13E property is a determination completely unrelated to the revenue that TPSB has received or is receiving as a result of mineral production, mineral leases, or oil and gas activities on other unrelated TPSB Section 16 lands.

Whether that statement is accurate is not important. The School Board is under, and has been under, a legal obligation to mitigate whatever damages it is now claiming. The revenue available to it from whatever sources, including other Section 16 lands, is relevant to the issue of whether the School Board has taken reasonable steps to mitigate its damages.

Columbia Gulf would also suggest that since this is a bench trial, no prejudice would be suffered by allowing the admission of the evidence. This Court can certainly give it the weight it deserves in the context of other evidence introduced at trial. Seeking to exclude the evidence in the vacuum of a motion in limine serves no useful purpose.

        Respectfully submitted,

*Thomas R. Blum*
_____
Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Herman C. Hoffmann, Jr. (#6899)
Christina H. Belew (#1244)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030

Attorneys for Columbia Gulf Transmission Company

2

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing has been served upon all counsel of record by telecopier or by depositing same in the U.S. mail, postage prepaid and properly addressed this 5th day of January, 2001.

_____Thomas R Blum_____

K:\DATA\L\09700066\PLEADING\Oppmemoran.wpd