```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                             2001 JAN -8  PM 12: 24

                             LORETTA G. WHYTE
                                     CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD * | | CASE NUMBER: 00-0319 |
| * | | |
| VERSUS * | | SECTION: "B" |
| * | | |
| COLUMBIA GULF TRANSMISSION * | | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY * | | |
| PIPELINE COMPANY * | | |
| ***************************************** | | |

**COLUMBIA GULF'S MOTION FOR LEAVE TO FILE REPLY
TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY
JUDGMENT, WITH INCORPORATED MEMORANDUM IN SUPPORT**

Columbia Gulf Transmission Company ("Columbia Gulf"), through undersigned counsel, moves for leave to file the attached reply to Terrebonne Parish School Board's ("TPSB") opposition to its motion for summary judgment, upon suggesting to the Court that Columbia Gulf wishes to briefly address three issues raised by plaintiff in its opposition.

In support of this motion, Columbia Gulf shows that its reply refutes arguments raised by plaintiff in its opposition that mover did not address in its original memorandum in support of its motion, and cites the Court to a relevant case for the first time. Granting the motion should not cause delay, as this is set for hearing on Wednesday, January 10, 2001.

DATE OF ENTRY

JAN 1 1 2001

___ Fee
___ Process
X  Dktd ___
✓  CtRmDep ___
   Doc.No. 104

WHEREFORE, Columbia Gulf prays that it be granted leave of Court to file the attached reply.

Respectfully submitted,

*/s/ Thomas R. Blum*
_____
Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Herman C. Hoffmann, Jr. (#6899)
Christina H. Belew (#1244)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030

Attorneys for Columbia Gulf Transmission Company

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing motion for leave has been served upon all counsel of record by telecopier and by depositing same in the U.S. mail, postage prepaid and properly addressed this 8th day of January, 2001.

*/s/ Thomas R. Blum*
_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD * | CASE NUMBER: 00-0319 |
| * | |
| VERSUS * | SECTION: "B" |
| * | |
| COLUMBIA GULF TRANSMISSION * | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY * | |
| PIPELINE COMPANY * | |

*******************************************

### **O R D E R**

CONSIDERING the foregoing Motion for Leave to File Reply to Plaintiff's Opposition to Motion for Summary Judgment;

IT IS HEREBY ORDERED that Columbia Gulf Transmission be granted leave of court to file the attached Reply to Plaintiff's Opposition to Motion for Summary Judgment.

New Orleans, Louisiana, this _____ day of January, 2001.

_____
JUDGE

K:\DATA\L\09700066\PLEADING\leave-mot.wpd

3