


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § | CIVIL ACTION NO. 00-0319 |
| VERSUS | § | SECTION:   B |
| COLUMBIA GULF TRANSMISSION COMPANY, KOCH GATEWAY PIPELINE COMPANY | § § | MAGISTRATE:   5 |
| FILED:_____ | § | _____ DEPUTY CLERK |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION, AND INCORPORATED MEMORANDUM, TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE TESTIMONY OF COLUMBIA GULF TRANSMISSION COMPANY'S WITNESS, JOSEPH SUHAYDA

NOW INTO COURT, through undersigned counsel, enters Plaintiff, Terrebonne Parish School Board ("TPSB"), which hereby respectfully requests leave of court to file a supplemental memorandum in accordance with Local Rule 7.5E.  TPSB submits that a supplemental memorandum is necessary to clarify TPSB's prior Memorandum in Support of Motions in Limine to Exclude Testimony of Columbia Gulf Transmission Company's Experts.  TPSB submits that due to the deadlines for submitting motions in limine established by the Court, TPSB did not have the transcript testimony of Joseph Suhayda's deposition available at the time of filing.  TPSB wishes to



supplement it prior memorandum with citations to specific portions of Dr. Suhayda's deposition which indicate that his testimony does not meet **Daubert** standards and should be excluded at trial. The attached supplemental memorandum will not unduly delay these proceedings, nor duplicate or repeat arguments or issues addressed in plaintiffs' original Memorandum.

Respectfully submitted,

ST. MARTIN & WILLIAMS (APLC)

| | |
|---|---|
| MICHAEL X. ST. MARTIN | #12365 |
| JOSEPH G. JEVIC, III | #23145 |

Post Office Box 2017
Houma, Louisiana 70361-2017
(504) 876-3891    Telephone
(504) 851-2219    Facsimile

| | |
|---|---|
| **A. J. GRAY, III** | **#6253** |
| **WADE T. VISCONTE** | **#24734** |

**THE GRAY LAW FIRM (APLC)**
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694    Telephone
(337) 494-0697    Facsimile

**Attorneys for Terrebonne Parish School Board**

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion and Memorandum has been mailed to all counsel of record via facsimile and United States mail, postage prepaid on this _____8th_____ day of _____January_____, 2001.

_____
JOSEPH G. JEVIC, III

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § | CIVIL ACTION NO. 00-0319 |
| VERSUS | § | SECTION:   B |
| COLUMBIA GULF TRANSMISSION COMPANY, KOCH GATEWAY PIPELINE COMPANY | § § | MAGISTRATE:   5 |
| FILED:_____ | § | _____ DEPUTY CLERK |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the above and foregoing Motion:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that plaintiff, Terrebonne Parish School Board be and the same is hereby granted leave of court to file a supplemental memorandum in support of its prior Motions in Limine to Exclude Testimony of Columbia Gulf Transmission Company's Experts.

**THUS RENDERED AND SIGNED** in New Orleans, Louisiana, on this _____ day of _____, 2000.

_____
DISTRICT JUDGE

4