FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 11 PM 1: 19

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | CIVIL ACTION |
| **VERSUS** | NO. 00-319 |
| **COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY** | SECTION "B"(5) |

## FINAL JUDGMENT

The Court granted the defendants' Motion for Summary Judgment on January 9, 2001 after finding that summary judgment was appropriate. Entry of a final judgment regarding the dismissal of the defendants from this litigation is proper because the January order dismissed all claims against the defendants. Accordingly, for the reasons provided in this Court's January 9, 2001 opinion,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in **favor** of Defendants Columbia Gulf Transmission Company and Koch Gateway Pipeline Company and **against** Plaintiffs Terrebonne Parish School Board regarding their claims against the defendants.

New Orleans, Louisiana, this ___10th___ day of January 2001.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 11 2001