FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 10 PM 4:44

LORETTA G. WHYTE
CLERK



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| **VERSUS** | § | **SECTION:  B** |
| **COLUMBIA GULF TRANSMISSION COMPANY, KOCH GATEWAY PIPELINE COMPANY** | § § | **MAGISTRATE:  5** |
| **FILED:**_____ | § | _____ <br> **DEPUTY CLERK** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION, AND INCORPORATED MEMORANDUM, TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE TESTIMONY OF KOCH GATEWAY PIPELINE COMPANY'S WITNESS, RICHARD DEVRIES

NOW INTO COURT, through undersigned counsel, enters Plaintiff, Terrebonne Parish School Board ("TPSB"), which hereby respectfully requests leave of court to file a supplemental memorandum in accordance with Local Rule 7.5E.  TPSB submits that a supplemental memorandum is necessary to clarify TPSB's prior Memorandum in Support of Motions in Limine to Exclude Testimony of Koch Gateway Pipeline Company's Expert, Richard Devries.  TPSB submits that due to the deadlines for submitting motions in limine established by the Court, TPSB did not have the transcript testimony of Richard Devries' deposition available at the time of filing.

DATE OF ENTRY
JAN 12 2001



TPSB wishes to supplement it prior memorandum with citations to specific portions of Dr. Suhayda's deposition which indicate that his testimony does not meet *Daubert* standards and should be excluded at trial. The attached supplemental memorandum will not unduly delay these proceedings, nor duplicate or repeat arguments or issues addressed in plaintiffs' original Memorandum.

                Respectfully submitted,

                ST. MARTIN & WILLIAMS (APLC)

| | |
|---|---|
| MICHAEL X. ST. MARTIN | #12365 |
| JOSEPH G. JEVIC, III | #23145 |

Post Office Box 2017
Houma, Louisiana 70361-2017
(504) 876-3891   Telephone
(504) 851-2219   Facsimile

| | |
|---|---|
| **A. J. GRAY, III** | **#6253** |
| **WADE T. VISCONTE** | **#24734** |

**THE GRAY LAW FIRM (APLC)**
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694   Telephone
(337) 494-0697   Facsimile

**Attorneys for Terrebonne Parish School Board**

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion and Memorandum has been mailed to all counsel of record via facsimile and United States mail, postage prepaid on this _____8th_____ day of __January__, 2001.

_____
JOSEPH G. JEVIC, III

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| **VERSUS** | § | **SECTION:   B** |
| **COLUMBIA GULF TRANSMISSION COMPANY, KOCH GATEWAY PIPELINE COMPANY** | §<br>§ | **MAGISTRATE:   5** |
| **FILED:**_____ | § | _____<br>**DEPUTY CLERK** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that plaintiff, Terrebonne Parish School Board be and the same is hereby granted leave of court to file a supplemental memorandum in support of its prior Motions in Limine to Exclude Testimony of Columbia Gulf Transmission Company's Experts.

**THUS RENDERED AND SIGNED** in New Orleans, Louisiana, on this ____ day of _____, 2001.

_____
DISTRICT JUDGE

4