

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER: 00-0319 |
| | * | |
| VERSUS | * | SECTION: "B" |
| | * | |
| COLUMBIA GULF TRANSMISSION | * | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY | * | |
| PIPELINE COMPANY | * | |

*****************************************

## MOTION FOR EXPEDITED HEARING
## WITH INCORPORATED MEMORANDUM IN SUPPORT

Defendant, Columbia Gulf Transmission Company ("Columbia Gulf"), respectfully moves the Court for an expedited hearing on its accompanying motion to compel answers to discovery.

An expedited hearing on this motion for to compel is necessary because trial in this matter is set for January 16, 2001 and plaintiff's answers were served on December 19. Discovery cut off is December 29, 2000.

WHEREFORE, defendant Columbia Gulf Transmission Company prays that its motion for protective order be heard on an expedited basis.

DATE OF ENTRY
JAN 1 2 2001

Respectfully submitted,

*Christina Belew*

Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Christina H. Belew (#1244)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Attorneys for Columbia Gulf Transmission Company

### CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing has been served upon all counsel of record by telecopier and by depositing same in the U.S. mail, postage prepaid and properly addressed this 28 day of December, 2000.

*Christina Belew*
CHRISTINA H. BELEW

K \DATA\L\09700066\PLEADING\expeditedhearing-compel-mot.wpd       2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD * | | CASE NUMBER: 00-0319 |
| * | | |
| VERSUS * | | SECTION: "B" |
| * | | |
| COLUMBIA GULF TRANSMISSION * | | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY * | | |
| PIPELINE COMPANY * | | |

*******************************************

## **O R D E R**

Considering the foregoing Motion for Expedited Hearing;

IT IS ORDERED that the Motion to Compel filed by Columbia Gulf Transmission Company is hereby set for hearing on _____, 200___ at _____ o'clock ___.m.

New Orleans, Louisiana, this _____ day of December, 2000.

_moot_
ALC
1/10/01

_____
UNITED STATES MAGISTRATE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD * | | CASE NUMBER: 00-0319 |
| * | | |
| VERSUS * | | SECTION: "B" |
| * | | |
| COLUMBIA GULF TRANSMISSION * | | MAGISTRATE: 5 |
| COMPANY AND KOCH GATEWAY * | | |
| PIPELINE COMPANY * | | |

*******************************************

## COLUMBIA GULF TRANSMISSION COMPANY'S MOTION TO COMPEL TERREBONNE PARISH SCHOOL BOARD'S ANSWERS TO SECOND SET OF DISCOVERY

Columbia Gulf Transmission Company ("Columbia Gulf"), through undersigned counsel, moves this Court for an order compelling plaintiff, Terrebonne Parish School Board ("TPSB") to fully and completely respond to Columbia Gulf's second set of interrogatories numbers 1, 2 and 3, attached hereto as Exhibit "A" in globo.

WHEREFORE, for the reasons more fully set forth in the accompanying memorandum, Columbia Gulf Transmission Company prays for an order of this Court compelling Terrebonne

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc.No._____

Parish School Board to provide full and complete responses to the interrogatories and requests for production set forth above and ordering plaintiff to pay Columbia Gulf's reasonable expenses incurred in the filing of this motion, including attorneys' fees, as determined by this Honorable Court.

                Respectfully submitted,

_____
Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Christina H. Belew  (#1244)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030

Attorneys for Columbia Gulf Transmission Company

## LOCAL RULE 37.1 CERTIFICATE

Undersigned counsel for Columbia Gulf Transmission Company certifies that on December 28, 2000, she conferred in person with counsel for plaintiff, Joseph Jevic, about the discovery disputes set forth in the accompanying motion to compel, but that the disputes could not be amicably resolved.

_____
CHRISTINA H. BELEW

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Compel has been served on all counsel of record by placing same in the United States mail, first-class postage prepaid and properly addressed, this 28th day of December, 2000.

_____
CHRISTINA H. BELEW

K:\DATA\L\09700066\PLEADING\compel2.mot.wpd

3