```
                                                        FILED
                                                  U.S. DISTRICT COURT
                                                 EASTERN DISTRICT OF LA

                                                  2001 JAN 18 AM 9:28

                                                   LORETTA G. WHYTE
                                                        CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § | CIVIL ACTION NO. 00-0319 |
| VERSUS | § | SECTION:  B |
| COLUMBIA GULF TRANSMISSION COMPANY, KOCH GATEWAY PIPELINE COMPANY | § § | MAGISTRATE:  5 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEAL

Notice is hereby given that Terrebonne Parish School Board, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons entered on January 11, 2001, and the Final Judgment entered on January 11, 2001, both of which were rendered by the District Court in the captioned matter.

Respectfully submitted,

THE GRAY LAW FIRM (APLC)

_____
A. J. GRAY, III                    #6253
WADE T. VISCONTE                   #24734
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694      Telephone
(337) 494-0697      Facsimile

       MICHAEL X. ST. MARTIN  #12365
       JOSEPH G. JEVIC III   #23145
       ST. MARTIN & WILLIAMS, APLC
       Post Office Box 2017
       Houma, LA 70361
       (504) 876-3891  Telephone
       (504) 851-2219  Facsimile
       **Attorneys for Terrebonne Parish School Board**

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the preceding Notice of Appeal has been served on all counsel of record by placing same in the United States mail delivery, postage prepaid and properly addressed on this 17th day of January, 2001.

_____
WADE T. VISCONTE