FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 18 AM 9:29

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| **VERSUS** | § | **SECTION:   B** |
| **COLUMBIA GULF TRANSMISSION COMPANY, KOCH GATEWAY PIPELINE COMPANY** | §<br>§ | **MAGISTRATE:   5** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF NO TRANSCRIPT

Terrebonne Parish School Board, plaintiff in the above named case, certifies that no transcript is available or will be ordered in the captioned matter as the Order and Reasons entered on January 11, 2001, and the Final Judgment entered on January 11, 2001, both of which were rendered by the District Court, were decided on memorandums and attachments without oral argument.

Respectfully submitted,

**THE GRAY LAW FIRM (APLC)**

_____
A. J. GRAY, III                                         #6253
WADE T. VISCONTE                            #24734
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694       Telephone
(337) 494-0697       Facsimile



MICHAEL X. ST. MARTIN #12365
JOSEPH G. JEVIC III #23145
ST. MARTIN & WILLIAMS, APLC
Post Office Box 2017
Houma, LA 70361
(504) 876-3891  Telephone
(504) 851-2219  Facsimile
**Attorneys for Terrebonne Parish School Board**

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of the preceding Certificate of No Transcript has been served on all counsel of record by placing same in the United States mail delivery, postage prepaid and properly addressed on this 17th day of January, 2001.

_____
WADE T. VISCONTE