

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| **VERSUS** | § | **SECTION: B** |
| **COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY** | §<br>§ | **MAGISTRATE: 5** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TERREBONNE PARISH SCHOOL BOARD'S
## MAY/WILL CALL WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, enters TERREBONNE

PARISH SCHOOL BOARD ("TPSB"), which hereby submits this May/Will Call Witness and

Exhibit List in accordance with the Court's Pre-Trial Order.

### WILL CALL WITNESSES

1.  Alex J. McCorquodale, Ph.D., P.E.
    Department of Civil & Environmental Engineering
    University of New Orleans
    New Orleans, LA 70148
    Dr. McCorquodale is a hydrologist who will testify as to the assessment of flow in, out of, and between the pipeline canals on Section 16, Township 18 South, Range 13 East.



2.    Charles Camp
      205 Raywood Drive
      Houma, LA 70360
      Mr. Camp is a registered land surveyor who will provide expert testimony on the
      results of a survey on the property. Mr. Camp will also provide expert testimony on
      the restoration plan he prepared with Dr. Chabreck, as well as the results of a search
      of public records for documents allowing operations by Koch Gateway Pipeline
      Company and Columbia Gulf Transmission Company on the property.

3.    Robert H. Chabreck, Ph.D.
      1821 Cloverdale Avenue
      Baton Rouge, LA 70808
      Dr. Chabreck is an expert in coastal marshes and coastal ecology. He will testify as
      to the evaluation of damages to the property, causes of damages to the property,
      condition of the property currently and in the future as a result of the field surveys
      conducted, and will testify as to the results of a root mat study performed on the
      property.

4.    Shea Penland, Ph.D.
      Department of Geology and Geophysics
      University of New Orleans
      1029 Geology Bldg.
      New Orleans, LA 70148-2850
      Dr. Penland is an expert who will testify as to coastal geomorphology prior to and
      after activities by defendants on the property, coastal processes, photo interpretation
      of historical aerial photography, and value of property considering social values to
      be taken into account in determining restoration and/or preservation value.

5.    Any witnesses listed or called by defendants, Koch Gateway Pipeline Company or
      Columbia Gulf Transmission Company.

6.    Any witnesses necessary for rebuttal or impeachment of any witness called by Koch
      Gateway Pipeline Company or Columbia Gulf Transmission Company.

7.    Any witnesses necessary to authenticate any exhibit or document.

## MAY CALL WITNESSES

1.    Robert Simmons, P.E.
      Environmental Science Services
      Post Office Box 84408
      Baton Rouge, LA 70809-4408

Mr. Simmons assisted Dr. McCorquodale in his assessment of flow in, out of, and between the pipeline canals. He will provide fact and expert testimony on the flow assessment study conducted.

2.    Joshua Johnson
       Environmental Science Services, Inc.
       9441 Common Street, Suite A
       Baton Rouge, LA 70809
       Mr. Johnson was involved in taking soil samples on the property.

3.    Carl Hultgren
       Environmental Science Services, Inc.
       9441 Common Street, Suite A
       Baton Rouge, LA 70809
       Mr. Hultgren was involved in taking soil samples on the property.

4.    Youchao Wang
       Environmental Science Services, Inc.
       9441 Common Street, Suite A
       Baton Rouge, LA 70809
       Youchao Wang performed the analysis on the soil and water samples taken from the property and may give expert testimony on the results of said test results.

5.    Clark Bonvillian
       201 Stadium Drive
       Houma, LA 70360
       Chairman of the Section 16 Lands Committee for Terrebonne Parish School Board.

6.    Rickie Pitre
       201 Stadium Drive
       Houma, LA 70360
       Vice Chairman of the Section 16s Land Committee for Terrebonne Parish School Board.

7.    L.P. Bordelon, III
       201 Stadium Drive
       Houma, LA 70360
       Member of Section 16s Land Committee for Terrebonne Parish School Board.

8.    Roland Henry, Jr.
       201 Stadium Drive
       Houma, LA 70360
       Member of Section 16s Land Committee for Terrebonne Parish School Board.

9.     Dudley Melancon
       201 Stadium Drive
       Houma, LA 70360
       Member of Section 16s Land Committee for Terrebonne Parish School Board.

10.    Any current member of the Terrebonne Parish School Board.

11.    Herbert Carreker
       201 Stadium Drive
       Houma, LA 70360
       Current Section 16s Land Manager for Terrebonne Parish School Board.

12.    Any witnesses listed or called by defendants, Koch Gateway Pipeline Company or
       Columbia Gulf Transmission Company.

13.    Any witnesses necessary for rebuttal or impeachment of any witness called by Koch
       Gateway Pipeline Company or Columbia Gulf Transmission Company.

14.    Any witnesses necessary to authenticate any exhibit or document.

15.    Elizabeth Scruto
       201 Stadium Drive
       Houma, LA 70360
       Mrs. Scruto is the current superintendent/administrator for the Terrebonne Parish
       School Board.

## EXHIBITS — WILL USE

1.     Responses of Columbia Gulf Transmission Company to Plaintiff's First Set of
       Interrogatories and First Set of Requests for Production of Documents.

2.     Plaintiff's First Set of Interrogatories and First Set of Requests for Production of
       Documents to Columbia Gulf Transmission Company.

3.     Responses of Koch Gateway Pipeline Company to Plaintiff's First Set of
       Interrogatories and Requests for Production of Documents.

4.     Plaintiff's First Set of Interrogatories and First Set of Requests for Production of
       Documents to Koch Gateway Pipeline Company.

5.     Curriculum Vitae of Robert Chabreck, Ph.D.

6.     Curriculum Vitae of Shea Penland, Ph.D.

7.    Curriculum Vitae of Charles Camp, Land Surveyor.

8.    Curriculum Vitae of Alex McCorquodale, Ph.D., P.E.

9.    Report entitled "Assessment of Coastal Wetland Values" by Shea Penland, Ph.D. together with all maps, photographs, demonstrative aids and other exhibits attached to and included in the Report.

10.   Report entitled "Assessment of Potential Hurricane Damage To Terrebonne Parish School Board Section 16, Township 18 South, Range 13 East Property" prepared by Shea Penland, Ph.D., together with all maps, photographs, demonstrative aids and other exhibits attached to and included in the Report.

11.   Report entitled "Assessment of the Direct and Indirect Impacts of Pipelines in Section 16, Township 18 South, Range 13 East, Terrebonne Parish, Louisiana" prepared by Shea Penland, Ph.D., together with all maps, photographs, demonstrative aids, and other exhibits attached to and included in the Report.

12.   Report entitled "Evaluation of Damages to Property of the Terrebonne Parish School Board in Township 18 South, Range 13 East," by Robert H. Chabreck, Ph.D., together with all maps, photographs, demonstrative aids, and other exhibits attached to and included in the report.

13.   Report entitled "Field Survey of Wetland Damage Associated with Pipelines in Section 16, Township 18 South, Range 13 East, Terrebonne Parish, Louisiana," by Robert H. Chabreck, Ph.D., together with all maps, photographs, demonstrative aids, and other exhibits attached to and included in the report.

14.   Report entitled "Thickness of the Root Mat in Section 16, Township 18 South, Range 13 East, Terrebonne Parish, Louisiana," by Robert H. Chabreck, Ph.D., together with all maps, photographs, demonstrative aids, and other exhibits attached to and included in the report.

15.   Expert report prepared by Charles M. Camp dated October 31, 2000, outlining the proposed restoration of Section 16, Township 18 South, Range 13 East, together with all maps, photographs, demonstrative aids, and other exhibits attached to and included in Camp's report.

16.   Right-of-Way from Terrebonne Parish School Board to United Gas Pipeline Company recorded in the Terrebonne Parish Courthouse under COB 253, Folio 646, Entry No. 173617, dated December 18, 1957.

17.   Right-of-Way from Terrebonne Parish School Board to Columbia Gulf Transmission

Company recorded in the Terrebonne Parish Courthouse under COB 403, Folio 313, Entry No. 284018, dated August 4, 1965.

18. September 12, 2000, map entitled "Section 16 Township 18 South, Range 13 East Restoration Project No. 2 Plan Overview" outlining the restoration of the pipeline canals dredged by Koch and Columbia Gulf.

19. September 12, 2000, map entitled "Section 16 Township 18 South, Range 13 East Restoration Project No. 1 Plan Overview" outlining the restoration of the pipeline canals dredged by Koch and Columbia Gulf.

20. Map for restoration plan #3, "Section 16 Township 18 South, Range 13 East Restoration Project No. 3 Plan Overview" outlining the restoration of the marsh damaged and destroyed as a result of the eroding pipeline canals dredged by Koch and Columbia Gulf.

21. Report entitled "Assessment of Flow Between the Boundary Canals and the Marshes of Section 16, No. 18-13" prepared by Alex McCorquodale, Ph.D., P.E. and Robert Simmons, P.E., together with all maps, photographs, demonstrative aids, and other exhibits attached to and included in the report.

22. Any exhibits referred to in or attached to any depositions taken in this matter.

23. all maps, photographs, demonstrative aids, publications, and other documentation used, referred to, or relied upon by Alex McCorquodale in preparing his expert report and forming his expert opinion.

24. all maps, photographs, demonstrative aids, publications, and other documentation used, referred to, or relied upon by Robert Chabreck in preparing his expert reports and forming his expert opinion.

25. all maps, photographs, demonstrative aids, publications, and other documentation used, referred to, or relied upon by Charlie Camp in preparing his expert report and forming his expert opinion.

26. all maps, photographs, demonstrative aids, publications, and other documentation used, referred to, or relied upon by Shea Penland in preparing his expert reports and forming his expert opinion.

27. Any depositions taken in the captioned matter.

28. Any pleadings filed in the captioned matter.

29.    Columbia Gulf's documents Bates number CGT 0001 through CGT 0247 produced in response to the Terrebonne Parish School Board's first request for production of documents.

30.    Koch's documents Bates number K-0001 through K-0416 produced in response to the Terrebonne Parish School Board's first request for production of documents.

31.    Any exhibits listed by Koch Gateway Pipeline Company.

32.    Any exhibits listed by Columbia Gulf Transmission Company.

33.    Any documents hereinafter produced by Koch Gateway Pipeline Company and/or Columbia Gulf Transmission Company and/or plaintiffs.

34.    Any exhibits necessary for rebuttal or impeachment of any witnesses called by Koch Gateway Pipeline Company and/or Columbia Gulf Transmission Company.

35.    Figure 1 attached and included in the McCorquodale and Simmons expert report, said Figure is entitled "Assessment of Flow Between the Boundary Canals and the Marshes of Section 16, No.18-13" which is identified as "T18S,R13E, S16 Flow Meter Site Location Map".

36.    Figure 2 attached and included in the McCorquodale and Simmons expert report, said Figure is entitled "Assessment of Flow Between the Boundary Canals and the Marshes of Section 16, No.18-13" which is identified as "Measured Cross-Section at Cut 18-13 #1 on the Northeast Side of the Property (view looking into the marsh), August 24, 2000 at 10:01 AM".

37.    Figure 3 attached and included in the McCorquodale and Simmons expert report, said Figure is entitled "Measured Cross-Section at Transect 18-13#1 at Little Horn Bayou (view looking upstream-northwest), August 24, 2000 at 1:34 PM".

38.    Figure 4 attached and included in the McCorquodale and Simmons expert report, said Figure is entitled "Recorded Velocity and Stage at Cut 18-13#1 (Northeast side of the Property)".

39.    Figure 5 attached and included in the McCorquodale and Simmons expert report, said Figure is entitled "Initial Uncorrected Flow and Flow Corrected for Vertical and Lateral Boundary Effects at Cut 18-13#1 (Q in cfs) (Positive Values Refer to Flow into the Marsh)".

40.    Figure 6 attached and included in the McCorquodale and Simmons expert report, said Figure is entitled "Hydrograph Corrected for Clogging and Unclogging of Probe at

Cut 18-13#1".

41.    Figure 7 attached and included in the McCorquodale and Simmons expert report, said Figure is entitled "measured Velocity and Stage at Transect 18-13#1 (August 24, 2000)".

42.    Figure 8 attached and included in the McCorquodale and Simmons expert report, said Figure is entitled "Initial Uncorrected Flow and Corrected for Vertical and Lateral Boundary Effects at Transect 18-13#2 (Q in cfs) (Positive Values Indicate Downstream Flow)".

43.    Figure 9 attached and included in the McCorquodale and Simmons expert report, said Figure is entitled "Hydrogen Corrected for Clogging and Unclogging of Probe at Transect 18-13#2".

44.    Figures 10-12 attached and included in the McCorquodale and Simmons expert report.

45.    Appendix A attached and included in the McCorquodale and Simmons expert report, said Appendix is entitled "Calibration Certificates for Flow Meters".

46.    Appendix F attached and included in the McCorquodale and Simmons expert report, said Appendix is entitled "Sample of Field Data for Section 18-13#1".

47.    Appendix G attached and included in the McCorquodale and Simmons expert report, said Appendix is entitled "Sample of Field Data Reduction for Section 18-13#1".

48.    Appendix H attached and included in the McCorquodale and Simmons expert report, said Appendix is entitled "Settling Velocity Analysis at Section 18-13#1".

49.    Appendix I attached and included in the McCorquodale and Simmons expert report, said Appendix is entitled "Suspended Solids Analysis by Youchao Wang".

50.    Appendix J attached and included in the McCorquodale and Simmons expert report, said Appendix is entitled "Sample Field Data for Section 18-13#2".

51.    Appendix K attached and included in the McCorquodale and Simmons expert report, said Appendix is entitled "Sample of Field Data Reduction for Section 18-13#2".

52.    Appendix L attached and included in the McCorquodale and Simmons expert report, said Appendix is entitled "Sample of Field Data for Section 18-13#3".

53.    Appendix M attached and included in the McCorquodale and Simmons expert report,

said Appendix is entitled "Sample of Field Data Reduction for Section 18-13#3".

54.    February 23, 1998 photograph altered to show the five (5) stops by Dr. Chabreck in association with his field survey of wetland damage and attached to his report entitled "Field Survey of Wetland Damages Associated with Pipelines in Section 16, Township 18 South, Rage 13 East, Terrebonne Parish, Louisiana."

55.    Table 1 of the report prepared by Robert H. Chabreck, Ph.D., entitled "Thickness of Marsh Root Mat in Section 16, Township 18 South, Range 13 East, Terrebonne Parish, Louisiana."

56.    Photograph dated February 23, 1998 altered to show the eight (8) "Soil Sample Stations" attached with the report prepared by Robert H. Chabreck, Ph.D., entitled "Thickness of Marsh Root Mat in Section 16, Township 18 South, Range 13 East, Terrebonne Parish, Louisiana."

57.    Eight (8) color photographs of root mat samples attached with the report prepared by Robert H. Chabreck, Ph.D., entitled "Thickness of Marsh Root Mat in Section 16, Township 18 South, Range 13 East, Terrebonne Parish, Louisiana."

58.    Actual samples of root mat collected by Dr. Chabreck in preparing his report entitled "Thickness of Marsh Root Mat in Section 16, Township 18 South, Range 13 East, Terrebonne Parish, Louisiana."

59.    Photographs dated 1935, 1951, 1953, 1955, 1957, 1965, 1980, 1990 and 1998 referred to and reviewed by Robert Charbreck in preparing his report entitled "Evaluation of Damages to Property of the Terrebonne Parish School Board in Township 18 South, Range 13 East."

60.    Table 1 attached with "Assessment of Louisiana Coastal Wetland Values" prepared by Shea Penland, Ph.D., which is entitled "Estimates of the Environmental Value of Coastal Wetlands."

61.    Table 2 attached with "Assessment of Louisiana Coastal Wetland Values" prepared by Shea Penland, Ph.D., which is entitled "Wetland Ecosystem Services and Function."

62.    Table 3 attached with "Assessment of Louisiana Coastal Wetland Values" prepared by Shea Penland, Ph.D., which is entitled "Annual Wetland Ecosystem Service Values (1994 U.S. $ $AC^{-1}$ $YR^{-1}$)."

63.    Table 1 attached to "Assessment of Potential Hurricane Damage to Terrebonne Parish School Board Section 16, Township 18 South, Range 13 East Property"

prepared by Shea Penland, Ph.D., which is entitled "The Saffir-Simpson Scale of Hurricane Intensity."

64.     Figure 1 attached to "Assessment of Potential Hurricane Damage to Terrebonne Parish School Board Section 16, Township 18 South, Range 13 East Property" prepared by Shea Penland, Ph.D., which is entitled "General Effect of Tract and Circulation on Wind Intensity."

65.     Table 2 attached to "Assessment of Potential Hurricane Damage to Terrebonne Parish School Board Section 16, Township 18 South, Range 13 East Property" prepared by Shea Penland, Ph.D., which is entitled "Hurricanes Passing within 60 Miles of Project Site [1900-1999]."

66.     Figure 3 attached to "Assessment of Potential Hurricane Damage to Terrebonne Parish School Board Section 16, Township 18 South, Range 13 East Property" prepared by Shea Penland, Ph.D., which is entitled "Hurricanes Passing within 60 Miles of the Project Site [1920-1939]."

67.     Figure 4 attached to "Assessment of Potential Hurricane Damage to Terrebonne Parish School Board Section 16, Township 18 South, Range 13 East Property" prepared by Shea Penland, Ph.D., which is entitled "Hurricanes Passing within 60 Miles of the Project Site [1940-1959]."

68.     Figure 5 attached to "Assessment of Potential Hurricane Damage to Terrebonne Parish School Board Section 16, Township 18 South, Range 13 East Property" prepared by Shea Penland, Ph.D., which is entitled "Hurricanes Passing within 60 Miles of the Project Site [1960-1979]."

69.     Figure 6 attached to "Assessment of Potential Hurricane Damage to Terrebonne Parish School Board Section 16, Township 18 South, Range 13 East Property" prepared by Shea Penland, Ph.D., which is entitled "Hurricanes Passing within 60 Miles of the Project Site [1980-1999]."

70.     Figure 7 attached to "Assessment of Potential Hurricane Damage to Terrebonne Parish School Board Section 16, Township 18 South, Range 13 East Property" prepared by Shea Penland, Ph.D., which is entitled "Extent of Hurricane Force Winds During Hurricane Andrew."

71.     Figures 1 - 23 attached with Shea Penland, Ph.D. report entitled "Assessment of Direct and Indirect Impacts of Pipelines in Section Township 18 South, Range 13 East, Section 16 in Terrebonne Parish, Louisiana".

72.     Nine (9) photointerpretative maps from photographs dated 1931, 1951, 1957, 1965,

1980, 1983, 1990, 1995, and 1998 attached to the Penland report entitled "Assessment of Direct and Indirect Impacts of Pipelines in Township 18 South, Range 13 East, Section 16 in Terrebonne Parish, Louisiana".

73. Interpreted map comparison between 1951 and 1957 attached to Penland report entitled "Assessment of Direct and Indirect Impacts of Pipelines in Township 18 South, Range 13 East, Section 16 in Terrebonne Parish, Louisiana".

74. Interpreted map comparison between 1931 and 1951 attached to Penland report entitled "Assessment of Direct and Indirect Impacts of Pipelines in Township 18 South, Range 13 East, Section 16 in Terrebonne Parish, Louisiana".

75. Interpreted map comparison between 1957 and 1965 attached to Penland report entitled "Assessment of Direct and Indirect Impacts of Pipelines in Township 18 South, Range 13 East, Section 16 in Terrebonne Parish, Louisiana".

76. Interpreted map comparison between 1965 and 1980 attached to Penland report entitled "Assessment of Direct and Indirect Impacts of Pipelines in Township 18 South, Range 13 East, Section 16 in Terrebonne Parish, Louisiana".

77. Interpreted map comparison between 1980 and 1983 attached to Penland report entitled "Assessment of Direct and Indirect Impacts of Pipelines in Township 18 South, Range 13 East, Section 16 in Terrebonne Parish, Louisiana".

78. Interpreted map comparison between 1983 and 1990 attached to Penland report entitled "Assessment of Direct and Indirect Impacts of Pipelines in Township 18 South, Range 13 East, Section 16 in Terrebonne Parish, Louisiana".

79. Interpreted map comparison between 1990 and 1995 attached to Penland report entitled "Assessment of Direct and Indirect Impacts of Pipelines in Township 18 South, Range 13 East, Section 16 in Terrebonne Parish, Louisiana".

80. Interpreted map comparison between 1995 and 1998 attached to Penland report entitled "Assessment of Direct and Indirect Impacts of Pipelines in Township 18 South, Range 13 East, Section 16 in Terrebonne Parish, Louisiana".

81. Tables and/or Demonstrative Aides by Robert Chabreck, Ph.D., indicating marsh vegetation, soil charts.

82. Marsh "Type" Maps created by Chabreck for last 30 - 40 years indicating marsh types.

83. Photographs 1 - 19 taken during field work conducted by Alex McCorquodale and

Robert Simmons, and attached to the expert report of McCorquodale and Simmons.

84.    Six (6) color photographs attached to the expert report prepared by Robert H. Chabreck, Ph.D. entitled "Field Survey of Wetland Damages Associated with Pipelines in Section 16, Township 18 South, Range 13 East, Terrebonne Parish, Louisiana."

85.    Three Calibration Certificates attached to the expert report of McCorquodale and Simmons.

86.    Tides chart for August 2000 entitled "Tides-Atchafalaya Bay, Shell Island" attached to the expert report of McCorquodale and Simmons.

87.    Correspondence between Terrebonne Parish School Board and Koch Gateway Pipe Line Company or United Gas Pipe Line Company .

88.    Correspondence between Columbia Gulf Transmission Company and Terrebonne Parish School Board.

89.    Plaintiff's Second Set of Interrogatories and Second Set of Requests for Production of Documents to Columbia Gulf Transmission Company.

90.    Plaintiff's Second Set of Interrogatories and Second Set of Requests for Production of Documents to Koch Gateway Pipeline Company.

91.    Responses of Columbia Gulf Transmission Company to Plaintiff's Second Set of Interrogatories and Second Set of Requests for Production of Documents.

92.    Responses of Koch Gateway Pipeline Company to Plaintiff's Second Set of Interrogatories and Requests for Production of Documents.

93.    Video taken during the field work of Alex McCorquodale and Robert Simmons in preparing their expert report for Section 16, Township 18 South, Range 13 East property.

94.    Financial records and documentation indicating the revenue generated by Koch and Columbia Gulf as a result of transporting natural gas through the pipelines constructed by Columbia Gulf and Koch.

95.    Logs, records and documentation, including gauge records and run tickets, indicating measurements of volume and quality of natural gas transported through the Columbia Gulf and Koch pipelines since defendants began operations.

96. Logs, Records and documentation related to safety inspections and maintenance inspections for the Columbia Gulf and Koch pipelines being operated on Section 16, Township 18 South, Range 13 East property since defendants began operations.

97. Photographs identified as Figures 1-6 attached to September 20, 2002 expert report of Robert Chabreck, Ph. D.

98. May 31, 1965 letter from TPSB to District Attorney re: retaining DA to prosecute trespass by Columbia Gulf.

99. June 10, 1957, correspondence from United Gas to Terrebonne Parish School Board regarding laying of Koch pipeline.

100. July 26, 1965, Resolution authorizing right of way by Terrebonne Parish School Board in favor of Columbia Gulf Transmission Company.

101. December 17, 1957, Resolution authorizing right of way by Terrebonne Parish School Board in favor of United Gas Pipe Line Company.

102. All coastal land loss maps, photographs, demonstrative aids, and other documentation referred to or relied on by Shea Penland, Ph.D., in preparing the report entitled "Assessment of the Direct and Indirect Impacts of Pipelines in Section 16, Township 18 South, Range 13 East, Terrebonne Parish, Louisiana".

103. Terrebonne Parish Land Loss Base Map highlighting land loss in Coastal Louisiana, Terrebonne Bay, Louisiana, Technical Report GL-90-2, Map 4 of 7, U.S. Corp. of Engineers.

104. Report of the Louisiana Coastal Wetlands Conservation Restoration Task Force and the Wetlands Conservation and Restoration Authority entitled "Coast 2050: Report of Sustainable Coastal Louisiana."

105. Executive Summary of Report entitled "Coast 2050: Toward a Sustainable Coastal Louisiana."

106. Historical aerial photographs showing progressive land loss of the Terrebonne Parish School Board's property made the subject of the captioned matter.

107. Finding of No Significant Impact by the Department of the Army with attached Environmental Assessment, LaBranche Wetlands..

108. "Restoration of a Marsh in the LaBranche Ponds - A Case Study" by Suzanne Hawes.

109.    "Construction of a Marsh in the LaBranche Ponds of Louisiana" by Suzanne Hawes.

110.    Abstract of Bids - LaBranche Wetlands Restoration Project.

111.    Plans & Specs for the LaBranche Wetlands Restoration Project for U.S. Army Corps of Engineers.

112.    Map captioned "Louisiana Coastal Land Loss Study-Terrebonne Bay-Process Classification" prepared by Natural and Human Causes of Coastal Land Loss in Louisiana project.

113.    Louisiana Land Loss Classification Map, Process Classification of Coastal Land Loss between 1932-1990 in the Mississippi River Delta Plain, South East Louisiana, U.S. Geologic Survey.

114.    Louisiana Land Loss Classification Map, Geomorphic Classification of Coastal Land Loss between 1932-1990 in the Mississippi River Delta Plain, South East Louisiana, U.S. Geologic Survey.


## EXHIBITS — MAY USE

1.    Charts and diagrams illustrating the soil types and layers for freshwater flotant marshes.

2.    Appendix B attached and included in the McCorquodale and Simmons expert report entitled "Transcribed Field Notes Taken by Dr. Alex McCorquodale, P.E.".

3.    Appendix C attached and included in the McCorquodale and Simmons expert report entitled "Transcribed Field Notes Taken by Mr. Charlie Camp (Surveyor)".

4.    Appendix D attached and included in the McCorquodale and Simmons expert report entitled "Transcribed Field Notes Taken By Mr. Robert Simmons, P.E.".

5.    Appendix E attached and included in the McCorquodale and Simmons expert report entitled "Transcribed Field Notes Taken by Mr. Carl W. Hultgren".

6.    CV of Robert Simmons, P.E.

7.    CV of Joshua Johnson.

8.    CV of Carl Hultgren.

9.     CV of Youchao Wang.

10.     Any documents hereinafter produced by Koch Gateway Pipeline Company and/or Columbia Gulf Transmission Company and/or plaintiffs.

11.     Any exhibits necessary for rebuttal or impeachment of any witnesses called by Koch Gateway Pipeline Company and Columbia Gulf Transmission Company.

12.     Any sources used by experts for any parties in preparing expert reports, including but not limited to scientific literature.

13.     Scenic photographs of marsh plants and animals.

14.     Publication "Coastal Marshes, Ecology and Wildlife Management," by Robert A. Chabreck.

15.     Terrebonne Parish Land Loss Base Map highlighting land loss in Coastal Louisiana, Terrebonne Bay, Louisiana, Technical Report GL-90-2, Map 3 of 7, U.S. Corp. of Engineers.

16.     Map entitled "Process Loss Classification of Terrebonne Parish, 1932-1990" prepared by Shea Penland, Ph.D., et al.

17.     Map captioned "Louisiana Coastal Land Loss Study-Terrebonne Bay-Process Classification" caused by Natural and Human Causes of Coastal Land Loss in Louisiana project.

Terrebonne Parish School Board reserves the right to supplement and amend this May/Will Call Witness and Exhibit List as additional information and evidence is discovered.

Respectfully submitted,

**THE GRAY LAW FIRM (APLC)**

**A. J. GRAY, III**    **#6253**
**WADE T. VISCONTE**    **#24734**
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694    Telephone

Page 15 of 16

(337) 494-0697        Facsimile

**AND**

**MICHAEL X. ST. MARTIN  #12365**
**JOSEPH G. JEVIC III        #23145**
ST. MARTIN & WILLIAMS, APLC
Post Office Box 2017
Houma, LA 70361
(504) 876-3891        Telephone
(504) 851-2219        Facsimile

**Attorneys for Terrebonne Parish School Board**


## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the preceding May/Will Call Witness List and May/Will Use

Trial Exhibits has been mailed, postage prepaid and properly addressed to the following:

Robert J. Young, Jr.                    Mr. Thomas R. Blum
Robert J. Young, III                    Simon, Peragine, Smith & Redfearn, L.L.P.
Young, Richaud & Meyers              1100 Poydras Street
1515 Energy Centre                    30th Floor - Energy Centre
1100 Poydras Street                   New Orleans, LA 70163-3000
New Orleans, LA 70163-1515

**Attorneys for Koch Gateway**       **Attorneys for Columbia Gulf**
**Pipeline Company**                  **Transmission Company**

Lake Charles, Louisiana this ___11th___ day of ___November___ 2002.

WADE T. VISCONTE