FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 NOV 12  PM 4: 43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER:  00-0319 |
| | * | |
| VERSUS | * | SECTION: "B" |
| | * | |
| COLUMBIA GULF TRANSMISSION | * | MAGISTRATE:  5 |
| COMPANY AND KOCH GATEWAY | * | |
| PIPELINE COMPANY | * | |

*************************************

### COLUMBIA GULF TRANSMISSION
### PRELIMINARY WITNESS AND EXHIBIT LIST

Columbia Gulf Transmission Company ("Columbia Gulf"), through undersigned counsel,

sets forth herein a preliminary listing of the witnesses that it may or will call and exhibits that it

may use in trial of this matter.  Of necessity, these are preliminary listings because discovery

against plaintiff is not yet complete and defendants' experts' reports are due November 12, 2002.

### WITNESS LIST

Will Call:

1.      James Coleman, Ph.D.
        Coastal Studies Institute
        Louisiana State University
        Baton Rouge, LA 70803

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

Dr. Coleman is an expert in coastal wetlands and processes. He will testify as to land loss in the Section 16 in question as well as in Terrebonne Parish in general, the causes of the land loss, the current and future condition of the property, and interpretation of historical aerial photographs.

2.  Joseph Suhayda, Ph.D.
    285 Sunset Blvd.
    Baton Rouge, LA 70808

    Dr. Suhayda is a hydrologist who will provide expert testimony on the flow of water in the Section 16 in question, as well as on the effect of hurricanes on the property.

3.  Leonard Shabman, Ph.D.
    P. O. Box 47
    Reedville, VA 22539

    Dr. Shabman is an economist who will provide expert testimony on the value of the property and the correct theories and methodology for use in such valuation.

4.  Wade Ragas, Ph.D.
    Real Property Associates, Inc.
    P. O. Box 74233
    Metairie, LA 70033

    Dr. Ragas is an expert in real estate valuation and appraisal, who will testify on valuation of the Section 16 land in question.

5.  Mr. Alan Ensminger
    246 Alan Ensminger Road
    DeRidder, LA 70634

    Mr. Ensminger is an expert in wetlands and wildlife management who will provide expert testimony on restoration issues and cases of marsh loss or damage in Section 16.

May Call:

6.     Mr. David Richard
Stream Companies
P. O. Box 40
Lake Charles, LA 70602

Mr. Richard is a biologist who will provide fact and expert testimony as to the flora and fauna on the property and the conditions of the property.

7.     John B. Benoit
Fenstermaker & Associates
135 Regency Square
Lafayette, LA 70508

Mr. Benoit is a registered land surveyor who will provide fact and expert testimony on the results of a survey on the Section 16 at issue.

8.     Robert Ganzak
Fenstermaker & Associates
135 Regency Square
Lafayette, LA 70508

Mr. Ganzak is an environmental specialist with C.H. Fenstermaker who may provide fact and expert testimony on the current condition of the property. He is a biologist by education. He shot a video of the canal and spoil banks.

9.     Wayne Gripp
Aero-Data Corp.
9213 Interline Avenue
Baton Rouge, Louisiana 70809

Mr. Gripp may testify about the digitization and geo-referencing of the aerial photographs used by Dr. James Coleman.

10.  Randal Gripp
     Aero-Data Corp.
     9213 Interline Avenue
     Baton Rouge, Louisiana 70809

     Mr. Gripp may testify about the digitization and geo-referencing of the aerial
     photographs used by Dr. James Coleman.

11.  Wayne Crocker
     Vice President-Field Services
     Columbia Gulf Transmission

     Mr. Crocker may testify generally about Columbia Gulf's line 300, its pipeline
     inspection practices and its maintenance policies with respect to rights-of-way and
     bulkheads.

12.  Nelson Kramer
     Columbia Gulf Transmission
     Houma, Louisiana.

     Mr. Kramer is a utility man with Columbia Gulf's Houma office. He may testify
     about his knowledge of the section in question, as well as about Columbia Gulf's
     maintenance practices with respect to rights-of-way and bulkheads. Mr. Kramer
     may also testify in his capacity as a former School Board member.

13.  Malcolm Poiencot
     Field Inspector
     Terrebonne Parish School Board

     Mr. Poiencot may testify about his knowledge of the section at issue and his
     inspections thereof.

14.  Randy Donaldson
     Hunting Lessee
     514 Crochetville Road
     Montegut, LA 70377

     Mr. Donaldson may testify about his knowledge of the section at issue.

4

15.   Patrick Bussey
      Hunting lessee
      c/o PATCO
      3502 Industrial Avenue "A"
      Houma, LA 70363

      Mr. Bussey may testify about his knowledge of the section at issue.

16.   Herbert Carreker

      Mr. Carreker, a TPSB employee, may be called to testify as to issues on which he
      was examined in his deposition.

      The following former or current School Board members may be called to testify:

17.   Donald Duplantis

18.   Clark Bonvillain

19.   Ricky Pitre

20.   L.P. Bordelon

21.   Francis Voisin

22.   Alfred Cooley

23.   Hayes Badeaux

24.   Charlie Vandercook

25.   Michael Veazey

      Mr. Veazey, a consultant to the School Board, may testify about the School
      Board's income from mineral leases, and other matters dealt with in his deposition.

26.   Any individual who performed work in support of an expert's opinion.

27.    Any current or past member of the Terrebonne Parish School Board.

28.    Any current or past employee or consultant of the Terrebonne Parish School Board.

29.    Any witness listed by plaintiff.

30.    Any witness listed by Koch Gateway Pipeline Company.

31.    Any witness necessary to authenticate any document.

32.    Any witness necessary for rebuttal or impeachment.

33.    Any witness needed to authenticate business records.

Discovery is ongoing and Columbia Gulf reserves the right to supplement this witness list as new witnesses are identified.

## EXHIBIT LIST

1.    Right-of-way and servitude agreement between Columbia Gulf and Terrebonne Parish School Board dated July 26, 1965.

2.    Release between Columbia Gulf Transmission and Terrebonne Parish School Board dated July 26, 1965.

3.    CV of James M. Coleman

4.    Map illustrating Louisiana coastal land loss occurring since early 1900's (Coleman report - Exhibit A4)

5.   Land Loss in Coastal Louisiana, Morgan City, Louisiana, Technical Report GL-90-2, Map 3 of 7,February 1996, by L. D. Britsch and J.B. Dunbar (excerpt - area east of Atchafalaya River)

6.   Definition of landloss (Coleman report - Exhibit A5)

7.   Regional map showing Section 16 (Coleman report - Exhibit A6)

8.   Listing of major factors causing coastal landloss (Coleman report - Exhibit A9)

9.   Map of Deltaic Lobes of Mississippi River Deltas showing delta switching and delta cycle (Coleman report - Exhibit A11)

10.  Satellite Photo of Deltaic Lobes of Mississippi River Deltas showing delta switching and delta cycle (Coleman report - Exhibit A13)

11.  Elements of relative sea level change (Coleman report - Exhibit A15)

12.  Relative sea level rise in coastal Louisiana by area (Coleman report - Exhibit A18)

13.  Map from Gagliano 1999 report - major geologic faults (Coleman report - Exhibit A20)

14.  Map, Subsidence Since Beginning of Holocene, Fisk and McFarlane, 1955 (Coleman report - Exhibit A22)

15.  Map - Terrebonne/Barrataria Basin, Roberts et al 1992 (Coleman report - Exhibit A23)

16.  Chart, Relative Sea Level Rise, Penland et al 1988 (Coleman report - Exhibit A26)

17.    Map, Subsidence Rates, Penland et al (Coleman report - Exhibit A27)

18.    Chart (RSL vs. Sediment Accumulation), Deficit in Terrebonne Parish (Coleman report - Exhibit A33)

19.    Satellite Photograph of Hurricane Andrew (Coleman report - Exhibit A36)

20.    List of Effects of Hurricanes (Coleman report - Exhibit A37)

21.    Photos of damaged marsh, Terrebonne Parish after Hurricane Andrew (Coleman report - Exhibit A40)

22.    Photo of marsh before Hurricane Andrew (Coleman report - Exhibit A41)

23.    Photo of same area after Hurricane Andrew - now open water (Coleman report - Exhibit A42)

24.    List of hurricanes in region since 1888 (Coleman report - Exhibit A43)

25.    Storm Track, Hurricane Hilda (Coleman report - Exhibit A52)

26.    Storm Track, Hurricane Betsy (Coleman report - Exhibit A53)

27.    Storm Track, Hurricane Carmen (Coleman report - Exhibit A54)

28.    Storm Track, Hurricane Babe (Coleman report - Exhibit A55)

29.    Storm Track, Hurricane Bob (Coleman report - Exhibit A56)

30.    Storm Track, Hurricane Juan (Coleman report - Exhibit A57)

31.    Storm Track, Hurricane Andrew (Coleman report - Exhibit A58)

32.  Chart, Comparative Take of Muskrat/Nutria, 1940-1997 (Coleman report - Exhibit A60)

33.  Blowup of 1931 aerial photo of part of Section 16 showing numerous muskrat huts (Coleman report - Exhibit A64)

34.  Blow up of 1964 aerial photo of part of Section 16 showing numerous muskrat huts (Coleman report - Exhibit A66)

35.  Map, Kinder & Linch, Nutria vegetative damage survey 1993-1996.

36.  Map, Kinder & Linch, 1998 - Nutria vegetative damage survey

37.  Map, Linscomb & Kinler, 1999 - Nutria vegetative damage survey

38.  Chart showing suspended sediment in Mississippi River (Coleman report - Exhibit A69)

38A.  Aerial Photo showing Western Terrebonne Parish, including Section 16, T18S, R13E (Coleman report - Exhibit B2A)

39.  Aerial Photo, March 4, 1931, Section 16, T18S, R13E (Coleman report - Exhibit B5)

40.  Aerial Photo, December 9, 1955, Section 16, T18S, R13E (Coleman report - Exhibit B6)

41.  Aerial Photo, March 7, 1957, Section 16, T18S, R13E (Coleman report - Exhibit B7)

9

42.   Aerial Photo, February 9, 1964, Section 16, T18S, R13E (Coleman report - Exhibit B8)

43.   Aerial Photo, January 24, 1965, Section 16, T18S, R13E (Coleman report - Exhibit B9)

44.   Aerial Photo, February 13, 1971, Section 16, T18S, R13E (Coleman report - Exhibit B10)

45.   Aerial Photo, October 31, 1980, Section 16, T18S, R13E (Coleman report - Exhibit B11)

46.   Aerial Photo, November 23, 1994, Section 16, T18S, R13E (Coleman report - Exhibit B12)

47.   Aerial Photo, January 31, 1998, Section 16, T18S, R13E (Coleman report - Exhibit B13)

47A.  Aerial Photo, October 16, 2002 (Coleman Report - Exhibit B13A)

48.   Interpretive Photo - comparative analysis of new open water and the rate of marsh loss, 1931-1955 (Coleman report - Exhibit B14)

49.   Interpretive Photo - comparative analysis of new open water and the rate of marsh loss, 1955-1957 (Coleman report - Exhibit B15)

50.   Interpretive Photo - comparative analysis of new open water and the rate of marsh loss, 1957-1964 (Coleman report - Exhibit B16)

51.    Interpretive Photo - comparative analysis of new open water and the rate of marsh loss, 1964-1965 (Coleman report - Exhibit B17)

52.    Interpretive Photo - comparative analysis of new open water and the rate of marsh loss, 1965-1971 (Coleman report - Exhibit B18)

53.    Interpretive Photo - comparative analysis of new open water and the rate of marsh loss, 1971-1980 (Coleman report - Exhibit B19)

54.    Interpretive Photo - comparative analysis of new open water and the rate of marsh loss, 1980-1994 (Coleman report - Exhibit B20)

55.    Interpretive Photo - comparative analysis of new open water and the rate of marsh loss, 1994-1998 (Coleman report - Exhibit B21)

55A.   Interpretive Photo - comparative analysis of new open water and the rate of marsh loss, 1998-2002 (Coleman report - Exhibit B22)

56.    Graph showing acres of interior marsh open water over time (Coleman report - Exhibit B23)

57.    Photo of Section 16 from air showing typical marsh (Coleman - 12/4/00)

58.    Photo of Section 16 showing tranasse west of Koch canal (Coleman - 12/4/00)

59.    Photo of broken marsh on Section 16 (Coleman - 12/4/00)

60.    Photo of broken marsh on Section 16 (Coleman - 12/4/00)

61. Ground view of broken marsh on Section 16 south of Columbia Gulf Canal (Coleman - 12/4/00)

62. Muskrat mounds on Section 16 (Coleman - 12/4/00)

63. Nutria eat out area, two nutria on Section 16 (Coleman - 12/4/00)

64. Enlargement of portion of photo of 1/24/65 showing Columbia Gulf Canal and Southeast corner of Section 16

65. Enlargement of portion of aerial photo of 2/13/71 showing Columbia Gulf Canal and Southeast corner of Section 16

66. Enlargement of portion of aerial photo of 10/31/80 showing Columbia Gulf Canal and Southeast corner of Section 16

67. Enlargement of portion of aerial photo of 11/23/94 showing Columbia Gulf Canal and Southeast corner of Section 16

68. Enlargement of portion of aerial photo of 1/31/98 showing Columbia Gulf Canal and Southeast corner of Section 16

69. CV of Joseph N. Suhayda

70. Map, Maximum Flood Elevation (Hurricane Hilda)

71. Map, Hurricane Andrew, Maximum Water Elevation

72. Map, Maximum Flood Elevation (Hurricane Juan)

73.     Schematic Drawing of geometry of cut/bayou/marsh flow used in calculation, attached to Joseph N. Suhayda's December 21, 2000 report

74.     Three dimensional schematic drawing of geometry of cut/bayou/marsh flow used in calculation

75.     Excerpts (measurements at cut in Columbia Gulf canal) from Alex McCorquodale, November 3, 2000 report of Assessment of Flow between the Boundary Canals and the Marshes of Section 16, Number 18-13

76.     Exhibit (3 pages in globo) showing methodology used by Dr. Joseph Suhayda for hurricane modeling

77.     Excerpt from Robinson and Crowe, Engineering Fluid Mechanics, Fourth Ed., showing formulae used by Dr. Joseph Suhayda in his calculations

78.     Graph - Water Elevation vs. Time at Section 16 - Hurricane Hilda

79.     Graph - Water Elevation vs. Time at Section 16 - Hurricane Juan

80.     Graph - Water Elevation vs. Time at Section 16 - Hurricane Andrew

81.     CV of David M. Richard

82.     CV of Allan Ensminger

83.     CV of Wade R. Ragas

84.     Map of comparables in Terrebonne Parish relied upon by Dr. Wade Ragas

85.   Table of comparables used in analysis of Dr. Wade Ragas: date, price, acres, price
      per acre.

86.   Table of selected hunting and fishing leases for Section 16 nearest subject.

87.   Table of four cases by West Jefferson Levee District.

88.   Table on Compensatory Mitigation Costs for Terrebonne Parish.

89.   Table on Farber studies of Louisiana wetlands value estimates stated in per acre
      terms by category.

90.   CV of Leonard Shabman

91.   Minutes of Terrebonne Parish School Board Meeting dated February 5, 1974
      (TPSB 0901-0908)

92.   Minutes of Terrebonne Parish School Board Meeting dated November 9, 1976
      (TPSB 1507-1510)

93.   Minutes of Terrebonne Parish School Board Meeting dated December 7, 1976
      (TPSB 1499-1506)

94.   Minutes of Terrebonne Parish School Board Meeting dated April 5, 1977 (TPSB
      0909-0916)

95.   Minutes of Terrebonne Parish School Board Meeting dated May 5, 1981 (TPSB
      0926-0931)

96.   Newspaper Article, May 6, 1981, "School Board Defers Canal Action"

14

97.    Minutes of Terrebonne Parish School Board Meeting dated August 18, 1981 (TPSB 1485-1488)

98.    Letter from Brian A. Brunet of T. Baker Smith & Son, Inc. to Terrebonne Parish School Board dated January 13, 1982 (TPSB 1373)

99.    Preliminary Erosion Study of Section 16 Lands (School Board properties) in Terrebonne Parish, Louisiana, T. Baker Smith, January 13, 1982

100.    Minutes of Terrebonne Parish School Board Meeting dated April 13, 1982 (TPSB 1475-1478)

101.    Minutes of Terrebonne Parish School Board Meeting dated June 1, 1982 (TPSB 1479-1484)

102.    Resolution of Terrebonne Parish School Board dated August 17, 1982 (TPSB 1355)

103.    Minutes of Terrebonne Parish School Board Meeting, December 3, 1985

104.    Letter from Kent M. Willoughby of Terrebonne Parish School Board to Dr. Sherwood Gagliano of Coastal Environments, Inc. dated December 4, 1985 (TPSB 0644)

105.    Minutes of Terrebonne Parish School Board Meeting dated April 7, 1987 (TPSB 0932-0942)

106.    Letter from Ed Fike of Coastal Environments, Inc. to Herb Carreker of Terrebonne Parish School Board dated March 12, 1993 (TPSB 1357-1358)

107.    Letter from Ed Fike of Coastal Environments, Inc. to Herb Carreker of Terrebonne Parish School Board dated April 21, 1993 (TPSB 1359-1363)

108.    Letter from Herb Carreker of Terrebonne Parish School Board to Members of Finance, Insurance and Section 16 Lands Committee dated April 26, 1993 (TPSB 0480-0481)

109.    Letter from the Finance, Insurance and Section 16 Lands Committee to Terrebonne Parish School Board Members dated June 1, 1993 (TPSB 1073-1077)

110.    Letter from the Finance, Insurance and Section 16 Lands Committee to Terrebonne Parish School Board Members dated May 4, 1993 (TPSB 1078-1082)

111.    Letter from Herb Carreker of Terrebonne Parish School Board to Surface Lease Holders - Terrebonne Parish School Board dated July 30, 1993 (TPSB 0232)

112.    Letter from Herbert Carreker to Terrebonne Parish School Board dated December 13, 1993 (003675)

113.    Minutes of Terrebonne Parish School Board Meeting dated April 25, 1994 (TPSB 1341-1346)

114.    Minutes of Terrebonne Parish School Board Meeting dated May 17, 1994 (TPSB 0943-0955)

115.   Letter from Herbert Carreker of Terrebonne Parish School Board to Members of Finance, Insurance and Section 16 Lands Committee dated August 23, 1994 (TPSB 1374)

116.   Letter from Herbert Carreker of Terrebonne Parish School Board to Members of Finance, Insurance and Section 16 Lands Committee dated September 26, 1994 (TPSB 1375)

117.   Letter from Section 16 Lands Committee, October 4, 1994, (TPSB 1071- 1072)

118.   Letter from Herbert Carreker of Terrebonne Parish School Board to Dr. Frank Fudesco dated October 10, 1994 (TPSB 1376)

119.   Terrebonne Parish School Board Contractual Services for Penchant Basin Resource Plan Sixteenth Section Evaluation dated November 1, 1994 (TPSB 1347-1353)

120.   Letter from Herbert Carreker of Terrebonne Parish School Board to Members of the Finance, Insurance and Section 16 Lands Committee dated November 4, 1994 (TPSB 1378-1380)

121.   Letter from Morris Hebert to Herbert Carreker of Terrebonne Parish School Board dated April 13, 1995 (TPSB 1088-1089, 1107-1110, 1176)

122.   Letter to Terrebonne Parish School Board Members Re: Meeting of The Finance, Insurance and Section 16 Lands Committee Meeting dated September 17, 1996 (TPSB 1049-1050)

123.  Spreadsheet of General Operating Fund - School Land Income

124.  Minutes of Meeting of Terrebonne Parish School Board dated December 17, 1996 (TPSB 0977-0979)

125.  Letter from Malcolm Poiencot to Herbert Carreker dated March 4, 1998 (TPSB 0036 & 0038)

126.  Minutes of Meeting of Terrebonne Parish School Board dated September 17, 1996 (TPSB 0970 - 0971)

127.  Letter from Constance A. Koury, First Assistant Attorney General, to Dr. Frank D. Fudesco, Superintendent of Terrebonne Parish School Board (TPSB 1515 - 1518)

128.  Minutes of Meeting of the Finance, Insurance and Section 16 Lands Committee dated August 1996 (TPSB 1329-1340)

129.  Minutes of Meeting of Terrebonne Parish School Board dated May 4, 1989 (TPSB 0989-0990)

130.  Spreadsheet, Terrebonne School Board Section 16 land values (TPSB 0663 - 0664)

131.  Letter from Carl Edwards of Columbia Gulf to Terrebonne Parish School Board dated February 18, 1964 (CGT 0001)

132.  Letter from Edwin J. Upton of Columbia Gulf to Mr. Ralph T. Clark date June 10, 1965 (CGT 0006)

133.  Letter from Wilmore J. Brossard, Jr., District Attorney to Edwin J. Upton of Columbia Gulf dated June 20, 1965 (CGT 0021)

134.  Letter from Wilmore J. Brossard, Jr., District Attorney to Edwin J. Upton of Columbia Gulf dated July 28, 1965 (CGT 0019)

135.  Copies of Columbia Gulf check number 8491 dated July 29, 1965 in the amount of $7,879.80 and check number 8490 dated July 29, 1965 in the amount of $685.20 (CGT 0014)

136.  Certified Resolution of the Terrebonne Parish School Board, dated August 4, 1965 (CGT 0033)

137.  Allan Ensminger, November 16, 2000 report

138.  Allan Ensminger, December 2000 report, Field Survey of Section 16, T18S-R13E, Terrebonne Parish, LA

138A. Allan Ensminger, November 7, 2002 report, Additional Field Survey.

139.  James M. Coleman, November 8, 2002, report, Landloss Processes in Sec 16 T18, R13E

140.  James M. Coleman, December 9, 2000, Field Trip Report

141.  Wade R. Ragas, November 14, 2000, report, Complete Appraisal Self Contained Report of Marshland Property Contained in and Adjoining the Columbia Gulf Transmission Company Located Within Terrebonne Parish, Louisiana

142. Wade R. Ragas, November 14, 2000, report, reviewing Charles Camp's and Shea Penland's reports

143. David M. Richard, November 16, 2000 report, Wetland Evaluation, Township 18 South, Range 13 East, Section 16, Terrebonne Parish, Louisiana

144. Leonard Shaman, November 13, 2000 report, Valuation of Coastal Louisiana Wetlands for the Case of Terrebonne Parish School Board v. Columbia Gulf et al

145. Joseph N. Suhayda, November 16, 2000 Expert Report

146. Joseph N. Suhayda, December 21, 2000 Expert Report

146A. Joseph N. Suhayda, November 10, 2002, Supplemental Expert Report

147. Attachments to the reports of Dr. James Coleman.

148. Attachments to the reports of Dr. Joseph Suhayda.

149. Attachments to reports and reference material utilized by Dr. Ragas.

150. Attachments to report and reference material utilized by Dr. Shabman.

151. Attachments to reports and reference material utilized by Mr. Ensminger.

152. Photographs from the field trip of December 4, 2000.

152A. Photographs from the field trip of October 25, 2002.

152B. Photographs from Allan Ensminger's overflight trip of October 15, 2002.

153.  Chabreck, R.A. and Linscombe, R.G., Vegetative type map of the Louisiana coastal marshes. Louisiana Department of Wildlife and Fisheries, New Orleans, LA, USA (1988).

154.  Chabreck, R.A. and Linscombe, R.G., Changes in vegetative types in the Louisiana coastal marshes over a 10-year period. Proc. La. Acad. Sci. 45:98-102 (1982).

155.  Chabreck, R.A. Coastal Marshes. Ecology and Wildlife Management (1988).

156.  Comprehensive Management of Nutria Herbivory Damage in Coastal Louisiana and Coastwide Nutria Control Program (LA-03b), United States Department of Agriculture, September, 2002.

156A. Fact Sheet, Coastwide Nutria Control Program (LA-03b).

157.  Ensminger, A. and G. Linscombe. 1980. The fur animals, the alligator, and the fur industry in Louisiana. La. Dept. of Wildl. And Fish. Baton Rouge. 69pp.

158.  Ensminger, A.B. and L.G. Nichols. 1957. Hurricane damage to Rockefeller Refuge. Proc. Ann. Conf. Southeast. Assoc. Game and Fish Comm. 11:52-56.

159.  Evers, D.E., Sasser, C.E., Gosselink, J.G., The Impact of Vertebrate Herbivores on Westland Vegetation in Atchafalaya Bay, Louisiana (Estuaries Vol. 21, No. 1, p. 1-13) (March, 1998).

160.  Fuller, D.A., Sasser, C.E., Johnson, W.B. and Gosselink, J.G.  1985.  The effects of herbivory on vegetation on islands in Atchafalaya Bay, Louisiana.  Wetlands 4:105-114.

161.  Gagliano, S.M. and Wicker, K.M.  1989.  Processes of wetland erosion in the Mississippi River Delta Plain.  In: Duffy, W.G. and Clark, D. (eds).  Marsh management in coastal Louisiana; effects and issues ---- proceedings of a symposium, pps. 28-48.  Baton Rouge, LA: U.S. Fish and Wildlife Service and Louisiana Department of Natural Resources.

162.  Gagliano, S.M.  2000.  Restructuring Coastal Louisiana: Issues and Problems.  Reprinted from Proceedings of: American Bar Association, Section of Environment, Energy, and Resources, Gulf of Mexico Estuaries, Coastal Wetlands Loss and Coastal Restoration.

163.  Kinler, N. and G. Linscombe, 1998, A survey of nutria herbivory damage in coastal Louisiana in 1998, La. Department of Wildlife and Fisheries, 8 pages plus figures.

164.  Linscombe, G. and N. Kinler.  1985.  Fur harvest distribution in coastal Louisiana.  Pp. 187-99 in Bryan, C.F., P.J. Zwank, and R.H. Chabreck (eds).  Proc. 4th Coastal Marsh and Estuary Manage. Symp. La. State Univ., Baton Rouge.

165.  Linscombe, G. and N. Kinler, 1997, A survey of vegetative damage caused by nutria herbivory in the Barataria and Terrebonne Basins, Barataria-Terrebonne Natural Estuary Program, BTNEP-31, 17 pages plus figures.

166.  Nichols, L.G.  1958.  Erosion of canal banks on the Rockefeller Wildlife Refuge. La. Wildl. Life and Fisheries Comm., New Orleans.  11 pp.

167.  O'Neil, T.  The muskrat in the Louisiana coastal marsh.  (La. Dept. of Wildlife and Fisheries, New Orleans.  152 pp.) (1949)

168.  Sasser, C.E., Coastal Ecology Institute, Center for Coastal, Energy and Environmental Resources, Louisiana State University, April, 1994, Vegetation Dynamics in Relation to Nutrients in Floating Marshes in Louisiana, USA, Floating Marshes in Louisiana.

169.  Sasser, C.E., Gosselink, J.G., Swenson, E.M. and Evers, D.E.  1995. Hydrologic, vegetation, and substrate characteristics of floating marshes in sediment-rich wetlands of the Mississippi river delta plain, Louisiana, U.S.A. Wetlands Ecology, Vol. 3, No. 3, pp. 171-187.

170.  Sasser, C.E., Gosselink, J.G., Swenson, E.M. and Evers, D.E. 1996. Vegetation, substrate and hydrology in floating marshes in the Mississippi river delta plain wetlands, USA.  Vegetation 122: 129-142 (1996).

171. Visser, J.M., Sasser, C.E., Chabreck, R.A., and Linscombe, R.G. 1999. Long-term Vegetation Change in Louisiana Tidal Marshes, 1968-1992. Wetlands, Vol. 19, No. 1, March 1999, pp. 1168-175, The Society of Wetland Scientists.

172. Any documents produced from the Section 16 files of the Terrebonne Parish School Board.

173. Minutes of various meetings of the Terrebonne Parish School Board.

174. Any document produced by Koch Gateway.

175. Any document produced by Columbia Gulf from its files (CGT 01-247)

176. Documents, data, photographs and any other source of information used or relied upon by Columbia Gulf's various experts in the formulations of their reports and opinions.

177. Photographs and/or videotape of the site at issue in this litigation.

178. Discovery answers of plaintiff.

179. Discovery answers of Koch Gateway Pipeline.

180. Any documents produced by plaintiff or by Koch Gateway Pipeline after the date of this exhibit list.

181. Any document necessary for rebuttal or impeachment of any witness called by plaintiff or by Koch Gateway Pipeline.

182. Any document listed by another party.

Discovery is ongoing and Columbia Gulf reserves the right to supplement this exhibit list as new exhibits are identified.

Respectfully submitted,

*Thomas R Blum*

Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Telecopier: (504) 569-2999

Attorneys for Columbia Gulf Transmission Company

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Preliminary Witness and Exhibit List has been served upon all counsel of record by depositing same in the U.S. mail, postage prepaid and properly addressed this 12th day of November, 2002.

*Thomas R Blum*

THOMAS R. BLUM