```
                                              FILED
                                          U.S. DISTRICT COURT
           UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LA
           EASTERN DISTRICT OF LOUISIANA 2002 NOV 13  AM 8: 37
                                          LORETTA G. WHYTE
                                                CLERK
```

|  |  |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * CASE #00-0319 |
|  | * SECTION "B" |
| VERSUS | * |
|  | * MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WITNESS AND EXHIBIT LISTS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Koch Gateway Pipeline Company ("Koch"), who herewith submits the following list of witnesses who will or may be called at trial of this matter and exhibits which will or may be used at trial of this matter.

### WITNESS LIST

WILL CALL:

1)  Michael Edward Martin
    **KOCH GATEWAY PIPELINE COMPANY**
    2300 Verot School Road
    Lafayette, LA  70508
    (337) 988-7103

2)  Luther F. Holloway, Ph.D.
    HC-86, Box 31
    Harrisonburg, LA  71340
    (318) 744-5638



3) Dr. Richard DeVries
**RICHARD N. DeVRIES & ASSOCIATES**
10624 S. Eastern Avenue, Suite A-401
Henderson, NV 89052
**(702) 614-4947**

4) Carr T. Dowell, III
**MAX J. DERBES**
Appraisers & Real Estate Consultants, Inc.
3045 Ridgelake Drive, Suite 300
Metairie, LA 70002
**(504) 833-2020**

5) Kenneth J. Boudreaux, Ph.D.
**CONSULTING ECONOMIST**
1424 Bordeaux Street
New Orleans, LA 70115

6) John C. Mattingly, P.L.S. or other expert surveyor,
**T. BAKER SMITH & SONS**
412 South Van Avenue
Houma, LA 70363
(504) 868-1050

7) Malcolm J. Poiencot
843 Bayou Dularge
Houma, LA 70360
(504) 872-2860

8) Francis A. Voisin
801 West Irene Road
Zachary, LA 70791
(225) 654-1401

MAY CALL:

9) Joseph Breaux
**KOCH GATEWAY PIPELINE COMPANY**
716 Highway 90 East
Houma, LA

2

10)     Mark Bonvillian
        **KOCH GATEWAY PIPELINE COMPANY**
        716 Highway 90 East
        Houma, LA

11)     Herbert C. Carreker
        700 Terre Haute
        Houma, LA 70364
        (504) 851-7583

12)     William Martin
        **KOCH GATEWAY PIPELINE COMPANY**
        P. O. Box 219
        Centerville, LA 70522

13)     Charles Collins
        108 Meyers Street
        Houma, LA 70364

11)     Any current or former member of the Terrebonne Parish School Board

12)     Any current or former employee, consultant or independent contractor of the Terrebonne Parish School Board

13)     Any witness listed or called by Columbia Gulf Transmission

14)     Any witness listed or called by plaintiff

15)     Any witness necessary to authenticate any document

16)     Any witness necessary for impeachment or rebuttal

17)     Any witness listed, utilized or discovered between now and trial of this matter

## EXHIBIT LIST

WILL USE OR MAY USE:

1)     Any and all right-of-way or surface lease agreements by and between plaintiff and Koch including, but not limited to, servitude agreement dated December 18, 1957 and release agreement dated December 18, 1957.

3

2) Right-of-way or surface agreements by and between Columbia Gulf Transmission Company and plaintiff relative to the property at issue, including, but not limited to, right of way agreement dated July 26, 1965 and damage release dated July 26, 1965.

3) Any and all rights-of-way, surface leases, mineral leases, or other documents reflecting any and all agreements between plaintiff and third parties relative to use of the property at issue for any reason whatsoever.

4) Documents of the Terrebonne Parish School Board regarding Section 16 properties, whether pertaining to the property at issue, i.e., Township 18, Range 13, Section 16, or other School Board Section 16 lands, including, but not limited to:

   a) Proceedings of TPSB meeting on five Section 16 properties regarding erosion and subsidence;
   b) Tape recording and/or transcription thereof of the proceedings of the Terrebonne Parish School Board dated 08/19/96;
   c) Proceedings of the Terrebonne Parish School Board dated 03/25/94;
   d) Proceedings of the Terrebonne Parish School Board dated 09/17/96;
   e) Proceedings of the Terrebonne Parish School Board dated 12/17/96;
   f) Proceedings of the Terrebonne Parish School Board dated 10/20/88;
   g) Resolution of the Terrebonne Parish School Board adopted by TPSB on 10/20/98;
   h) Letter dated 12/13/93 from Herb Carreker to School Board regarding U.S. Soil Conversation Services and their offer to study all Section 16 properties;
   i) Evaluation report of Morris P. Hebert, Inc., surveyors, of Section 16 lands included in the Pension Basin Resource Plan, including T18-R13, dated 04/95;
   j) Handwritten report of School Board consultant of Malcolm Poiencot dated 03/04/98 regarding inspection of T18-R13 property on 03/03/98;

k)  Minutes of Terrebonne Parish School Board Meeting dated February 5, 1974 (TPSB 0901-0908);

l)  Minutes of Terrebonne Parish School Board Meeting dated November 9, 1976;

m)  Minutes of Terrebonne Parish School Board Meeting dated December 7, 1976;

n)  Minutes of Terrebonne Parish School Board Meeting dated April 5, 1977;

o)  Minutes of Terrebonne Parish School Board Meeting dated May 5, 1981;

p)  Minutes of Terrebonne Parish School Board Meeting dated August 18, 1981;

q)  Letter from Brian A. Brunet of T. Baker Smith & Son, Inc. to Terrebonne Parish School Board dated January 13, 1983 ;

r)  Minutes of Terrebonne Parish School Board Meeting dated April 13, 1982;

s)  Minutes of Terrebonne Parish School Board Meeting dated June 1, 1982;

t)  Resolution of Terrebonne Parish School Board dated August 17, 1982;

u)  Letter from Kent M. Willoughby of Terrebonne Parish School Board to Dr. Sherwood Gagliano of Coastal Environments, Inc. dated December 4, 1985;

v)  Minutes of Terrebonne Parish School Board Meeting dated April 7, 1987;

w)  Letter from Ed Fike of Coastal Environments, Inc. to Herb Carreker of Terrebonne Parish School Board dated March 12, 1993;

x)  Letter from Ed Fike of Coastal Environments, Inc. to Herb Carreker of Terrebonne Parish School Board dated April 21, 1993;

y)  Letter from Herb Carreker of Terrebonne Parish School Board to

|      | |
|------|-|
|      | Members of Finance, Insurance and Section 16 Lands Committee dated April 26, 1993; |
| z)   | Letter from the Finance, Insurance and Section 16 Lands Committee to Terrebonne Parish School Board Members dated June 1, 1993; |
| aa)  | Letter from the Finance, Insurance and Section 16 Lands Committee to Terrebonne Parish School Board Members dated May 4, 1993; |
| bb)  | Letter from Herb Carreker of Terrebonne Parish School Board to Surface Lease Holders - Terrebonne Parish School Board dated July 30, 1993; |
| cc)  | Minutes of Terrebonne Parish School Board Meeting dated April 25, 1994; |
| dd)  | Minutes of Terrebonne Parish School Board Meeting dated May 17, 1994; |
| ee)  | Letter from Herbert Carreker of Terrebonne Parish School Board to Members of Finance, Insurance and Section 16 Lands Committee dated August 23, 1994; |
| ff)  | Letter from Herbert Carreker of Terrebonne Parish School Board to Dr. Frank Fudesco dated October 10, 1994; |
| gg)  | Terrebonne Parish School Board Contractual Services for Penchant Basin Resource Plan Sixteenth Section Evaluation dated November 1, 1994; |
| hh)  | Letter from Herbert Carreker of Terrebonne Parish School Board to Members of the Finance, Insurance and Section 16 Lands Committee dated November 4, 1994; |
| ii)  | Letter from Morris Hebert to Herbert Carreker of Terrebonne Parish School Board dated April 13, 1995; |
| jj)  | Minutes of Meeting of Terrebonne Parish School Board dated September 17, 1996; |
| kk)  | Letter from Constance A. Koury, First Assistant Attorney General, to Dr. Frank D. Fudesco, Superintendent of Terrebonne Parish School Board; |

  ll)  Minutes of Meeting of the Finance, Insurance and Section 16 Lands Committee dated August 1996;

  mm)  Minutes of Meeting of Terrebonne Parish School Board dated May 4, 1989;

  nn)  Any other documents produced from the Section 16 files of TPSB, including minutes of meetings of TPSB and/or the Section 16 lands committee and reports of consultants and/or third parties retained or hired by TPSB.

5) Photographs, measurements, surveys, or any other sources of information used or relied upon by Koch's experts to prepare their reports and opinions.

6) Servitude agreement by and between Koch and adjacent landowner, Continental Land & Fur Company, Inc., dated January 31, 1958, Entry No. 175248 in Terrebonne Parish Conveyance Office.

7) Reports of Koch Gateway Pipeline Company's experts.

8) Discovery responses of plaintiff Terrebonne Parish School Board.

9) Discovery responses of defendant Columbia Gulf Transmission Company.

10) Any documents generated or discovered between now and trial of this matter.

11) Any documents produced or generated by plaintiff or co-defendant, Columbia Gulf Transmission Company.

12) Any document necessary for impeachment or rebuttal of any witness.

13) Any document listed, utilized or discovered between now and trial of this matter.

Further, insofar as discovery is continuing and ongoing at this point in time, Koch reserves the right to supplement and amend this Witness and/or Exhibit List.

Respectfully submitted,

_____
ROBERT J. YOUNG, JR. (#13763)
ROBERT J. YOUNG, III (#19230)
**YOUNG, RICHAUD & MYERS**
1100 Poydras Street, Suite 1515
New Orleans, LA 70163
(504) 585-7750

Attorneys for defendant,
***KOCH GATEWAY PIPELINE COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record via hand-delivery, facsimile and/or by placing a copy of same in the U.S. Mail, postage pre-paid, on this ___ day of November, 2002.

_____
ROBERT J. YOUNG, III