FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 DEC -2 AM 11:26

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 26, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-319 |
| COLUMBIA GULF TRANSMISSION COMPANY, ET AL. | SECTION: "B"(5) |

A settlement conference in the above matter is hereby **SCHEDULED** for January 2, 2003 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

The parties are to be prepared to enter into meaningful and good faith settlement negotiations at the time of the conference. Any party appearing without authority to negotiate or without the ability to contact their client throughout the settlement conference, may be sanctioned.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
DEC 2 2002