FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 NOV 26  PM 4: 58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CASE #00-0319 |
| | * | |
| VERSUS | * | SECTION "B" |
| | * | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT KOCH GATEWAY PIPELINE COMPANY'S
## REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes defendant Koch Gateway Pipeline Company ("Koch"), who herewith requests that this court grant oral argument on Koch's Motion for Summary Judgment being filed contemporaneously herewith. In support of same, Koch would show:

Koch's Motion for Summary Judgment addresses factual and legal issues which were not presented to this court or the U. S. Fifth Circuit in connection with the previous summary judgment. Koch wishes to assist the court in connection with these issues.

DEC 3  2002

DATE OF ENTRY
DEC 0 3 2002

Fee_____
Proc____
X Dktd____
___ CtRmDep___
___ Doc. No. 136

Respectfully submitted,

_____

**ROBERT J. YOUNG, JR (#13763)**
**ROBERT J. YOUNG, III (#19230) (T.A.)**
**YOUNG, RICHAUD & MYERS**
1100 Poydras Street, Suite 1515
New Orleans, LA   70163
(504) 585-7750

Attorneys for defendant,
*KOCH GATEWAY PIPELINE COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record via hand-delivery, facsimile and/or by placing a copy of same in the U.S. Mail, postage pre-paid, on this 26th day of November, 2002.

_____

**ROBERT J. YOUNG, III**

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| **TERREBONNE PARISH SCHOOL** | * | CASE #00-0319 |
| **BOARD** | * | |
| | * | SECTION "B" |
| VERSUS | * | |
| | * | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION** | * | |
| **COMPANY and KOCH GATEWAY** | * | |
| **PIPELINE COMPANY** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**WHEREFORE,** considering the foregoing motion,

**IT IS HEREBY ORDERED** that oral argument be had on defendant Koch Gateway Pipeline

Company's Motion for Summary Judgment. *Jan. 8, 2003 at 9:00AM*

NEW ORLEANS, LOUISIANA, this *27th* day of November, 2002.

_____

JUDGE