

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| **VERSUS** | § | **SECTION: B** |
| **COLUMBIA GULF TRANSMISSION COMPANY, KOCH GATEWAY PIPELINE COMPANY** | § § | **MAGISTRATE: 5** |
| **FILED:**_____ | § | _____ |
| | | **DEPUTY CLERK** |

## MOTION AND INCORPORATED MEMORANDUM TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITATION IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE TESTIMONY OF KOCH EXPERTS

**NOW INTO COURT,** through undersigned counsel, enters Plaintiff, Terrebonne Parish School Board ("TPSB"), which respectfully moves this Honorable Court for an Order allowing TPSB to file a memorandum in excess of the twenty-five (25) page limitation provided by Local Rule LR 7.81E supporting its motion in limine to exclude testimony of Koch's proposed experts.

TPSB seeks to exclude certain testimony of persons retained as experts by Defendant, Koch Gateway Pipeline Company ("Koch"). Specifically, TPSB has filed a motion to completely exclude the testimony of Richard N. DeVries and Kenneth J. Boudreaux, and to partially exclude the

DATE OF ENTRY
DEC 0 6 2002



testimony of Carr Dowell, III, and Luther Holloway. If TPSB filed a separate memorandum in support of each motion in limine seeking to exclude the testimony of each of the aforementioned Koch witnesses, TPSB would be able to file four memorandums with page limitations of twenty-five (25) pages each under LR 7.8.1 E. Thus, TPSB would have a total of one hundred (100) pages to brief the reasons supporting the exclusion of the testimony of the Devries, Boudreaux, Holloway, and Dowell.

TPSB's Memorandum in Support of Motion in Limine to Exclude Testimony of Koch Gateway Pipeline Company's Experts seeks to incorporate all of the arguments for excluding the testimony of Koch's four witnesses into one Memorandum. The Memorandum in Support of TPSB's motion in limine is under 35 pages. Thus, the memorandum is designed to be more convenient than filing four separate supporting memorandums. The single memo is also designed to save the Court time and energy because the combining of memorandums eliminates the need to repeat the applicable facts of this case and applicable law as set for in the *Daubert* case and its progeny if four separate memorandums were filed by Plaintiffs. Additionally, presenting the Court with one memorandum containing the arguments seeking to exclude the testimony of Koch's witnesses serves the interest of judicial efficiency, eliminates the filing of voluminous papers and pleadings, serves as an easy one source reference guide, and keeps the record in this matter manageable and free of unnecessary clutter. As such, TPSB moves this Court for an Order allowing it to file a memorandum in excess of 25 pages in support of its motion in limine to exclude the testimony of Koch's proposed experts.

Page 2

Respectfully submitted,

**THE GRAY LAW FIRM, APLC**

/s/ Wade Visconte
_____
A. J. GRAY, III         #6253
WADE T. VISCONTE        #24734
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694     Telephone
(337) 494-0697     Facsimile

**MICHAEL X. ST. MARTIN  #12365**
**JOSEPH G. JEVIC III      #23145**
ST. MARTIN & WILLIAMS, APLC
Post Office Box 2017
Houma, LA 70361
(504) 876-3891     Telephone
(504) 851-2219     Facsimile

**Attorneys for Terrebonne Parish School Board**

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of the preceding pleading has been served on all counsel of record via hand deliver, facsimile transmission, or by placing same in the United States mail delivery, postage prepaid and properly addressed, on this 26th day of November, 2002.

/s/ Wade Visconte
_____
WADE T. VISCONTE

Page 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| **VERSUS** | § | **SECTION:  B** |
| **COLUMBIA GULF TRANSMISSION COMPANY, KOCH GATEWAY PIPELINE COMPANY** | §  § | **MAGISTRATE:  5** |
| **FILED:**_____ | § | _____ **DEPUTY CLERK** |

*****************************************************************

## ORDER

Considering the foregoing Motion and Incorporated Memorandum to File Memorandum in Excess of Page Limitation in Support of Motion in Limine to Exclude Testimony of Koch Experts:

**IT IS ORDERED** that Terrebonne Parish School Board's Motion and Incorporated Memorandum to File Memorandum in Excess of Page Limitation in Support of Motion in Limine to Exclude Testimony of Koch Experts is hereby **GRANTED**, and the Memorandum in Support of Motion in Limine to Exclude Testimony of Koch Gateway Pipeline Company's Experts is hereby ordered filed into the record of the captioned matter.

THUS RENDERED AND SIGNED this _____ day of _____, 2002, at New Orleans, Louisiana.

_____
U.S. DISTRICT JUDGE