

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 NOV 27 AM 11: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CASE #00-0319 |
| | * | |
| | * | SECTION "B" |
| VERSUS | * | |
| | * | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND SUPPORTING MEMORANDUM FOR LEAVE TO FILE MOTIONS IN LIMINE ONE DAY OUT OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendant, Koch Gateway Pipeline Company ("Koch"), who requests court approval for Koch to file its Motions in Limine One Day out of Time, on November 27, 2002. In support of same, Koch would show as follows:

1.

In accordance with the court's Scheduling Order, the parties were to file dispositive motions and Motions in Limine so as to be heard by December 13, 2002.

2.

Pursuant thereto, Koch prepared a Motion for Summary Judgment, In Whole or In

DATE OF ENTRY
DEC 0 6 2002

Part and Motions in Limine regarding plaintiff Terrebonne Parish School Board's experts, together with memorandum in support of same, Notice of Hearing, Request for Oral Argument, and in the case of the Motions in Limine, Requests for Leave to File in Excess of 25 Pages.

3.

When Koch presented said pleadings to the court for filing late on November 26, 2002, Koch learned that the formal Motion and Notice of Hearing as respects the Motion in Limine had been inadvertently omitted from the materials to be filed with the court, and the clerk's office would not accept the Memorandum in Support of Motions in Limine without the formal motion.

4.

Koch therefore requests that it be permitted to file its formal Motions in Limine, supporting memorandum, Notice of Hearing, Request for Oral Argument and Request for Leave to File in Excess of 25 Pages on November 27, 2002, so that same may be set in time for hearing on December 11, 2002, in accordance with the court's Scheduling Order.

5.

Koch would show that all parties have already been served with a copy of all of the above pleadings, and therefore no prejudice will result.

WHEREFORE, Koch prays that it be allowed to file its Motions in Limine, supporting

2

memorandum, Notice of Hearing, Request for Oral Argument and Request for Leave to File in Excess of 25 Pages on November 27, 2002, with the hearing on said motions to take place on December 11, 2002, in connection with Koch's Motion for Summary Judgment.

Respectfully submitted,

ROBERT J. YOUNG, JR. (#13763)
ROBERT J. YOUNG, III (#19230)
YOUNG, RICHAUD & MYERS
1100 Poydras Street, Suite 1515
New Orleans, LA 70163
(504) 585-7750

Attorneys for defendant,
*KOCH GATEWAY PIPELINE COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record via hand-delivery, facsimile and/or by placing a copy of same in the U.S. Mail, postage pre-paid, on this 27th day of November, 2002.

ROBERT J. YOUNG, III

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CASE #00-0319 |
| | * | |
| | * | SECTION "B" |
| **VERSUS** | * | |
| | * | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * | |

* * * * * * * * * * * * * * * * *

### ORDER

**WHEREFORE**, considering the foregoing motion;

**IT IS HEREBY ORDERED** that Koch be and is hereby permitted to file its Motions in Limine, supporting memorandum, Request for Oral Argument, Notice of Hearing and Request for Leave to File in Excess of 25 Pages on November 27, 2002, and that said motions be heard on ~~December 14, 2002.~~ January 8, 2003.

**NEW ORLEANS, LOUISIANA**, this ___ day of November, 2002.

_Dis not prepared without regard to trial on [illegible]_   12/5/02

_____
JUDGE IVAN R. LEMELLE