

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * * * | CASE #00-0319 |
| | * | SECTION "B" |
| VERSUS | * * | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * * * * | |

* * * * * * * * * * * * * * * * * *

### DEFENDANT KOCH GATEWAY PIPELINE COMPANY'S REQUEST FOR ORAL ARGUMENT ON MOTIONS IN LIMINE REGARDING PLAINTIFF'S EXPERTS, ROBERT CHABRECK, ALEX McCORQUODALE, CHARLES CAMP, SHEA PENLAND, AND REASONS IN SUPPORT OF SAME

**NOW INTO COURT**, through undersigned counsel, comes defendant Koch Gateway Pipeline Company ("Koch"), who herewith requests that this court grant oral argument on Koch's Motions In Limine Regarding Plaintiff's Experts, Robert Chabreck, Alex McCorquodale, Charles Camp, Shea Penland and Reasons in Support of Same being filed contemporaneously herewith. In support of same, Koch would show:

Koch's Motion in Limine addresses technical issues pertaining to plaintiff Terrebonne Parish School Board's ("TPSB")'s alleged expert witnesses. Koch submits that, in addition to the detailed reasons set forth in its motion and supporting memorandum, oral argument will assist the court in

DATE OF ENTRY
DEC 0 6 2002

assessing the expert issues and qualifications of TPSB's alleged experts.

WEREFORE, Koch requests that this court grant oral argument on its Motions In Limine Regarding Plaintiff's Experts, Robert Chabreck, Alex McCorquodale, Charles Camp, Shea Penland. and Reasons in Support of Same.

Respectfully submitted,

*[signature]*

ROBERT J. YOUNG, JR (#13763)
ROBERT J. YOUNG, III (#19230) (T.A.)
YOUNG, RICHAUD & MYERS
1100 Poydras Street, Suite 1515
New Orleans, LA 70163
(504) 585-7750

Attorneys for defendant,
***KOCH GATEWAY PIPELINE COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record via hand-delivery, facsimile and/or by placing a copy of same in the U.S. Mail, postage pre-paid, on this 26th day of November, 2002.

*[signature]*

ROBERT J. YOUNG, III

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | CASE #00-0319 |
| | SECTION "B" |
| VERSUS | |
| | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | |

## ORDER

**WHEREFORE,** considering the foregoing motion,

**IT IS HEREBY ORDERED** that oral argument be had on defendant Koch Gateway Pipeline Company's Motions In Limine Regarding Plaintiff's Experts, Robert Chabreck, Alex McCorquodale, Charles Camp, Shea Penland and Reasons in Support of Same.

NEW ORLEANS, LOUISIANA, this ___ day of November, 2002.

_____
JUDGE