

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 DEC -3 PM 12: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § | CIVIL ACTION NO. 00-0319 |
| VERSUS | § | SECTION: B |
| COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY | § § | MAGISTRATE: 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>MOTION AND SUPPORTING MEMORANDUM FOR
EXPEDITED HEARING ON PLAINTIFF'S MOTION TO STRIKE
EXHIBITS 2 THROUGH 4 ATTACHED TO
KOCH GATEWAY PIPELINE COMPANY'S
MOTION FOR SUMMARY JUDGMENT</u>**

NOW INTO COURT, through undersigned counsel, enters Plaintiff, TERREBONNE PARISH SCHOOL BOARD ("Plaintiff" or "TPSB"), a public body and agency of the Parish of Terrebonne, which respectfully moves for an expedited hearing on TPSB's motion to strike Exhibits 2, 3, and 4 attached to Koch Gateway Pipeline Company's ("Koch") Motion for Summary Judgment, in Whole or Part.

DATE OF ENTRY
DEC 0 6 2002

Fee
Process
X Dkid
CtRmDep
Doc. No. 147

1.

Defendant, Koch Gateway Pipeline Company has filed a motion for summary judgment, in whole or part, which is scheduled for hearing on December 11 or 13, 2002.

2.

Upon receiving Koch's motion for summary judgment, in whole or part, plaintiff, TPSB, realized that 3 of the exhibits attached to Koch's motion for summary judgment are irrelevant and inadmissible evidence that should not be considered by this Court in ruling on Koch's motion for summary judgment.

3.

Local Rule 7.2E provides that motions "must be filed not later than the fifteenth day preceding the notice hearing date . . .".

4.

As Koch did not serve TPSB with Koch's motion for summary judgment, in whole or part, until November 27, 2002, TPSB could not realistically comply with this Court's deadline for filing motions 15 days prior to hearing.

5.

TPSB submits that the motion to strike should be decided prior to the December 11 or 13, 2002, hearing on Koch's motion for summary judgment, in whole or part. This Court's consideration of TPSB's Motion to Strike Exhibits 2-4 attached to Koch's Motion for Summary Judgment prior to hearing Koch's motion for summary judgment will prevent the Court from considering improper and inadmissible evidence.

6.

TPSB further submits that it should be given the opportunity to move for the exclusion of evidence not admissible in support of Koch's Motion for Summary Judgment, and that setting TPSB's motion to strike for a hearing date later than the hearing date on Koch's motion for summary judgment will moot TPSB's motion to strike.

7.

TPSB submits that judicial efficiency will be served by the Court hearing TPSB's motion to strike in advance of Koch's motion for summary judgment. This course of action will also be the most cost efficient and time efficient manner to address all disputes between the parties to the captioned matter relative to what type of evidence is admissible to support Koch's motion for summary judgment.

8.

TPSB moves for an expedited hearing on TPSB's Motion to Strike Exhibits 2-4 attached to Koch's Motion for Summary Judgment, in whole or part.

Respectfully submitted,

A. J. GRAY, III          #6253
WADE T. VISCONTE      #24734
THE GRAY LAW FIRM, APLC
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694    Telephone
(337) 494-0697    Facsimile

**and**

        MICHAEL X. ST. MARTIN #12365
        JOSEPH G. JEVIC III  #23145
        ST. MARTIN & WILLIAMS, APLC
        Post Office Box 2017
        Houma, LA 70361
        (504) 876-3891  Telephone
        (504) 851-2219  Facsimile

        **Attorneys for Terrebonne Parish School Board**

### CERTIFICATE OF SERVICE

  **I CERTIFY** that a copy of the preceding pleading has been served upon all known counsel of record via hand delivery, facsimile transmission or by placing a copy of same in the United States mail, postage prepaid and properly addressed to the following:

| | |
|---|---|
| Robert J. Young, III | Thomas R. Blum |
| Young, Richaud & Myers | James A. Burton |
| 1515 Energy Centre | Simon, Peragine, Smith & Redfearn, L.L.P. |
| 1100 Poydras Street, Suite 1515 | 1100 Poydras Street, |
| New Orleans, LA 70163 | 30th Floor - Energy Centre |
| **Attorneys for Koch Gateway** | New Orleans, LA 70163-3000 |
| **Pipeline Company** | **Attorneys for Columbia Gulf Transmission Company** |

  Lake Charles, Louisiana this 2nd day of December 2002.

              _/s/ Wade Visconte_
              WADE T. VISCONTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § | CIVIL ACTION NO. 00-0319 |
| VERSUS | § | SECTION:  B |
| COLUMBIA GULF TRANSMISSION COMPANY, KOCH GATEWAY PIPELINE COMPANY | § § | MAGISTRATE:  5 |
| FILED:_____ | § | _____ DEPUTY CLERK |

## ORDER

Considering Plaintiff's Motion and Supporting Memorandum for Expedited Hearing on Plaintiff's Motion to Strike Exhibits 2 through 4 attached to Koch's Motion for Summary Judgment and the Court finding good reason:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Terrebonne Parish School Board's Motion for Expedited Hearing on Plaintiff's Motion to Strike Exhibits 2 through 4 attached to Koch's Motion for Summary Judgment is hereby **GRANTED**, and said Motion to Strike is ~~set for hearing on December 17, 2002 at 9 a.m.~~ is **DENIED**. There is no basis to strike evidence here. The issue of that evidence's relevancy or weight will be decided by the Court upon considering the summary judgment motion.

THUS RENDERED AND SIGNED this ____ day of _____, 2002, at New Orleans, Louisiana.

_____
U.S. DISTRICT JUDGE

12/5/02