

```
          FILED
    U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

   2002 DEC 10  PM 1:57

     LORETTA G. WHYTE
          CLERK
```

**MINUTE ENTRY**
**LEMELLE, J.**
**DECEMBER 5, 2002**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**TERREBONNE PARISH SCHOOL BOARD**                CIVIL ACTION

**VERSUS**                                         00-319

**COLUMBIA GULF TRANSMISSION**                    SECTION: B(5)
**COMPANY AND KOCH GATEWAY**
**PIPELINE COMPANY**

On this date, the Court held a telephone status conference in this matter with the following counsel in attendance: Wade Thomas Visconte for the Plaintiff and Thomas R. Blum for the Defendant, Columbia Gulf Transmission Co., and Robert John Young, III for the Defendant, Koch Gateway Pipeline Co. The following items were discussed, determined and **ORDERED**:

(1) A *Daubert* analysis has been performed on all respecting experts for Plaintiffs and Defendants, and the experts are found to be qualified based on sufficient methodology and fact. Accordingly, all pending motions in limine are **DENIED**.

(2) The pending motion for summary judgment (Rec. Doc. No. 135) is **DENIED**. Further consideration of the underlying issues is deferred to trial on the merits.

```
DATE OF ENTRY
 DEC 1 1 2002
```

(3) The hearing on all motions that were set before the District Judge are now cancelled in view of today's conference with counsel and ruling on the referenced motions.

(4) The Court will review the Motions in Limine filed prior to the last trial setting of this case and resolve the same prior to trial on the merits.

(5) During conference, issues for trial were discussed, including duty and causation, and counsel for all parties are urged to consider submitting by deposition, testimony and exhibits in lieu of live testimony from expert and fact witnesses for trial on the merits. If parties are able to reach an agreement in that regard, depositions of witnesses and exhibits are to be submitted no later than seven (7) days prior to trial.

(6) The parties indicated that the parties are proceeding to a settlement conference on January 2, 2003. The Court urges both sides to participate and the Court expects all parties to participate in good faith in an effort to achieve an amicable result.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE