FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 DEC -9 AM 11: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| **VERSUS** | § | **SECTION: B** |
| **COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY** | §  § | **MAGISTRATE: 5** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION AND SUPPORTING MEMORANDUM
FOR EXPEDITED HEARING ON PLAINTIFF'S
MOTION TO QUASH AND FOR PROTECTIVE ORDER**

NOW INTO COURT, through undersigned counsel, enters TERREBONNE PARISH SCHOOL BOARD ("TPSB"), which respectfully moves for an expedited hearing on TPSB's Motion to Quash and for Protective Order relative to the deposition of Dr. Shea Penland, for the following reasons:

DATE OF ENTRY
DEC 1 2 2002

**1.**

Defendant, Columbia Gulf Transmission Company ("Columbia Gulf"), forwarded on December 5, 2002 a Notice of Deposition for Dr. Shea Penland. The Notice of Deposition sets the deposition of Dr. Penland for December 20, 2002. See Exhibit "A" attached hereto and incorporated herein by reference.

**2.**

Prior to December 3, 2002, counsel for Columbia Gulf informed that Columbia Gulf wished to re-depose Dr. Penland.

**3.**

On December 3, 2002, counsel for TPSB sent a letter by facsimile to all counsel of record. See Exhibit "B" attached hereto and incorporated herein. This letter directed that TPSB believed it had previously complied with its duty to produce Dr. Penland and that TPSB did not have a duty to produce Dr. Penland again for a deposition in this case due to the fact that Dr. Penland has issued no new reports and was deposed at length by defendants on his original reports. The letter also requested that if Columbia Gulf wished to notice the deposition of Dr. Penland, that the Notice of Deposition set said deposition for after December 30, 2002.

**4.**

The request to set the deposition of Dr. Penland after December 30, 2002 was to provide TPSB with adequate time to file a motion for protective order and comply with this Court's July, 2002 Minute Entry Order directing that all motions, excluding dispositive motions and motions in limine regarding expert testimony, be filed in time so that they may be heard no later than December 30, 2002.

**5.**

Despite the request by TPSB that the deposition of Dr. Penland be set after December 30, 2002, so that TPSB could file a motion for protective order and comply with this Court's local rules, Columbia Gulf knowingly set the deposition of Dr. Penland for December 20, 2002.

**6.**

Hence, based on the actions of Columbia Gulf's attorney, TPSB requests an expedited hearing on its Motion to Quash and for Protective Order prior to December 20, 2002.

**7.**

Alternatively, if this Court cannot hear the Motion to Quash and for Protective Order prior to December 20, 2002, TPSB requests an order staying the deposition of Dr. Penland until such time as TPSB's Motion to Quash and for Protective Order can be decided by this Court.

Respectfully submitted,

BY: _____
A. J. GRAY, III                                    (#6253)
WADE T. VISCONTE                         (#24734)
THE GRAY LAW FIRM (APLC)
Post Office Box 1467
Lake Charles, Louisiana 70602-1467
Telephone: (337) 494-0694
Facsimile: (337) 494-0697

**MICHAEL X. ST. MARTIN  #12365**
**JOSEPH G. JEVIC III         #23145**
ST. MARTIN & WILLIAMS, APLC
Post Office Box 2017
Houma, LA 70361
Telephone: (504) 876-3891
Facsimile: (504) 851-2219

**Attorneys for Terrebonne Parish School Board**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion and Supporting Memorandum for Expedited Hearing on Plaintiff's Motion to Quash and for Protective Order has been served upon all known counsel of record by placing a copy of same in the United States mail, properly addressed and postage pre-paid on this 6th day of December, 2002.

| | |
|---|---|
| Mr. Robert Young, III | Mr. Thomas Blum |
| Young, Richard & Myers | Simon, Peragine, Smith |
| 1100 Poydras Street | & Redfearn, L.L.P. |
| 1515 Energy Centre | 30th Floor – Energy Centre |
| New Orleans, LA 70163 | 1100 Poydras Street |
| | New Orleans, LA 70163 |

_____
WADE T. VISCONTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| **VERSUS** | § | **SECTION: B** |
| **COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY** | § § | **MAGISTRATE: 5** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Expedited Hearing on Terrebonne Parish School Board's Motion to Quash and for Protective Order and the Court finding good reason:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Quash and for Protective Order filed by Plaintiff, Terrebonne Parish School Board, is hereby set for hearing on the _18th_ day of December, 2002 at _11:00_ a.m., ~~or thereafter as may be heard by the Court~~ with oral argument.

**THUS RENDERED AND SIGNED** in New Orleans, Louisiana, on this _9th_ day of December, 2002.

MAGISTRATE ALMA CHASEZ