

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 DEC 12  AM 8: 42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § | CIVIL ACTION NO. **00-0319** |
| | | |
| **VERSUS** | § | **SECTION: B** |
| | | |
| COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY | §<br>§ | MAGISTRATE: 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO QUASH AND FOR PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, enters TERREBONNE PARISH SCHOOL BOARD ("TPSB"), which respectfully moves this Court for an order quashing the deposition of Dr. Shea Penland, TPSB's expert, set for December 20, 2002, and for a protective order prohibiting Columbia Gulf Transmission Company or Koch Gateway Pipeline Company from re-noticing the deposition of Dr. Penland. Alternatively, if the Court denies Plaintiff's Motion to Quash and for Protective Order, Plaintiff moves that Defendant, Columbia Gulf Transmission Company, be ordered to pay any and all fees and expenses of Dr. Shea Penland related to his

____Fee_____
____Process____
X_ Dktd_____
__ CtRmDep_____
__ Doc. No. 153

deposition. The reasons supporting TPSB's Motion to Quash and for Protective Order are contained in the attached supporting memorandum.

Respectfully submitted,

BY: _____

**A. J. GRAY, III**                    (#6253)
**WADE T. VISCONTE**              (#24734)
THE GRAY LAW FIRM (APLC)
Post Office Box 1467
Lake Charles, Louisiana 70602-1467
Telephone: (337) 494-0694
Facsimile: (337) 494-0697

**MICHAEL X. ST. MARTIN  #12365**
**JOSEPH G. JEVIC III        #23145**
ST. MARTIN & WILLIAMS, APLC
Post Office Box 2017
Houma, LA 70361
Telephone: (504) 876-3891
Facsimile: (504) 851-2219

**Attorneys for Terrebonne Parish School Board**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion to Quash and for Protective

Order has been served upon all known counsel of record by placing a copy of same in the United

States mail, properly addressed and postage pre-paid on this _____ day of December, 2002.

Mr. Robert Young, III
Young, Richard & Myers
1100 Poydras Street
1515 Energy Centre
New Orleans, LA 70163

Mr. Thomas Blum
Simon, Peragine, Smith
  & Redfearn, L.L.P.
30th Floor – Energy Centre
1100 Poydras Street
New Orleans, LA 70163

_____
**WADE T. VISCONTE**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § | CIVIL ACTION NO. **00-0319** |
| | | |
| **VERSUS** | § | SECTION: **B** |
| | | |
| COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY | § § | MAGISTRATE: **5** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the Motion to Quash and for Protective Order filed by Plaintiff, TERREBONNE PARISH SCHOOL BOARD, and the Court finding good reason,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the deposition of Dr. Shea Penland scheduled for December 20, 2002 is quashed, and Defendants are prohibited from re-noticing the deposition of Dr. Penland.

**THUS RENDERED AND SIGNED** in New Orleans, Louisiana, on this _____ day of December, 2002.

_____

**MAGISTRATE ALMA CHASEZ**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| | | |
| **VERSUS** | § | **SECTION: B** |
| | | |
| **COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY** | §<br>§<br>§ | **MAGISTRATE: 5** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the Motion to Quash and for Protective Order filed by Plaintiff, TERREBONNE

PARISH SCHOOL BOARD, and the Court finding good reason,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Quash

and for Protective Order filed by Plaintiff, Terrebonne Parish School Board, relative to the deposition

of Dr. Shea Penland set for December 20, 2002 is hereby denied.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any and all fees and

expenses of Dr. Shea Penland relative to Dr. Penland's December 20, 2002 deposition (or other

agreed upon date) shall be paid in full by Columbia Gulf Transmission Company.

**THUS RENDERED AND SIGNED** in New Orleans, Louisiana, on this _____ day of December, 2002.

_____
**MAGISTRATE ALMA CHASEZ**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § | CIVIL ACTION NO. **00-0319** |
| VERSUS | § | SECTION: **B** |
| COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY | § § § | MAGISTRATE: **5** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the Motion to Quash and for Protective Order and the Court finding good reason:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the deposition of Dr. Shea Penland, Plaintiff's expert, set for December 20, 2002 is hereby stayed until the hearing on Plaintiff's Motion to Quash and for Protective Order is decided on the _____ day of _____, 2002.

**THUS RENDERED AND SIGNED** in New Orleans, Louisiana, on this _____ day of December, 2002.

_____
**MAGISTRATE ALMA CHASEZ**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| **VERSUS** | § | **SECTION: B** |
| **COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY** | §<br>§ | **MAGISTRATE: 5** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF**
**MOTION TO QUASH AND FOR PROTECTIVE ORDER**

**MAY IT PLEASE THE COURT:**

Plaintiff, TERREBONNE PARISH SCHOOL BOARD ("TPSB"), submits this Memorandum in Support of TPSB's Motion to Quash the deposition of Dr. Shea Penland set for December 20, 2002 and seeking a protective order prohibiting Defendants, Columbia Gulf Transmission Company ("Columbia Gulf") and Koch Gateway Pipeline Company ("Koch"), from re-noticing the deposition of Dr. Penland.

Columbia Gulf has noticed the deposition of TPSB's expert, Dr. Shea Penland, for December 20, 2002. A copy of the Notice of Deposition is attached as Exhibit "A". It is important to note that Dr. Penland was previously deposed at length.

On September 13, 2000, Dr. Penland rendered three (3) expert reports in the captioned matter, *i.e.*, (1) Assessment of Louisiana Coastal Wetland Values, (2) Assessment of Potential Hurricane Damage to Terrebonne Parish School Board Section 16, Township 18 South, Range 13 East Property, and (3) Assessment of Direct and Indirect Impacts of Pipelines, T18S R13E S16 in Terrebonne Parish, Louisiana. Copies of these reports are not attached as they are contained in the record of this proceeding and are adopted by reference herein. Dr. Penland was deposed at length on his expert reports and the expert reports of other TPSB experts and Defendants' experts. In fact, the deposition of Dr. Penland took place over the span of two (2) complete days. The deposition took place on Monday, November 27, 2000 and December 5, 2000. The deposition of Dr. Penland is contained in two (2) volumes. Volume 1 contains 248 pages. Volume 2 contains 267 pages. Copies of the first and last pages of Dr. Penland's deposition, Volumes 1 & 2, are attached as Exhibit "C". Now, despite deposing Dr. Penland at length for two (2) full days, Columbia Gulf wishes to depose Dr. Penland a second time.

It should be noted that initially this Court granted summary judgment in favor of Defendants. This decision was reversed on appeal. On remand, a July 2002 Minute Entry Order set deadlines for Plaintiffs to provide supplemental expert reports and Defendants to provide supplemental expert reports. The only supplemental expert report provided by TPSB was prepared by Dr. Robert Chabreck. Dr. Chabreck is being produced voluntarily for a deposition on December 18, 2002. Dr. Penland did not prepare any supplemental expert reports. Hence, Dr. Penland should not have to

appear for a second deposition as Defendants have had an opportunity to adequately address his three expert reports rendered in September, 2000, when Dr. Penland was first deposed. Moreover, Dr. Penland should not have to appear merely because Columbia Gulf may want to question Dr. Penland on his opinion of other supplemental expert reports rendered by the defense experts. For example, Dr. Penland should not have to appear to provide his opinion on the hydrology report rendered by Defendants' expert, Joseph Suhayda. Dr. Penland has been thoroughly deposed by defendants in the areas he is tendered as an expert. There is no reason for him to be deposed relative to any areas of his expertise. Defendants certainly have no right to depose Dr. Penland on expert reports of others outside the expertise of Penland.

Next, the Federal Rules of Civil Procedure, Rule 30(d)(2) provides that unless otherwise authorized by the Court or stipulated by the parties, a deposition is limited to one day of seven hours. Obviously, TPSB will not stipulate to a second deposition. Moreover, the fact that Dr. Penland was produced <u>voluntarily</u> for two days for at least 14 hours of testimony shows that TPSB has complied in good faith with the discovery obligations imposed upon TPSB by the Federal Rules of Civil Procedure.

On December 5, 2002, Judge Lemelle initiated a telephone conference with the attorneys for TPSB, Columbia Gulf, and Koch. Judge Lemelle informed that he was going to deny all motions in limine to exclude expert testimony filed by Plaintiff and Defendants. Judge Lemelle further directed that he would prefer that the parties introduce into evidence expert reports and/or depositions at trial in lieu of live testimony to expedite the trial of this matter. In light of Judge Lemelle's preference, TPSB intends to introduce into evidence the three expert reports rendered by Shea Penland in lieu of his live testimony. As he will not be providing any testimony

*Page 3 of 6*

outside of his expert reports, there is obviously no need to depose Dr. Penland a second time. Further, as Dr. Penland was deposed at length on his three (3) expert reports previously for two (2) days, the cross-examination of Dr. Penland relative to his reports has been adequately developed by the Defendants and their cross-examination of him by deposition can be introduced at trial. There is simply no need to waste time, money, and effort of TPSB, the Defendants, and Dr. Penland to depose Dr. Penland on any matters outside of his expert reports.

In the week prior to December 3, 2002, counsel of Columbia Gulf contacted the undersigned counsel and informed that Columbia Gulf wished to depose Dr. Penland for a second time. On December 3, 2002, counsel for TPSB wrote a letter to Columbia Gulf informing that TPSB believed that it had complied with its discovery obligation and did not have to produce Dr. Penland. A copy of TPSB's December 3, 2002 correspondence is attached as Exhibit "B". The letter informed that Dr. Penland has rendered no new expert reports and has been deposed at length by Defendants on his original reports. The letter further requested that if Columbia Gulf wished to depose Dr. Penland, that Columbia Gulf set the deposition of Dr. Penland after December 30, 2002 so that TPSB would have adequate time to file a motion for protective order and protect TPSB's interests. TPSB requested that the deposition of Dr. Penland be set after December 30, 2002 as the July, 2002 Minute Entry Order in this case directs that motions, other than dispositive motions and motions in limine to exclude expert testimony, are to be filed in time to be heard no later than December 30, 2002. Despite this fact, Columbia Gulf unilaterally set the deposition of Dr. Penland for December 20, 2002. The Notice of Deposition was prepared on December 5, 2002. See Exhibit "A." Hence, Columbia Gulf consciously chose to set the deposition of Dr. Penland in a manner designed to deprive TPSB of the ability to comply with this Court's local rules requiring all motions to be set

at least 15 days in advance of hearing. Clearly, this sort of abuse of process by defense counsel should not be awarded with allowing a deposition to go forward when counsel has unilaterally chosen a date in violation of a direct request by the opposing parties' counsel. **Furthermore, Dr. Penland has oral surgery scheduled for December 20, 2002. Hence, he is unable to appear for his deposition on December 20, 2002.**

The Federal Rules of Evidence, Rule 26(c) provides that a Court may "make any order which justice requires" "on matters relating to a deposition, . . . to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense . . .." Rule 26(c)(1) provides that the Court may direct that disclosure or discovery not be had. Clearly, for the reasons set forth above, TPSB is entitled to a protective order directing that Defendants are prohibited from deposing Dr. Penland a second time.

Respectfully submitted,

BY: _____

A. J. GRAY, III          (#6253)
WADE T. VISCONTE    (#24734)
THE GRAY LAW FIRM (APLC)
Post Office Box 1467
Lake Charles, Louisiana 70602-1467
Telephone: (337) 494-0694
Facsimile: (337) 494-0697

**MICHAEL X. ST. MARTIN #12365**
**JOSEPH G. JEVIC III    #23145**
ST. MARTIN & WILLIAMS, APLC
Post Office Box 2017
Houma, LA 70361
Telephone: (504) 876-3891
Facsimile: (504) 851-2219

**Attorneys for Terrebonne Parish School Board**

*Page 5 of 6*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Plaintiff's Memorandum in Support of

Motion to Quash and for Protective Order has been served upon all known counsel of record by

placing a copy of same in the United States mail, properly addressed and postage pre-paid on this

_6th_ day of December, 2002.

Mr. Robert Young, III                    Mr. Thomas Blum
Young, Richaud & Myers                   Simon, Peragine, Smith
1100 Poydras Street                      & Redfearn, L.L.P.
1515 Energy Centre                       30th Floor – Energy Centre
New Orleans, LA 70163                    1100 Poydras Street
                                         New Orleans, LA 70163

**WADE T. VISCONTE**

*Page 6 of 6*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER:·00-0319 |
|---|---|---|
| | * | |
| VERSUS | * | SECTION: "B" |
| | * | |
| COLUMBIA GULF TRANSMISSION | * | MAGISTRATE:  5 |
| COMPANY AND KOCH GATEWAY | * | |
| PIPELINE COMPANY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF DEPOSITION

TO:  Michael X. St. Martin, Esq.  
St. Martin & Williams, APLC  
P. O. Box 2017  
Houma, Louisiana 70361-2017  

Robert J. Young, III, Esq.  
Young, Richaud & Myers  
1515 Energy Centre  
1100 Poydras Street  
New Orleans, LA 70163-1515  

Wade T. Visconte, Esq.  
The Gray Law Firm  
P. O. Box 1467  
Lake Charles, Louisiana 70602-1467  

PLEASE TAKE NOTICE that defendant, Columbia Gulf Transmission Company

("Columbia Gulf"), through its undersigned counsel, will take the deposition of Dr. Shea Penland

on the 20th day of December, 2002, at 10:00 a.m., at the law offices of St. Martin & Williams,

Canal Place, Suite 2290, 365 Canal Street, New Orleans, Louisiana 70130, before an official

court reporter, for all lawful purposes authorized under the Federal Rules of Civil Procedure.



EXHIBIT

A

You are hereby invited to be present and to take such part therein as may be deemed fit and proper.

The witness is requested to bring with him the documents listed on attached Exhibit "A". There is no need to produce any document or other materials previously produced in this case.

Respectfully submitted,

*Thomas R Blum*

Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Herman C. Hoffmann, Jr. (#6899)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030

Attorneys for Columbia Gulf Transmission Company

### CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Notice of Deposition has been served upon all counsel of record by telecopier or by depositing same in the U.S. Mail, postage prepaid and properly addressed this 5th day of December, 2002.

*Thomas R Blum*

THOMAS R. BLUM

## Exhibit "A" to Notice of Deposition of Dr. Shea Penland

1.   Any and all documents and other materials which relate in any way to the impact of hurricanes on the fresh water marshes of south Louisiana, including but not limited to, any transcripts or summaries of comments made by Dr. Penland to media representatives (newspapers, television, radio, etc.) on the subject.

2.   Any and all documents discussing, analyzing or relating in any way to the determination and quantification of "societal values" related to wetlands.

3.   Any and all other documents or other materials including maps, drawings or computer generated materials, that Dr. Penland has examined in connection with his work in this case or intends to use to support his expected testimony.

**THE GRAY LAW FIRM**
A PROFESSIONAL LAW CORPORATION
HIBERNIA TOWER
ONE LAKESHORE DRIVE
POST OFFICE BOX 1467
LAKE CHARLES, LOUISIANA 70602-1467
graylaw@graylawfirm.com

FACSIMILE
(337) 494-0697

TELEPHONE
(337) 494-0694

December 3, 2002

**FACSIMILE – (504) 569-2999**
**FOLLOWED BY U. S. MAIL**

Mr. Thomas Blum
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor – Energy Centre
1100 Poydras Street
New Orleans, LA 70163

**FACSIMILE – (504) 585-7776**
**FOLLOWED BY U. S. MAIL**

Mr. Robert Young, III
Young, Richaud & Myers
1100 Poydras Street
1515 Energy Centre
New Orleans, LA 70163

**FACSIMILE – (985) 853-0521**
**FOLLOWED BY U. S. MAIL**

Mr. Joseph G. Jevic, III
St. Martin & Williams, APLC
Cresent Farm
4084 Highway 311
Post Office Box 2017
Houma, LA 70361-2017

Re:   Terrebonne Parish School Board
      vs. No. 00-CV-0319 (B)(5)
      Columbia Gulf Transmission and Koch Gateway Pipeline Company
      Our File No. S0018-27

Dear Joe, Tom, and Robert:

Dr. Robert Chabreck is available on December 18, 19, or 27, 2002 for a deposition to be taken in either New Orleans or Houma. In the event that the above-referenced dates are unavailable, Dr. Chabreck provided December 20, 2002 as an alternative date.

Tom, TPSB believes it does not have to produce Dr. Penland again for deposition. Dr. Penland has issued no new expert reports and has been deposed at length by defendants on his original reports. If Columbia Gulf still wishes to depose Dr. Penland, please provide dates after



EXHIBIT
B

Messrs. Blum, Young, and Jevic
December 3, 2002
Page 2

December 30, 2002, as TPSB will be forced to file a motion for protective order and set said motion for hearing on December 30, 2002.

Best wishes,

WADE T. VISCONTE

WTV/jml

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


TERREBONNE   PARISH              CASE NUMBER:
SCHOOL BOARD                     00-0319

VERSUS                           SECTION "B"

COLUMBIA GULF TRANSMISSION    MAGISTRATE 5
COMPANY AND KOCH GATEWAY
PIPELINE COMPANY


Deposition of **Dr. Patrick Shea Penland,**
803 Pine Street, New Orleans, Louisiana
70118, 861-9167, taken at the law offices
of St. Martin & Williams, 4084 Highway
311, Houma, Louisiana, on Monday, the 27th
day of November, 2000.


APPEARANCES:


        ST. MARTIN & WILLIAMS
        (By:  Joseph G. Jevic, III, Esq.)
        4084 Highway 311
        Houma, Louisiana  70360

            ATTORNEYS FOR PLAINTIFF


        SIMON, PERAGINE, SMITH &
        REDFEARN, L.L.P.
        (By:  Thomas R. Blum, Esq.)
        (By:  Christina H. Belew, Esq.)
        1100 Poydras Street
        30th Floor - Energy Centre
        New Orleans, Louisiana  70163-3000

        ATTORNEYS FOR COLUMBIA GULF
        TRANSMISSION COMPANY



EXHIBIT
C



248

1          Q.     Well, as far as the water

2    doesn't flow in in too great a current, it

3    would be good thing, is that right?

4          A.     I guess that's a fair

5    statement.

6          MR. BLUM:

7               It's not even six o'clock yet

8    and I'm ready to stop for today because I

9    finished those two sections of my outline

10   in less than 25 minutes.

11          (This concludes the deposition.)

12               *         *         *

13

14

15

16

17

18

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD
BATON ROUGE, LOUISIANA 70809
PHONE (504) 926-9411
FAX (504) 926-9762

1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE  PARISH<br>SCHOOL BOARD | CASE NUMBER:<br>00-0319 |
| VERSUS | SECTION "B" |
| COLUMBIA GULF TRANSMISSION<br>COMPANY AND KOCH GATEWAY<br>PIPELINE COMPANY | MAGISTRATE 5 |

Volume II

Deposition of **Dr. Patrick Shea Penland**, 803 Pine Street, New Orleans, Louisiana 70118, 861-9167, taken at the law offices of St. Martin & Williams, 4084 Highway 311, Houma, Louisiana, on Tuesday, the 5th day of December, 2000.

APPEARANCES:

    THE GRAY LAW FIRM
    (By:  Wade T. Visconte, Esq.)
    Hibernia Tower
    One Lakeshore Drive - Suite 900
    Lake Charles, Louisiana  70602

        ATTORNEYS FOR PLAINTIFF


    SIMON, PERAGINE, SMITH &
    REDFEARN, L.L.P.
    (By:  Thomas R. Blum, Esq.)
    1100 Poydras Street
    30th Floor - Energy Centre
    New Orleans, Louisiana  70163-3000

        ATTORNEYS FOR COLUMBIA GULF
        TRANSMISSION COMPANY

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

**Gaudet, Kaiser & Pepper**
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD
BATON ROUGE, LOUISIANA 70809
PHONE (504) 926-9411
FAX (504) 926-9762



267

1      MS. VISCONTE:

2            That's the restricted area.

3      MR. YOUNG:

4            Yeah, the restricted area.

5      THE WITNESS.

6            I have a password.

7      MR. VISCONTE:

8            You want to give it to me?

9      MR. YOUNG:

10           That's all.  There you go.

11           Can we attach the report of

12   Dr. Costanza as Penland Exhibit-24.

13      (This concluded the deposition.)

14                  *      *      *

15

16

17

18

19

20

21

22

23

24

25

601 POYDRAS STREET, SUITE 2003
NEW ORLEANS, LOUISIANA 70130
PHONE (504) 525-9100
FAX (504) 525-9109

Gaudet, Kaiser & Pepper
Toll Free 1-888-525-9100

7967 OFFICE PARK BLVD
BATON ROUGE, LOUISIANA 70809
PHONE (504) 926-9411
FAX (504) 926-9762

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § | CIVIL ACTION NO. **00-0319** |
| VERSUS | § | SECTION: **B** |
| COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY | § § | MAGISTRATE: **5** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## C E R T I F I C A T E

In accordance with the Federal Rules of Civil Procedure, Rule 26(c), TERREBONNE

PARISH SCHOOL BOARD ("TPSB") certifies that TPSB has, in good faith, conferred with the

attorney for Defendant, Columbia Gulf Transmission Company, in an effort to resolve the discovery

dispute related to the deposition of Dr. Shea Penland, Plaintiff's expert, without Court action, but

the parties have been unsuccessful in amicable resolution.

Respectfully submitted,

BY: _____

**A. J. GRAY, III**                              (#6253)
**WADE T. VISCONTE**                    (#24734)
THE GRAY LAW FIRM (APLC)
Post Office Box 1467
Lake Charles, Louisiana 70602-1467
Telephone: (337) 494-0694
Facsimile: (337) 494-0697

**MICHAEL X. ST. MARTIN #12365**
**JOSEPH G. JEVIC III        #23145**
ST. MARTIN & WILLIAMS, APLC
Post Office Box 2017
Houma, LA 70361
Telephone: (504) 876-3891
Facsimile: (504) 851-2219

**Attorneys for Terrebonne Parish School Board**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Certificate has been served upon all

known counsel of record by placing a copy of same in the United States mail, properly addressed and

postage pre-paid on this _____ day of December, 2002.

| | |
|---|---|
| Mr. Robert Young, III | Mr. Thomas Blum |
| Young, Richard & Myers | Simon, Peragine, Smith |
| 1100 Poydras Street | & Redfearn, L.L.P. |
| 1515 Energy Centre | 30th Floor – Energy Centre |
| New Orleans, LA 70163 | 1100 Poydras Street |
| | New Orleans, LA 70163 |

_____
**WADE T. VISCONTE**

*Page 2 of 2*