

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 DEC -9 P 12: 49

LORETTA A. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER:  00-0319 |
| | * | |
| VERSUS | * | SECTION: "B" |
| | * | |
| COLUMBIA GULF TRANSMISSION | * | MAGISTRATE:  5 |
| COMPANY AND KOCH GATEWAY | * | |
| PIPELINE COMPANY | * | |

**************************************

## MOTION FOR EXPEDITED HEARING
## ON PREVIOUSLY FILED MOTION TO COMPEL

Defendant, Columbia Gulf Transmission Company ("Columbia Gulf"), respectfully moves

the Court for an expedited hearing on its previously filed motion to compel answer to discovery,

a copy of which is attached hereto.

An expedited hearing on this motion to compel is necessary because trial in the matter is

set for January 27, 2003.  The motion to compel was filed on December 28, 2000, along with a

motion for expedited hearing.  The motion was never scheduled for hearing because it was deemed

to be moot in view of the Court's granting of Columbia Gulf's motion for summary judgment

which resulted in the dismissal of the case.  A handwritten notation indicating that the Motion was



DATE OF ENTRY

DEC 1 2 2002



moot is noted in the margin of the attached form of an order to set the motion to compel for hearing.

Plaintiff has not furnished any additional discovery in response to either the previous request for discovery or the motion to compel and therefore it is appropriate to have a hearing on the motion to compel.

WHEREFORE, defendant, Columbia Gulf Transmission Company, prays that its Motion to Compel be set for hearing on an expedited basis.

Respectfully submitted,

_____

Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Herman C. Hoffmann, Jr. (#6899)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Attorneys for Columbia Gulf Transmission Company

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing has been served upon all counsel of record by ~~telecopier and by~~ depositing same in the U.S. mail, postage prepaid and properly addressed this ___9___ day of December, 2002.

_____

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER:  00-0319 |
| | * | |
| VERSUS | * | SECTION: "B" |
| | * | |
| COLUMBIA GULF TRANSMISSION | * | MAGISTRATE:  5 |
| COMPANY AND KOCH GATEWAY | * | |
| PIPELINE COMPANY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF
### MOTION FOR EXPEDITED HEARING
### ON PREVIOUSLY FILED MOTION TO COMPEL

MAY IT PLEASE THE COURT:

Defendant, Columbia Gulf Transmission Company ("Columbia Gulf"), respectfully requests an expedited hearing on its previously filed motion to compel answers to discovery. This matter is scheduled for trial on January 27, 2003 and it is necessary that defendant have an expedited hearing on its motion so that it will have time to obtain the discovery. Defendant's motion to compel was previously filed on December 28, 2000, but was never heard because shortly thereafter the Court granted Columbia Gulf's motion for summary judgment and the motion was deemed to be moot.

Defendant once again reurges that the plaintiff has not adequately responded to the outstanding discovery requests and that an order compelling responses is appropriate. For example, during the taking of the deposition of one of the former Terrebonne Parish School Board members, Mr. Francis A. Voisin, mentioned that the Board had in its possession photographs of the Section 16 lands, including NASA photographs, indicating what land had been lost and what land had been gained over time. See Voisin deposition at Pages 24-25. Mr. Voisin also testified that the Board had developed policies regarding pipeline canals and that these policies should be in the "Policy and Procedure Handbook". See Voisin deposition at Pages 39-40. None of these materials were produced by the plaintiff as they should have been in response to the outstanding discovery.

Accordingly, defendant requests that its motion to compel be granted and that the plaintiff be required to produce the discovery previously requested, including the photographs and the Policy and Procedure Manual described in Mr. Voisin's deposition.

Respectfully submitted,

Thomas R. Blum, T.A. (#3170)
James A. Burton (#3708)
Herman C. Hoffmann, Jr. (#6899)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Attorneys for Columbia Gulf Transmission Company

2

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing has been served upon all counsel of record by ~~telecopier and by~~ depositing same in the U.S. mail, postage prepaid and properly addressed this ___9___ day of December, 2002.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CASE NUMBER:  00-0319 |
| | * | |
| VERSUS | * | SECTION: "B" |
| | * | |
| COLUMBIA GULF TRANSMISSION | * | MAGISTRATE:  5 |
| COMPANY AND KOCH GATEWAY | * | |
| PIPELINE COMPANY | * | |

\***********************************

## LOCAL RULE 37.1 CERTIFICATE

Undersigned counsel for Columbia Gulf Transmission Company certifies that on December 28, 2000, then counsel for Columbia Gulf Transmission Company conferred in person with counsel for plaintiff, Joseph Jevic, III, about the discovery dispute set forth in the accompanying motion to compel, but that the disputes could not be amicably resolved.  Undersigned counsel did discuss with counsel for the plaintiff, Wade T. Visconte, the production of the photographs and policy manual referenced by Mr. Voisin in his deposition in a telephone conference on December 5, 2002, and Mr. Visconte indicated the plaintiff would be willing to produce that information,

but referred undersigned counsel to Mr. Jevic for the making of arrangements to review the records of the plaintiff.  Undersigned counsel was unable to reach Mr. Jevic.

_____

HERMAN C. HOFFMANN, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD    *      CASE NUMBER:  00-0319
                                     *

VERSUS                              *      SECTION: "B"
                                     *

COLUMBIA GULF TRANSMISSION      *      MAGISTRATE:  5
COMPANY AND KOCH GATEWAY       *
PIPELINE COMPANY                   *
*************************************

## ORDER

Considering the foregoing motion for expedited hearing on the previously filed motion to compel,

IT IS ORDERED that the motion to compel filed by Columbia Gulf Transmission Company is hereby set for hearing on the _18th_ day of _December_ , 2002, at _11:00_ o'clock _a_ .m. with oral argument.

New Orleans, Louisiana this _9_ day of December, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

K:\DATA\L\09700066\PLEADING\ord-exped-compel.wpd

# SEE RECORD FOR
# EXHIBITS
# OR
# ATTACHMENTS
# NOT SCANNED