

```
MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 18, 2002
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NUMBER: 00-319 |
| COLUMBIA GULF TRANSMISSION COMPANY, ET AL. | SECTION: "B"(5) |

### HEARING ON MOTION

**APPEARANCES:** Joseph Jevic, III, Thomas Blum, Bob Young, Jr.

**MOTION:**

(1) Plaintiff's Motion to Quash and for Protective Order (Rec. doc. 153);
(2) Columbia Gulf's Motion to Compel Plaintiff's Answers to Second Set of Discovery (Rec. docs. 154, 114).

_____ : Continued to

_____ : No Opposition

_1,2_ : Opposition

_____ : Local Rules 37.1E, 33.2, 36.1, 7.6E

DATE OF ENTRY
DEC 2 3 2002

## ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

_1,2_ :   Other.

    1:   A supplemental deposition of Dr. Penland, limited to (1) hour, is to go forward on a date and time agreeable to all concerned, same to be limited to the aerial photographs attached to Dr. Penland's previous supplemental report, the effects of hurricanes on lost marshland, any change in his opinion on societal values, and his proposal to restore marshlands.

    2:   Plaintiff is to supplement its answer to Interrogatory No. 3, Second Set, to answer said discovery request with particularity, including the specific areas visited by its experts.

                                                ALMA L. CHASEZ
                                   UNITED STATES MAGISTRATE JUDGE