MINUTE ENTRY
LEMELLE, J.
JANUARY 14, 2003

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JAN 14  PM 3:21

LORETTA G. WHYTE
        CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | CIVIL ACTION |
| **VERSUS** | 00-319 |
| **COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY** | SECTION: B(5) |

On this date, the Court held a telephone conference with the following in attendance: Wade T. Visconte and Joseph G. Jevic, III for the plaintiff and Robert J. Young, III for the Defendant, Koch Gateway Pipeline Co. and Thomas R. Blum for the Defendant, Columbia Gulf Transmission Company. Counsel has advised that Plaintiff's key expert witness, Dr. Robert H. Chabreck, has experienced a medical emergency and may be unavailable for trial. The following items were discussed, determined and **ORDERED:**

(1) Plaintiff shall submit a letter to defense counsel from Dr. Chabreck's treating physician advising of Dr. Chabreck's condition, particularly as it relates to his availability for trial.

(2) Trial will proceed on January 27, 2003 with all witnesses that are available to testify.

(3) Dr. Chabreck's testimony shall be submitted by report and deposition prior to trial, and the record will remain open for taking of later testimony of Dr. Chabreck and a defense witness that may be needed to respond to any supplemental testimony.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 15 2003