

MINUTE ENTRY
CHASEZ, M.J.
JANUARY 13, 2003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD           CIVIL ACTION

VERSUS                                    NUMBER: 00-319

COLUMBIA GULF TRANSMISSION COMPANY,       SECTION: "B"(5)
ET AL.

    A settlement conference was conducted in the above matter on January 2, 2003.

    PRESENT: A.J. Gray, Wade Visconte, Joseph Jevic, Michael St. Martin, Robert Young, III, Robert Young, Jr., Phil Ellender, Christina Belew, Thomas R. Blum

    The Court will periodically discuss settlement with the parties telephonically to determine if their has been any change of position as trial approaches.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 1 7 2003