FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JAN 21 PM 2: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § | CIVIL ACTION NO. 00-0319 |
| VERSUS | § | SECTION: B |
| COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY | § § | MAGISTRATE: 5 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## OPPOSITION TO MOTION TO CONTINUE

**MAY IT PLEASE THE COURT:**

Terrebonne Parish School Board ("TPSB"), Plaintiff, submits this Opposition to Defendants' Joint Motion to Continue Trial.

On January 14, 2003, a telephone conference was held with the Court wherein the Court was informed and guidance was sought with regard to the sudden unavailability of one of Plaintiff's expert witnesses, Dr. Robert Chabreck, who had suffered a stroke the previous Friday. It was of this Court's opinion that the trial date should remain set to commence on January 27 and that Plaintiff should submit Dr. Chabreck's testimony via his expert reports and any available depositions and that the Court would leave the record open to provide Plaintiff the opportunity to

1

Fee_____
Process____
X Dktd_____ TPSC
✓ CtRmDep____
Doc. No.___170

present Dr. Chabreck's trial testimony at a later date.

Plaintiff believes that under the circumstances, the Court's plan on how to proceed is the most practical option and would best conserve judicial resources. As this Court has noted, the parties are already geared up for trial and witnesses have been put on notice and plans have been made for their appearance. Although Plaintiff would prefer to have Dr. Chabreck testify live during trial, circumstances have presented themselves that prevent this optimal scenario from occurring. Therefore, it is completely within the discretion of this Court to issue those rulings necessary to ensure the timely and orderly trial of this matter. Delaying trial by 60 to 90 days as proposed by Defendants does nothing but set back a matter that has now been twice prepared for trial. Although Defendants complain of prejudice by allowing Dr. Chabreck to testify as the Court has proposed, no real prejudice can come from the Court's proposed course of action. First, any motions to dismiss upon the close of Plaintiff's case as presented during the January 27 trial, can be ruled on based on the evidence available as well as those items submitted in lieu of Dr. Chabreck's appearance. As this case will be decided upon this Court's credibility evaluations of the various experts, a dismissal upon the close of plaintiff's case would be highly unlikely. Additionally, as Plaintiff's would have the right to present a case in rebuttal, allowing Dr. Chabreck to provide his testimony at a later date, even with the benefit of being able to review the testimony of Defendants' witnesses, would not prejudice the Defendants in any way as Plaintiff would have had the option of recalling Dr. Chabreck in rebuttal regardless of the present circumstances. Moreover, the Court has indicated that it would allow Defendants to supplement their case to the extent necessary based on the testimony of Dr. Chabreck, thereby lessening further any alleged prejudice by the Defendants.

Accordingly, Plaintiff respectfully requests that this Court deny Defendants' Motion to Continue and that this matter proceed as scheduled.

        Respectfully submitted,
        ST. MARTIN & WILLIAMS

        _____
        MICHAEL X. ST. MARTIN   #12365
        CONRAD S.P. WILLIAMS III #14499
        JOSEPH G. JEVIC III   #23145
        ST. MARTIN & WILLIAMS, APLC
        Post Office Box 2017
        Houma, LA 70361
        (985) 876-3891     Telephone
        (985) 851-2219     Facsimile

        **THE GRAY LAW FIRM (APLC)**
        **A. J. GRAY, III**     **#6253**
        **WADE T. VISCONTE**     **#24734**
        Post Office Box 1467
        Lake Charles, LA 70602-1467
        (337) 494-0694     Telephone
        (337) 494-0697     Facsimile
        **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the preceding pleading has been mailed, postage prepaid and properly addressed to the following:

Robert J. Young, III
Young, Richaud & Meyers
1515 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-1515
**Attorneys for Koch Gateway Pipeline Company**

Mr. Thomas R. Blum
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, LA 70163-3000
**Attorneys for Columbia Gulf Transmission Company**

Houma, Louisiana this 17th day of January, 2003.

4