


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CASE #00-0319 |
| | * | SECTION "B" |
| VERSUS | * | |
| | * | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * | |

* * * * * * * * * * * * * * * * *

**MOTION FOR EXPEDITED HEARING ON DEFENDANTS' JOINT MOTION FOR CONTINUANCE OR ALTERNATIVE MOTION FOR CLARIFICATION OF RULING**

**NOW INTO COURT**, through undersigned counsel, come defendants, Koch Gateway Pipeline Company ("Koch") and Columbia Gulf Transmission Company ("Columbia"), who respectfully move this Honorable Court for an expedited hearing on the attached Joint Motion for Continuance or Alternative Motion for Clarification of Ruling. In

DATE OF ENTRY
JAN 2 3 2003

Fee
Process
X Dktd BC
✓ CtRmDep
Doc.No. 173

support of same, defendants would show:

1.

Defendants' Joint Motion for Continuance or Alternative Motion for Clarification of Ruling arises from this court's verbal ruling made during a telephone conference call on January 14, 2003, wherein the court was advised that plaintiff's sole expert on causation, Dr. Robert Chabreck, had suffered a debilitating stroke on January 10, 2003.

2.

Defendants' motion seeks to have this court reconsider its ruling, and ask this court for a continuance of the trial date of January 27, 2003. Defendants submit that the reasons set forth in their memorandum demonstrate why the court's proposed solution to Dr. Chabreck's illness is prejudicial to defendants, impractical and likely judicially inefficient. Alternatively, defendants are asking that this court clarify its ruling rendered verball during the telephone conference on January 14, 2003.

3.

There is insufficient time on the court's regular docket to have this motion heard prior the current trial date of January 27, 2003. As such, defendants request this Honorable Court grant expedited hearing, via either telephone conference call or live appearance.

Respectfully submitted,

**ROBERT J. YOUNG, JR. (#13763)**
**ROBERT J. YOUNG, III, T.A.(#19230)**
**YOUNG, RICHAUD & MYERS**
1100 Poydras Street, Suite 1515
New Orleans, LA 70163-1515
Telephone: (504) 585-7750
Facsimile: (504) 585-7776
Attorneys for defendant,
**KOCH GATEWAY PIPELINE COMPANY**

**THOMAS A. BLUM, T.A. (#3170)**
**JAMES A. BURTON (#3708)**
**HERMAN C. HOFFMAN,JR. (#6899)**
**SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.**
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, LA 70163-3000
Telephone: (504) 569-2030
Facsimile: (504) 569-2999
Attorneys for defendant, **COLUMBIA GULF TRANSMISSION COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record via hand-delivery, facsimile and/or by placing a copy of same in the U.S. Mail, postage pre-paid, on this 15 day of January, 2003.

**ROBERT J. YOUNG, III**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CASE #00-0319 |
| VERSUS | * | SECTION "B" |
| | * | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * | |

* * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion for Expedited Hearing on Defendants' Joint Motion for Continuance or Alternative Motion for Clarification of Ruling;

~~IT IS HEREBY ORDERED~~ that Defendants' Joint Motion for Continuance or Alternative Motion for Clarification of Ruling be heard on ______________, 2003 at ___ o'clock ___.m., via telephone conference call/hearing in open court.

NEW ORLEANS, LOUISIANA, this ___ day of January, 2003.

As defendants acknowledge, their experts' depositions [illegible] Chabreck [illegible] We consider the request made by defendants [illegible] the final pretrial conference [illegible] Holding the record open for further evidence, if needed, from and in response to Chabreck's trial testimony does not unduly prejudice any party.

[illegible] 1/12/03

______________________________
**UNITED STATES JUDGE**