UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | CASE #00-0319 |
| VERSUS | SECTION "B" |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | MAGISTRATE 5 |

## MOTION FOR EXPEDITED HEARING
## WITH INCORPORATED MEMORANDUM IN SUPPORT

Defendant, Koch Gateway Pipeline Company, respectfully moves for an expedited hearing on its accompanying Motion to Introduce Portions of a Deposition.

An expedited hearing on this Motion to Introduce Portions of a Deposition is necessary because trial in this matter is set for January 27, 2003. Defendant wanted to wait until the last possible moment to file this motion so as to exhaust every effort to locate and serve the witness in question.

Wherefore, defendant, Koch Gateway Pipeline Company, prays that its Motion to Introduce Portions of a Deposition be heard on an expedited basis.

DATE OF ENTRY
JAN 2 8 2003

Respectfully submitted,

_____
ROBERT J. YOUNG, III (#19230)
YOUNG, RICHAUD & MYERS
1100 Poydras Street, Suite 1515
New Orleans, LA 70163
(504) 585-7750

Attorneys for defendant,
*KOCH GATEWAY PIPELINE COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record via hand-delivery, facsimile and/or by placing a copy of same in the U.S. Mail, postage pre-paid, on this 24th day of January, 2003.

_____
ROBERT J. YOUNG, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | * | CASE #00-0319 |
| | * | SECTION "B" |
| VERSUS | * | |
| | * | MAGISTRATE 5 |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | * | |

## ORDER

Considering the foregoing, it is ordered that the Motion to Introduce Portions of a Deposition is hereby set for hearing on January ____, 2003, at ___ o'clock, ___.m.

New Orleans, Louisiana, this ___ day of January, 2003.

_____
**UNITED STATES DISTRICT JUDGE**

[Handwritten annotations: "DISMISS AS MOOT — We previously stated for a record that all counsel attempts to locate/serve at ... could be made on his ... voir dire ... preliminary ... deposition ... 1/27/03"]