FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JAN 28  AM 10: 33

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | **CIVIL ACTION** |
| **VERSUS** | **00-319** |
| **COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY** | **SECTION: B(5)** |

## ORDER OF DISMISSAL

The Court has been advised by counsel for the parties that Terrebonne Parish School Board and Columbia Gulf Transmission Company have firmly agreed upon a compromise, and assured that they need only to obtain final authority from principals, execute releases and agreements. Accordingly,

**IT IS ORDERED** that Columbia Gulf Transmission Company hereby is **DISMISSED** without cost and without prejudice to the right of the parties, upon good cause shown, within ninety (90) days, to seek summary judgment enforcing the compromise if it is not consummated by that time. The Court retains jurisdiction over this action to enforce settlement if not timely consummated or if final settlement authority is not obtained, provided a motion to enforce the settlement or, alternatively, a motion to extend this period is filed within 90 days from entry of this order.

DATE OF ENTRY
JAN 2 8 2003



PARTIES ARE WARNED THAT FAILURE TO <u>TIMELY</u> FILE A MOTION TO ENFORCE SETTLEMENT SHALL DIVEST THIS COURT FROM HAVING SUBJECT MATTER JURISDICTION OVER THE ACTION. <u>WOOLWINE FORD LINCOLN MERCURY V. CONSOLIDATED FINANCIAL RESOURCES, INC.</u>, 245 F.3D 791 (5TH CIRCUIT DECEMBER 27, 2000) (PER CURIAM) (UNPUBLISHED CIVIL ACTION NO. 00-60314). PARTIES ARE FURTHER WARNED THAT FAILURE TO TIMELY CONSUMMATE SETTLEMENT WITHIN THE NINETY (90) DAY PERIOD SHALL LEAD TO THE IMPOSITION OF SANCTIONS AGAINST THE PARTY(S) FAILING TO COMPLY WITH THIS ORDER.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

IT IS FURTHER ORDERED THAT ALL PENDING MOTIONS FILED ON BEHALF OF OR AGAINST COLUMBIA GULF TRANSMISSION COMPANY ARE DISMISSED AS MOOT.

New Orleans, Louisiana, this 27th day of <u>January</u>, 2003.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE