# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0319** |
| **COLUMBIA GULF TRANSMISSION COMPANY and KOCH GATEWAY PIPELINE COMPANY** | **SECTION "B" (5)** |

### MONDAY, JANUARY 27, 2003 AT 9:00 A.M.
### JUDGE IVAN L.R. LEMELLE PRESIDING

Courtroom Deputy:  Audry E. Steward
Court Reporter:   Karen A. Ibos

### NON-JURY TRIAL

APPEARANCES:     Wade T. Visconte, Joseph G. Jevic, III and Andrew J. Gray, III,
for Plaintiff, Terrebonne Parish School Board
Robert J. Young, III and Robert J. Young, Jr., for Defendant, Koch Gateway Pipeline Company
Thomas R. Blum, for Columbia Gulf Transmision Company

Case called; all present and ready.
Counsel appear for the record.
Settlement reached between plaintiff, Terrebonne Parish School Board, and defendant, Columbia Gulf Transmission Company.  The Court will issue a 90-Day Conditional Dismissal as to that defendant.
Opening statements waived by counsel.
Sequestration order given by the Court.
Plaintiff's witnesses:  John Alexander McCorquodale - expert, Charles M. Camp - expert, sworn and testified.
Court recesses for lunch at 1:00 p.m.; court resumes at 1:45 p.m.

DATE OF ENTRY
JAN 2 8 2003

___Fee_____
___Process__
_X_Dktd____
___CtRmDep_
Doc.No._180_

Testimony of Charles M. Camp continues.
Plaintiff's witnesses: Shea Penland - by deposition, Robert Chabreck - by deposition, offered and admitted in lieu of live testimony.
Plaintiff's exhibits: 2, 4 thru 7, 9, 10, 11, 13, 14, 15, 17, 18, 20 thru 24, 27, 28, 29, 31 thru 36, 39, 48 thru 52, 86, 94, 95, 96, 98, 101 and 102, offered and admitted.
Plaintiff rests.
Defense moves for judgment as a matter of law - DENIED.
Defense witnesses: Francis Voinsin - by deposition, Malcolm Poiencot - by deposition, offered and admitted in lieu of live testimony. Defense witnesses: Bill Martin, Patrick L. Bussey, sworn and testified. Parties stipulate that if defense were to call Joseph Breaux as a witness, his testimony would be the same as Bill Martin.
Defense witness: Luther F. Holloway - expert, sworn and testified.
Defense exhibits: 3 thru 6, 8, 9, 11, 12, 15, 17, 19, 20, 24 thru 31, 38A, 39 thru 56A, 101 thru 104, 138 thru 165, 167, 168, 169, 175 thru 180, 184 thru 189 and 190 thru 195, offered and admitted.
Trial continued to Tuesday, January 28, 2003 at 9:00 a.m.
Court adjourned at 5:00 p.m.

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**