UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD         CIVIL ACTION

VERSUS         NO. 00-0319

COLUMBIA GULF TRANSMISSION
COMPANY and KOCH GATEWAY
PIPELINE COMPANY         SECTION "B" (5)

**TUESDAY, JANUARY 28, 2003 AT 9:00 A.M.**
**JUDGE IVAN L.R. LEMELLE PRESIDING**

Courtroom Deputy: Audry E. Steward
Court Reporter: Karen A. Ibos

**NON-JURY TRIAL**

APPEARANCES:    Andrew J. Gray, III, Joseph G. Jevic, III and Wade T. Visconte, for Plaintiff, Terrebonne Parish School Board
Robert J. Young, III and Robert J. Young, Jr., for Defendant, Koch Gateway Pipeline Company
Thomas R. Blum, for Columbia Gulf Transmision Company

Case called; all present and ready.
Trial continued from Monday, January 27, 2003.
Counsel advised the Court that a settlement has been reached between plaintiff, Terrebonne Parish School Board, and the remaining defendant, Koch Gateway Pipeline Company. The Court will issue a 90-Day Conditional Dismissal as to that defendant.
All exhibits were returned to counsel.
Court adjourned at 9:45 a.m.

DATE OF ENTRY
JAN 2 8 2003



___Fee_____
___Process_____
X Dktd_____
___CtRmDep___
Doc.No._181_