


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § | CIVIL ACTION NO. 00-0319 |
| VERSUS | § | SECTION: **B** |
| COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY | § § | MAGISTRATE: 5 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes TERREBONNE PARISH SCHOOL BOARD ("TPSB"), which hereby represents to this Court that the settlements announced at trial have been fully executed and that the parties now desire to have this matter dismissed with prejudice, each party to bear their own costs.

DATE OF ENTRY
JUL 0 8 2003

Fee_____
Process____
X Dktd____
__ CtRmDep__
__ Doc. No.__

Respectfully submitted;

_____
**MICHAEL X. ST. MARTIN #12365**
**JOSEPH G. JEVIC III    #23145**
**ST. MARTIN & WILLIAMS, APLC**
Post Office Box 2017
Houma, LA 70361
(985) 876-3891    Telephone
(985) 851-2219    Facsimile

**A. J. GRAY, III            #6253**
**WADE T. VISCONTE     #24734**
**THE GRAY LAW FIRM (APLC)**
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694    Telephone
(337) 494-0697    Facsimile
**Attorneys for Terrebonne Parish School Board**


## CERTIFICATE OF SERVICE

I **CERTIFY** that a copy of the preceding Motion to Dismiss has been mailed, postage prepaid and properly addressed to the following:

Robert J. Young, III
Young, Richaud & Meyers
1515 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-1515
**Attorneys for Koch Gateway**
**Pipeline Company**

Mr. Thomas R. Blum
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, LA 70163-3000
**Attorneys for Columbia Gulf**
**Transmission Company**

Houma, Louisiana 2nd day of July 2003.

_____

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00-0319** |
| **VERSUS** | § | **SECTION: B** |
| **COLUMBIA GULF TRANSMISSION COMPANY AND KOCH GATEWAY PIPELINE COMPANY** | §<br>§ | **MAGISTRATE: 5** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING** Motion to Dismiss:

**IT IS HEREBY ORDERED** that the above captioned matter be and is hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 7th day of July, 2003

_____
United States District Judge

3